# EXHIBIT 9

**Exhibit 9: U.S. Patent No. 6,889,244**

| Claim 1 | Identification |
|---|---|
| **1[pre].** A method of transmitting messages between a first node and a second node, wherein the first and second nodes are each coupled to a fault tolerant storage system (FTSS), the method comprising: | To the extent the preamble is limiting, SAP performs a method of transmitting messages between a first node and a second node, wherein the first and second nodes are each coupled to a fault tolerant storage system (FTSS).  For example, *see*:<br><br>**What Is SAP Cloud Integration?**<br><br>Support end-to-end process integration through the exchange of messages.<br><br>SAP Cloud Integration helps you to connect cloud and on-premise applications with other SAP and non-SAP cloud and on-premise applications. This service can process messages in real-time scenarios spanning different companies, organizations, or departments within one organization.<br><br>**Set up secure and reliable communication**<br>Use our core integration and security capabilities for the safe and reliable processing of messages. Configure how messages are exchanged within an integration scenario so that the data involved is protected according to the newest security standards.<br><br>**Connect to multiple endpoints**<br>Integrate various applications and data sources from SAP and non-SAP, on premise, as well as the cloud. SAP Cloud Integration comes with a set of prebuilt adapters.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/what-is-sap-cloud-integration.<br><br>**Introduction**<br><br>You can connect various kinds of remote systems to the cloud-based integration platform using protocols such as HTTP/S, SSH and SMTP/S. Each communication protocol comes with certain options to protect the message exchange (security options).<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/introduction. |

| Claim 1 | Identification |
|---|---|
| |   Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/integration-capabilities  Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/data-store-variables-and-jms-queues-when-to-use-which-option.  Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/integration-capabilities |

| Claim 1 | Identification |
|---|---|
| | **Resilience**<br><br>One of the most crucial qualities of an enterprise-grade integration flow is its resilience. The traditional (deterministic) approach assumes a software system free of malfunctions. But resilient software design doesn't try to avoid failures. Instead, it assumes that failures are going to occur and can't be prevented or predicted. The resilience approach tries to minimize the time that elapses between the occurrence of a failure and its correction. An integration flow can involve complex integration logic including enriching the message content with data from external components, storing data in a database persistence, and much more. Consequently, make sure that you apply principles for resilient software development when developing an integration flow.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/guidelines-to-design-enterprise-grade-integration-flows<br><br>**Apply the Retry Pattern**<br><br>Apply the retry pattern for handling anticipated, temporary failures when connecting to an external component.<br><br>If an error occurs during the processing of an asynchronous scenario, the sender component usually gets an error and has to handle the reprocessing of the message at a later point in time. The sender system needs to contain a retry mechanism.<br><br>A better method is to trigger retries directly from SAP Cloud Integration. The sender, in such a case, simply delivers the message and doesn't need to worry about retries if error occurs. Retry is handled by the SAP Cloud Integration component.<br><br>SAP Cloud Integration offers storage to persist data in transit during message processing, namely the message queue storage used by the JMS adapter. Use this storage to persist the message at the beginning of the processing sequence. That way, processing is executed faster for the sender, who immediately receives a response with HTTP code 202 (Accepted), and the subsequent processing steps are executed asynchronously.<br><br>With this storage option, a retry mechanism is also in place that works as follows: If message processing fails due to a temporary error when calling an external component, the storage can be used to persist the failed messages. The JMS adapter polls the storage regularly for content, and triggers the reprocessing of the respective messages.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/guidelines-to-design-enterprise-grade-integration-flows. |

| Claim 1 | Identification |
|---|---|
|  |  |

4

| Claim 1 | Identification |
|---|---|
|  | The options also differ according to the phase in which components can consume the stored data:<br><br>• **Stored data consumed during message processing (at runtime)**: For example, if you want to store a variable that, and another step consumes the data during consecutive processing of the integration flow.<br><br>• **Stored data consumed after message processing has finished**: For example, if you want to store data and make it available for auditing purposes after message processing has finished.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/using-data-storage-features-when-designing-integration-flows. |
| **1[a]**.  transmitting a message from the first node to a communication agent in the FTSS; | SAP transmits a message from the first node to a communication agent in the FTSS. For example, *see*:<br><br>SAP Cloud Integration supports various integration patterns, or ways how applications can be integrated with each other.<br><br>The following figure illustrates, as one example, the routing pattern, that allows you to forward a message from one participant to multiple receivers.<br><br>Participant → SAP Cloud Integration → Participant / Participant / Participant<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/integration-capabilities. |

| Claim 1 | Identification |
|---|---|
| | **Sender-Initiated Scenario (with HTTPS Sender Adapter)**<br><br>Create a simple integration scenario that is initiated by a sender (using the HTTPS sender adapter).<br><br>With the following steps, you can easily modify and extend the previously built integration flow with the email receiver (*Timer-Initiated Scenario with a Mail Receiver*).<br><br>The figure shows the integration flow model that you get as a result of this exercise.<br><br>[Diagram showing Sender → HTTPS → Start → JSON to XML Converter → Content Modifier → Request Reply → End → Mail → Mail_Re..., with Request Reply connected to OData → OData_S...]<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/sender-initiated-scenario-with-https-sender-adapter.<br><br>**Assign Sender and Receiver Components**<br><br>You use the Sender and Receiver elements to model remote systems that are connected to your integration flow (either as sender or receiver of messages). |

6

| Claim 1 | Identification |
|---|---|
|  | Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/assign-sender-and-receiver-components.<br><br>**Connecting a Customer System to Cloud Integration**<br><br>You can set up the technical connection between a tenant and different kinds of remote systems (in many cases located in the customer landscape).<br><br>Throughout this documentation we assume the following basic setup of technical components and communication paths: A remote system (which is not specified) is being connected to one of the tenants that are assigned to the customer. The remote system can act either as a sender or a receiver of messages. The setup and the detailed configuration procedure differ according to the communication direction that is being set up: whether a remote system is supposed to send a message to the integration platform or the other way round.<br><br>Throughout this documentation, the terms *inbound* and *outbound* reflect the perspective of the integration platform.<br><br>- **Inbound** refers to message processing from a remote system (in many cases, located in the customer landscape) to Cloud Integration. Here, the integration platform is the server.<br>- **Outbound** refers to message processing from the integration platform to a remote system (where the integration platform is the client).<br><br>Remote System → Inbound Communication → Cloud Integration → Outbound Communication → Remote System<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/connecting-customer-system-to-cloud-integration. |

7

| Claim 1 | Identification |
|---|---|
| | **Kind of Systems to Connect to Cloud Integration**<br><br>To give you an idea of which **kinds of remote systems** can be connected to the integration platform, here are some typical examples (this is not a complete list):<br><br>- On-premise systems, for example, SAP systems based on SAP NetWeaver<br>- SFTP servers<br>- Cloud applications, for example, SAP SuccessFactors or SAP Cloud for Customer<br>- Other systems such as e-mail servers or SOAP clients<br><br>Depending on the kind of system to connect, a certain communication **protocol** is to be considered, as will be explained in the next section.<br><br>To support dedicated kinds of systems (through dedicated communication protocols), the integration platform provides certain **adapters**. An adapter allows you to configure the details of the technical communication channel between the remote system and the integration platform.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/introduction |

| Claim 1 | Identification |
|---|---|
| | To give you an idea of what the technical landscape behind a real life integration scenario looks like, here's an example for the SAP Cloud for Customer (C4C)-to-SAP ERP integration scenario. In this scenario, SAP's own cloud solution SAP Cloud for Customer (C4C) is connected with an on-premise SAP Enterprise Resource Planning (ERP) system through Cloud Integration.<br><br>The following figure shows a typical setup of components:<br><br>[Figure: Diagram showing Customer Landscape (On-Premise) with SAP ERP and SAP Web Dispatcher/SAP Cloud Connector, connected via Request arrows to Cloud Integration in SAP Cloud, which connects via Request arrows to SAP C4C]<br><br>The left side of the figure covers the communication of Cloud Integration with the on-premise system in the customer landscape.<br><br>The setup contains components that all are connected by HTTPS communication. Typical adapters are the IDoc adapter for the connection between the on-premise system and Cloud Integration, and the SOAP adapter for the connection between SAP Cloud for Customer and Cloud Integration (within the SAP Cloud).<br><br>The lower path shows the connection from Cloud Integration to the on-premise system, which is located in the customer landscape. This is the outbound communication from the perspective of the integration platform, but is an inbound connection from the perspective of the customer landscape. Therefore, to protect the components in the customer landscape from remote calls from the Internet, a load balancer component is required – which is either a Web Dispatcher component or the SAP Cloud Connector.<br><br>The upper path shows the connection from the on-premise system to Cloud Integration. From the *perspective* of Cloud Integration, this is an inbound connection and, therefore, again a load balancer is required to protect the tenant that actually processes the message against remote calls. This is the BIG-IP load balancer, which is involved in all HTTPS inbound requests by default, and isn't shown in the figure for the sake of simplicity. Also, this component is preconfigured by SAP and doesn't require any further configuration for such a scenario. |

9

| Claim 1 | Identification |
|---|---|
|  | Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/connecting-to-on-premise-landscape-example-setup.<br><br>**IDoc Adapter**<br>The IDoc adapter enables SAP Cloud Integration to exchange Intermediate Document (IDoc) messages with systems that support communication via SOAP Web services.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/idoc-adapter. |
| **1[b]**. storing the message in a data structure in highly reliable fault tolerant storage media of the FTSS; | SAP stores the message in a data structure in highly reliable fault tolerant storage media of the FTSS. For example, *see*:<br><br>Cloud Integration supports various integration patterns. Certain integration patterns require a storage location to read and write the content of a message during the execution of a scenario. When the message content is needed for later processing steps or if the message content is evaluated in a later phase, storage steps are required. Storing data is also required in asynchronous message patterns. In this section, we discuss how to use the following storage options (in the context of different use cases):<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/data-store-variables-and-jms-queues-when-to-use-which-option.<br><br>**Storing Data During Processing**<br><br>| Feature | Description |<br>|---|---|<br>| Persist Message | Stores a message payload so that you can access the stored message and analyze it at a later point in time. |<br>| Data Store Operations | Stores messages temporarily for later processing.<br><br>The following operations are supported:<br>- SELECT<br>- GET<br>- WRITE<br>- DELETE |<br>| Write Variables | Specifies values for variables required during message processing. | |

| Claim 1 | Identification |
|---|---|
|  | Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/integration-capabilities<br><br>**Resilience**<br><br>One of the most crucial qualities of an enterprise-grade integration flow is its resilience. The traditional (deterministic) approach assumes a software system free of malfunctions. But resilient software design doesn't try to avoid failures. Instead, it assumes that failures are going to occur and can't be prevented or predicted. The resilience approach tries to minimize the time that elapses between the occurrence of a failure and its correction. An integration flow can involve complex integration logic including enriching the message content with data from external components, storing data in a database persistence, and much more. Consequently, make sure that you apply principles for resilient software development when developing an integration flow.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/guidelines-to-design-enterprise-grade-integration-flows<br><br>**Apply the Retry Pattern**<br><br>Apply the retry pattern for handling anticipated, temporary failures when connecting to an external component.<br><br>If an error occurs during the processing of an asynchronous scenario, the sender component usually gets an error and has to handle the reprocessing of the message at a later point in time. The sender system needs to contain a retry mechanism.<br><br>A better method is to trigger retries directly from SAP Cloud Integration. The sender, in such a case, simply delivers the message and doesn't need to worry about retries if error occurs. Retry is handled by the SAP Cloud Integration component.<br><br>SAP Cloud Integration offers storage to persist data in transit during message processing, namely the message queue storage used by the JMS adapter. Use this storage to persist the message at the beginning of the processing sequence. That way, processing is executed faster for the sender, who immediately receives a response with HTTP code 202 (Accepted), and the subsequent processing steps are executed asynchronously.<br><br>With this storage option, a retry mechanism is also in place that works as follows: If message processing fails due to a temporary error when calling an external component, the storage can be used to persist the failed messages. The JMS adapter polls the storage regularly for content, and triggers the reprocessing of the respective messages.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/guidelines-to-design-enterprise-grade-integration-flows. |

| Claim 1 | Identification |
|---------|----------------|
|  |  |

| Claim 1 | Identification |
|---|---|
| | The options also differ according to the phase in which components can consume the stored data:<br><br>• **Stored data consumed during message processing (at runtime)**: For example, if you want to store a variable that, and another step consumes the data during consecutive processing of the integration flow.<br><br>• **Stored data consumed after message processing has finished**: For example, if you want to store data and make it available for auditing purposes after message processing has finished.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/using-data-storage-features-when-designing-integration-flows. |
| **1[c]**. processing the message at the FTSS in accordance with a messaging paradigm; and | SAP processes the message at the FTSS in accordance with a messaging paradigm.  For example, *see*:<br><br>**What Is Integration Content**<br><br>Operating business processes using SAP Cloud Integration implies the exchange of data (messages) between the participants. How messages are exchanged is specified by integration content that is designed based on the requirements of the business process.<br><br>As one key part of integration content, integration flows describe how a message sent from one participant is processed by SAP Cloud Integration.<br><br>In other words, using integration flows, specific integration pattern like mapping or routing can be specified.<br><br>For example, a set of integration flows specifies that a message sent from participant A is forwarded by SAP Cloud Integration to three different receivers B, C, and D, dependent on the business content contained in message. Integration flows also specify mappings of the data structure between sender and receiver or the endpoints of sender and receiver participants.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/what-is-integration-content. |

| Claim 1 | Identification |
|---|---|
|  | Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/elements-of-cloud-based-integration-scenario. |

14

| Claim 1 | Identification |
|---|---|
|  | **Guidelines to Implement Specific Integration Patterns**<br><br>Cloud Integration supports the implementation of enterprise integration patterns that are also referred to as *integration patterns* or *messaging patterns*.<br><br>Aggregator<br>Composed Message Processor<br>Content-Based Routing<br>Content Enricher<br>Content Filter<br>Message Filter<br>Recipient List<br>Resequencer<br>Scatter-Gather<br>Splitter<br>Quality of Service Exactly Once<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/guidelines-to-implement-specific-integration-patterns.<br><br>**Aggregator**<br><br>You want to combine related individual messages so that they can be processed in bulk. Using an Aggregator pattern, you can collect and store individual messages until a complete set of related messages has been received. The aggregated message is then sent to the actual receiver.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/aggregator. |

| Claim 1 | Identification |
|---|---|
| | 
Source: Integration Architecture Guide for Cloud and Hybrid Landscapes Based on SAP Integration Solution Advisory Methodology at 29 (available at https://www.sap.com/documents/2020/11/400ae14b-bf7d-0010-87a3-c30de2ffd8ff.html) |

16

| Claim 1 | Identification |
|---|---|
| | > For further integration patterns related to the integration layer, refer to the **Enterprise Integration Patterns** Web site. How to implement commonly used enterprise integration patterns using the Cloud Integration capability of SAP Integration Suite is described in a rich set of integration flow guidelines and patterns as part of the user documentation and published on SAP API Business Hub.
>
> The following patterns can be implemented either in the integration layer or the application layer:
> - The **value mapping pattern** transforms field values that are exchanged between two applications. Since this pattern is tightly coupled with business application data, business users must be able to maintain value mappings in a dynamic way. The value mapping pattern is typically covered by SAP Application Interface Framework, as business users may detect application errors, such as incomplete value mappings, due to unforeseen values coming up. They then must extend these mappings in an agile way close to the application. As opposed to dynamic value mappings, static code-list-value mappings (for example, country code mappings) can be best implemented in the integration layer, as they can be reused across multiple integration scenarios between various applications.
> - The **data validation pattern** checks a received message with respect to schema correctness or data correctness. This pattern can be applied in the integration layer as well as in the application layer. SAP Application Interface Framework particularly supports this pattern, as it provides full access to application data and functions.
> - The **forward error correction pattern** handles an application error during message processing by forwarding it to the receiver. One key capability of SAP Application Interface Framework (in the application layer) is this exact type of error correction and resolution by business users.
>
> Source: Integration Architecture Guide for Cloud and Hybrid Landscapes Based on SAP Integration Solution Advisory Methodology at 30 (available at https://www.sap.com/documents/2020/11/400ae14b-bf7d-0010-87a3-c30de2ffd8ff.html) |
| **1[d]**.  transmitting the message from the FTSS to the second node. | SAP transmits the message from the FTSS to the second node.  For example, *see*: |

| Claim 1 | Identification |
|---|---|
| | <br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/integration-capabilities<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/assign-sender-and-receiver-components. |

18

| Claim 1 | Identification |
|---|---|
| | Source:  https://help.sap.com/docs/cloud-integration/sap-cloud-integration/sender-initiated-scenario-with-https-sender-adapter. <br><br><br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/connecting-customer-system-to-cloud-integration. <br><br>For each protocol, different authentication options are supported - ways how the connected systems prove their trustworthiness against each other during connection setup. Connection setup is performed differently, depending on whether inbound communication (when a remote system as a sender calls Cloud Integration) or outbound communication (when Cloud Integration calls a remote system which, in turn, is then considered as the receiver) is configured. The detailed procedure also depends on the chosen protocol and authentication option.<br><br>Source: https://help.sap.com/docs/cloud-integration/sap-cloud-integration/introduction. |