# EXHIBIT 11

**Exhibit 11: U.S. Patent No. 7,313,575**

| Claim 1 | Identification |
|---|---|
| **1[pre]**. A data services handler for execution on a computing system comprising: | To the extent the preamble is limiting, SAP Data Services includes a data services handler for execution on a computing system. For example, *see*:<br><br>**What is SAP Data Services?**<br>SAP Data Services software improves the quality of data across the enterprise. As part of the information management layer of SAP's Business Technology Platform, it delivers trusted,relevant, and timely information to drive better business outcomes.<br>Source: https://www.sap.com/india/products/technology-platform/data-services.html.<br><br>**Enterprise Data Management Software**<br>Transform your data into a trusted, ever-ready resource for business insight and use it to streamline processes and maximise efficiency.<br>Source: https://www.sap.com/india/products/technology-platform/data-services.html.<br><br>SAP® Data Services software helps you access, transform, and connect your data, letting you deliver relevant and timely information to critical business functions. This information management software provides some of the best functionality for data integration, quality, cleansing, and more. Transform your data into a trusted, ever-ready resource for business insight – and use it to streamline processes and maximize efficiency. The software provides an information management foundation that is intelligent, metadata-driven, and open. It offers extensible support of virtually any data volume or variety to support a wide variety of data formats – structured, text, Big Data, social, and spatial data. With it, you can support both operational and analytical data-driven initiatives and access practically any data regardless of type, domain, or source.<br>Source: SAP Solution Brief, Data Management Solutions from SAP \| SAP Data Services (available at https://www.sap.com/india/documents/2015/12/b4cf1d28-507c-0010-82c7-eda71af511fa.html). |

| Claim 1 | Identification |
|---|---|
| | SAP Data Services supports the entire SAP BusinessObjects BI platform. On top of Data Services, the SAP BusinessObjects BI Suite layers the most reliable, scalable, flexible, and manageable platform. The platform supports integrated end-user interfaces for the following features:<br><br>SAP has created a data integration product that uses relational datastores and built-in intelligence for real time and batch data access. Data is from ERP systems and other sources. With these capabilities, leverage your ERP and enterprise application infrastructure for multiple uses.<br><br>With batch and real-time data integration, you can take advantage of analytic and supply-chain management applications. With data integration solutions, you can maintain a real-time, on-line dialogue with customers, suppliers, employees, and partners. Your company can provide customers, suppliers, employees, and partners with information for transactions and business analysis.<br><br>SAP Data Services accesses data using connection information that you provide, such as in datastores. It also uploads generated data using the same or different connection information.<br><br>Source: SAP Data Service, Technical Manuals at 30, 557 (available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf). |
| **1[a]**. an interface executing on the computing system for communicating between a data store and applications that supply and consume data; and | SAP Data Services includes an interface executing on the computing system for communicating between a data store and applications that supply and consume data. For example, *see*:<br><br>**interface** A type of interaction with Data Services which is either internal (allows you to create datastore connections to natively- supported applications), or external (allows Data Services to to communicate with information exchange technologies such as Web Services and MQ queries).<br><br>Source: SAP Data Service, Technical Manuals at 2965 (available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf). |

<table>
<tr><th>Claim 1</th><th>Identification</th></tr>
<tr><td></td><td>

## 16.1.2 SAP interfaces

SAP Data Services works with various SAP interfaces to obtain data for processing.

The following table lists SAP interfaces, how to access data from the interface in Data Services, and the types of data flows you can use with data from the interface.

| Interface | Access data | Data/ flow/ type |
| --- | --- | --- |
| Operational Data Provider (ODP) | Data Services application datastore. | Regular/ batch<br>ABAP/ batch |
| ABAP | Data Services application datastore.<br>Import metadata for tables, files, hierar-chies, and functions.<br>i Note<br>ABAP sources are an alternative to ODP sources. | ABAP/ batch |
| BAPI | Data Services application datastore.<br>Import BAPI function metadata to up-date SAP interfaces and SAP Business Warehouse (BW) sources. | Regular/ batch<br>Real/ time |

</td></tr>
</table>

| Claim 1 | Identification |
|---|---|
| | |

| Interface | Access data | Data/ flow/ type |
|---|---|---|
| IDoc | Data Services application datastore.<br>Import IDoc metadata to create the following objects:<br>For batch jobs:<br>• IDoc file source<br>• IDoc message source<br>• IDoc message target<br>For real-time jobs:<br>• IDoc file source<br>• IDoc message source<br>• IDoc file target<br>• IDoc message target | Regular/ batch<br>Real/ time |
| SAP Business Warehouse (BW) | Data Services datastore as:<br>• SAP BW target<br>• SAP BW source<br>Run data flow from SAP BW or Data Services to update SAP BW targets. | Regular/ batch |
| SAP BW Open Hub Destination service | Data Services datastore as SAP BW source. | Regular/ batch |
| SAP BW/4HANA | ABAP data flows, and Data Services datastores.<br>For SAP BW target datastores, import Advanced dataStore objects (ADSOs). | Regular/ batch |

Source: SAP Data Service, Technical Manuals at 4046-47 (available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf).

| Claim 1 | Identification |
|---|---|
| **1[b]**. a real time information director (RTID) executing on the computing system that transforms data for supply, consumption, or both by the applications under direction of polymorphic metadata that defines a security model and data integrity rules for application to the data, the RTID to dynamically instantiate, create, and cache for reuse disassemblers and assemblers according to demand, the RTID further comprising: | SAP Data Services includes a real time information director (RTID) executing on the computing system that transforms data for supply, consumption, or both by the applications under direction of polymorphic metadata that defines a security model and data integrity rules for application to the data, the RTID to dynamically instantiate, create, and cache for reuse disassemblers and assemblers according to demand. For example, *see*:   Source: https://www.youtube.com/watch?v=RIsrknokNCg. |

| Claim 1 | Identification |
| --- | --- |
| | **1.2.2.3 Job Server**<br><br>The SAP Data Services Job Server starts the data movement engine that integrates data from multiple heterogeneous sources.<br><br>The Job Server performs complex data transformations, and manages extractions and transactions from ERP systems and other sources in batch and real-time modes. The Job Server delivers high data throughput and scalability through the following techniques:<br><br>• Distributed query optimization<br>• Multi threaded processes<br>• In memory caching<br>• In memory data transformations<br>• Parallel processes<br><br>When you initiate a job in Designer, the Job Server runs the job as follows:<br><br>• Retrieves the job information from the repository.<br>• Starts the applicable engine to process the job.<br><br>In your production environment, the Job Server runs jobs triggered by a scheduler or by a real-time service managed by the Access Server.<br><br>In production environments, balance job loads by creating a Job Server group. Job Server groups consist of multiple Job Servers that run jobs according to overall system load.<br><br>Source: Source: SAP Data Service, Technical Manuals at 33-34 (available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf). |

| Claim 1 | Identification |
| --- | --- |
| | <br>Source: https://www.youtube.com/watch?v=RIsrknokNCg. |

| Claim 1 | Identification |
| --- | --- |
| | **2.13 Data flows**<br><br>Data flows are the objects that extract, transform, and load data in a batch or real-time job.<br><br>Everything having to do with data, including reading sources, transforming data, and loading targets, occurs inside a data flow. The lines connecting objects in a data flow represent the flow of data through data transformation steps.<br><br>Example<br><br>To populate the fact table in your data warehouse with new data from two tables in your source transaction database, create a data flow that contains the following objects:<br>• Two source tables.<br>• A Query transform that joins specified rows from the tables.<br>• A target table where the new rows are placed.<br><br>Connect the objects in the data flow to indicate the flow of data. The following diagram shows the resulting data flow:<br><br>Source1<br>Query<br>Target<br>Source2 |

| Claim 1 | Identification |
|---|---|
| | **2.15 Transforms**<br><br>Transforms change and manipulate input data sets for a specific purpose, and pass the changed data to other transforming objects in a data flow.<br><br>SAP Data Services includes many types of built-in transforms in the *Transforms* tab of the object library. The built-in transforms installed with Data Services are based on the package that your administrator has purchased. Therefore, there are some documented transforms that you don't have available in your installation of Data Services.<br><br>The transforms listed in the object library fall under one of the categories described in the following table.<br><br>**Category** — **Description**<br>Data Integrator — Ensures data integrity and maximizes developer productivity for extracting, transforming, and loading data in a warehouse environment.<br><br>Source: https://www.youtube.com/watch?v=RIsrknokNCg; SAP Data Service, Technical Manuals at 547, 600(available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf). |

| Claim 1 | Identification |
|---|---|
| | **1.3.6 SSL or TLS for Data Services components**<br><br>Secure Sockets Layer (SSL), and its newer version, Transport Layer Security (TLS), are cryptographic protocols that provide security and data integrity for network communications.<br><br>Transport Layer Security (TLS) is the standard specification published by the IETF that is based on earlier SSL specifications. Use TLS for Windows version 10 and higher.<br><br>**1.3.6.1 Protected communication paths**<br><br>Within the SAP Data Services platform, SSL/TLS is supported for all communication paths between components that communicate over a network.<br><br>The following diagram illustrates the communication channels within the Data Services architecture that support SSL/TLS.<br><br><br><br>Source: SAP Data Service, Technical Manuals at 49-50 (available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf). |

| Claim 1 | Identification |
|---|---|
| **1[c]**. at least one disassembler defined according to the polymorphic metadata that disassembles inbound data documents into multiple records in preparation for insertion into metadata tables; and | SAP Data Services includes at least one disassembler defined according to the polymorphic metadata that disassembles inbound data documents into multiple records in preparation for insertion into metadata tables. For example, *see*:<br><br>**2.7 Objects in Data Services**<br><br>An object is anything that you define, edit, or use in SAP Data Services Designer.<br><br>Each Data Services object falls into one of the following classes:<br>• Single use<br>• Reusable<br><br>The object class determines how you create and retrieve the object.<br><br>i Note<br>For information about source-specific objects, consult the applicable supplement document for that source. For example, for information about SAP applications as a source, consult the *Supplement for SAP*.<br><br>The following table describes all objects in Data Services in alphabetical order, and includes the object class. For more information about each object, see the *Reference Guide*.<br><br>**Object** / **Object class** / **Description**<br>COBOL copybook file format / Reusable / Defines the format for a COBOL copy-book file source.<br>Conditional / Single-use / Specifies the steps to execute based on the result of a condition.<br>Data flow / Reusable / Specifies the requirements for ex-tracting, transforming, and loading data from sources to targets. A data flow can be a part of a batch job or a real-time job.<br><br>Source: SAP Data Service, Technical Manuals at 284-85 (available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf). |

<table>
<tr><th>Claim 1</th><th>Identification</th></tr>
<tr><td></td><td>

**2.18 Real-time Jobs**

During real-time jobs, SAP Data Services receives messages from ERP systems or Web applications and sends replies immediately with data from a data cache or a second application.

**3.2.2.32 XML message**

An XML message object allows you to indicate a real-time source or target in a job.

**Description**

When used as a source, an XML message object translates incoming XML-formatted messages into an internal SAP Data Services data set. When used as a target, an XML message object translates the data produced by a job, including nested data, into an XML-formatted message and sends the message to the Access Server.

When a real-time job contains an XML message source, it must also contain an XML message target.

The data read into or written out of an XML message must have a single row at the top-level table. When writing out an empty nested table, the software includes a single row of the nested table, with null values in each column of the table.

To produce the metadata that describes the data that an XML message handles, the software reads the format for the XML message. The metadata is stored in the repository as an XML Schema or DTD.

XML message properties are the same as those for its DTD and XML schema formats.

Source: SAP Data Service, Technical Manuals at 1132, 1684-85 (available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf).
</td></tr>
</table>

| Claim 1 | Identification |
| --- | --- |
| **1[d]**. at least one assembler defined according to the polymorphic metadata that assembles outbound data documents from at least one record selected from at least one metadata-selected table whereby data is transformed for supply, consumption or both. | SAP Data Services includes at least one assembler defined according to the polymorphic metadata that assembles outbound data documents from at least one record selected from at least one metadata-selected table whereby data is transformed for supply, consumption or both. For example, *see*:<br><br>**2.18 Real-time Jobs**<br><br>During real-time jobs, SAP Data Services receives messages from ERP systems or Web applications and sends replies immediately with data from a data cache or a second application.<br><br>**3.2.2.32 XML message**<br><br>An XML message object allows you to indicate a real-time source or target in a job.<br><br>**Description**<br><br>When used as a source, an XML message object translates incoming XML-formatted messages into an internal SAP Data Services data set. When used as a target, an XML message object translates the data produced by a job, including nested data, into an XML-formatted message and sends the message to the Access Server.<br><br>When a real-time job contains an XML message source, it must also contain an XML message target.<br><br>The data read into or written out of an XML message must have a single row at the top-level table. When writing out an empty nested table, the software includes a single row of the nested table, with null values in each column of the table.<br><br>To produce the metadata that describes the data that an XML message handles, the software reads the format for the XML message. The metadata is stored in the repository as an XML Schema or DTD.<br><br>XML message properties are the same as those for its DTD and XML schema formats. |

| Claim 1 | Identification |
| --- | --- |
| | Source: SAP Data Service, Technical Manuals at 1132, 1684-85 (available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf<br><br>**2.13 Data flows**<br><br>Data flows are the objects that extract, transform, and load data in a batch or real-time job.<br><br>Everything having to do with data, including reading sources, transforming data, and loading targets, occurs inside a data flow. The lines connecting objects in a data flow represent the flow of data through data transformation steps.<br><br>Example<br><br>To populate the fact table in your data warehouse with new data from two tables in your source transaction database, create a data flow that contains the following objects:<br>• Two source tables.<br>• A Query transform that joins specified rows from the tables.<br>• A target table where the new rows are placed.<br><br>Connect the objects in the data flow to indicate the flow of data. The following diagram shows the resulting data flow:<br><br>Source1 Query Target Source2 |

| Claim 1 | Identification |
| --- | --- |
| | Source: SAP Data Service, Technical Manuals at 547, 1132, 1684-85 (available at https://help.sap.com/doc/01936779d9ec46dcaa8a5d7dc6e0c2b7/4.2.14/en-US/ds_42_tech_manuals_en.pdf). |