# EXHIBIT 13

**Exhibit 13: U.S. Patent No. 7,936,738**

| Claim 1 | Identification |
|---|---|
| **1[pre]**.  A method of storing context information in an outgoing message sent from a node including a computing device using a protocol stack having at least one layer, comprising: | To the extent the preamble is limiting, SAP Business Network Asset Collaboration stores context information in an outgoing message sent from a node including a computing device using a protocol stack having at least one layer. For example, *see*:<br><br>**SAP Business Network Asset Collaboration**<br><br>Drive resiliency and transparency through collaborative asset definition and maintenance.<br><br>Source: https://www.sap.com/products/business-network/asset-collaboration.html.<br><br>**3.1 Event Payload**<br><br>| Field | Remarks |<br>|---|---|<br>| id | Unique identifier for the event |<br>| source | Object Type, eg: com.sap.dsc.as.equipment |<br>| specversion | 1.0-rc1 |<br>| type | Action which triggered the event. eg: 'header.create' |<br>| datacontenttype | Content-Type – 'application/json' |<br>| time | The timestamp of the event |<br>| objectid | Object ID |<br>| objectownerid | Object's owner ID |<br>| correlationid | correlation ID for the request which triggered the event |<br>| triggeredorgid | Org ID of the user who triggered the change for the object |<br><br>Source: Events in SAP Business Network Asset Collaboration (November 2022) at 11 (available at https://help.sap.com/doc/02a258a27522417ab55afdc307e25335/2211/en-US/Events%20Documentation.pdf). |

| Claim 1 | Identification |
|---------|----------------|
| | External events from SAP Business Network Asset Collaboration enables the customers to receive notifications for supported object types that they have access to when they undergo any changes/updates. This allows the third-party applications hosted by customers on SAP Cloud Platform to consume these events by subscribing to the dedicated Kafka topic. By default, the external events are disabled and have to be enabled separately for each tenant. <br><br> Communication between Kafka clients and brokers is secured with the TLS protocol. During the TLS handshake Kafka brokers will identify themselves with certificates derived from the `SAP CP Kafka Root CA` certificate. <br><br> Currently enabling events for individual object types are not supported. Hence if the events are enabled for the client, messages for all supported object types will be available. <br><br> Source: Events in SAP Business Network Asset Collaboration (November 2022) at 5, 9, 11 (available at https://help.sap.com/doc/02a258a27522417ab55afdc307e25335/2211/en-US/Events%20Documentation.pdf). <br><br> Kafka uses a binary protocol over TCP. The protocol defines all APIs as request response message pairs. All messages are size delimited and are made up of the following primitive types. <br><br> The client initiates a socket connection and then writes a sequence of request messages and reads back the corresponding response message. No handshake is required on connection or disconnection. TCP is happier if you maintain persistent connections used for many requests to amortize the cost of the TCP handshake, but beyond this penalty connecting is pretty cheap. <br><br> The client will likely need to maintain a connection to multiple brokers, as data is partitioned and the clients will need to talk to the server that has their data. However it should not generally be necessary to maintain multiple connections to a single broker from a single client instance (i.e. connection pooling). <br><br> Source:  https://kafka.apache.org/protocol |

| Claim 1 | Identification |
|---|---|
|  | Kafka is a distributed system consisting of **servers** and **clients** that communicate via a high-performance TCP network protocol. It can be deployed on bare-metal hardware, virtual machines, and containers in on-premise as well as cloud environments.<br><br>**Servers**: Kafka is run as a cluster of one or more servers that can span multiple datacenters or cloud regions. Some of these servers form the storage layer, called the brokers. Other servers run Kafka Connect to continuously import and export data as event streams to integrate Kafka with your existing systems such as relational databases as well as other Kafka clusters. To let you implement mission-critical use cases, a Kafka cluster is highly scalable and fault-tolerant: if any of its servers fails, the other servers will take over their work to ensure continuous operations without any data loss.<br><br>**Clients**: They allow you to write distributed applications and microservices that read, write, and process streams of events in parallel, at scale, and in a fault-tolerant manner even in the case of network problems or machine failures. Kafka ships with some such clients included, which are augmented by dozens of clients provided by the Kafka community: clients are available for Java and Scala including the higher-level Kafka Streams library, for Go, Python, C/C++, and many other programming languages as well as REST APIs.<br><br>Source:  https://kafka.apache.org/documentation/. |
| **1[a]**.  providing, by the computing device, the outgoing message from an application to a layer of the protocol stack, the outgoing message is | SAP Business Network Asset Collaboration provides, by the computing device, the outgoing message from an application to a layer of the protocol stack, the outgoing message is destined for an application on a destination node. For example, *see*: |

| Claim 1 | Identification |
|---|---|
| destined for an application on a destination node; | Kafka uses a binary protocol over TCP. The protocol defines all APIs as request response message pairs. All messages are size delimited and are made up of the following primitive types.<br><br>The client initiates a socket connection and then writes a sequence of request messages and reads back the corresponding response message. No handshake is required on connection or disconnection. TCP is happier if you maintain persistent connections used for many requests to amortize the cost of the TCP handshake, but beyond this penalty connecting is pretty cheap.<br><br>The client will likely need to maintain a connection to multiple brokers, as data is partitioned and the clients will need to talk to the server that has their data. However it should not generally be necessary to maintain multiple connections to a single broker from a single client instance (i.e. connection pooling).<br><br>Source:  https://kafka.apache.org/protocol<br><br>Communication between Kafka clients and brokers is secured with the TLS protocol. During the TLS handshake Kafka brokers will identify themselves with certificates derived from the `SAP CP Kafka Root CA` certificate.<br><br>Source: Events in SAP Business Network Asset Collaboration (November 2022) at 9 (available at https://help.sap.com/doc/02a258a27522417ab55afdc307e25335/2211/en-US/Events%20Documentation.pdf). |

| Claim 1 | Identification |
|---------|----------------|
| |  Source: https://kafka.apache.org/protocol |

| Claim 1 | Identification |
|---|---|
| | <br><br>```
Request Header v1 => request_api_key request_api_version correlation_id client_id
  request_api_key => INT16
  request_api_version => INT16
  correlation_id => INT32
  client_id => NULLABLE_STRING
```<br><br>| FIELD | DESCRIPTION |<br>\|---\|---\|<br>\| request_api_key \| The API key of this request. \|<br>\| request_api_version \| The API version of this request. \|<br>\| correlation_id \| The correlation ID of this request. \|<br>\| client_id \| The client ID string. \|<br><br>```
Request Header v2 => request_api_key request_api_version correlation_id client_id TAG_BUFFER
  request_api_key => INT16
  request_api_version => INT16
  correlation_id => INT32
  client_id => NULLABLE_STRING
```<br><br>\| FIELD \| DESCRIPTION \|<br>\|---\|---\|<br>\| request_api_key \| The API key of this request. \|<br>\| request_api_version \| The API version of this request. \|<br>\| correlation_id \| The correlation ID of this request. \|<br>\| client_id \| The client ID string. \|<br>\| _tagged_fields \| The tagged fields \|<br><br>Source: https://kafka.apache.org/protocol |

| Claim 1 | Identification |
|---|---|
| **1[b]**.  selectively indicating to the layer of the protocol stack that context information is to be obtained for that layer; | SAP Business Network Asset Collaboration selectively indicates to the layer of the protocol stack that context information is to be obtained for that layer. For example, *see*: <br><br>  |

| Claim 1 | Identification |
|---------|----------------|
|  | <br><br>Source: https://kafka.apache.org/protocol |

| Claim 1 | Identification |
|---|---|
| **1[c]**.  obtaining, by the computing device, context information in accordance with the indication; and | SAP Business Network Asset Collaboration obtains, by the computing device, context information in accordance with the indication. For example, *see*:<br><br>**The Messages**<br><br>This section gives details on each of the individual API Messages, their usage, their binary format, and the meaning of their fields.<br><br>**Headers:**<br><br>```<br>Request Header v0 => request_api_key request_api_version correlation_id<br>    request_api_key => INT16<br>    request_api_version => INT16<br>    correlation_id => INT32<br>```<br><br>| FIELD | DESCRIPTION |<br>|---|---|<br>| request_api_key | The API key of this request. |<br>| request_api_version | The API version of this request. |<br>| correlation_id | The correlation ID of this request. |<br><br>Source: https://kafka.apache.org/protocol |

| Claim 1 | Identification |
|---------|----------------|
| | ```
Request Header v1 => request_api_key request_api_version correlation_id client_id
    request_api_key => INT16
    request_api_version => INT16
    correlation_id => INT32
    client_id => NULLABLE_STRING
```

| FIELD | DESCRIPTION |
|-------|-------------|
| request_api_key | The API key of this request. |
| request_api_version | The API version of this request. |
| correlation_id | The correlation ID of this request. |
| client_id | The client ID string. |

```
Request Header v2 => request_api_key request_api_version correlation_id client_id TAG_BUFFER
    request_api_key => INT16
    request_api_version => INT16
    correlation_id => INT32
    client_id => NULLABLE_STRING
```

| FIELD | DESCRIPTION |
|-------|-------------|
| request_api_key | The API key of this request. |
| request_api_version | The API version of this request. |
| correlation_id | The correlation ID of this request. |
| client_id | The client ID string. |
| _tagged_fields | The tagged fields |

Source: https://kafka.apache.org/protocol |

| Claim 1 | Identification |
|---|---|
| **1[d]**.  adding, by the computing device, the obtained context information to the outgoing message such that a response, received from the destination node, to the outgoing message contains the obtained context information. | SAP Business Network Asset Collaboration adds, by the computing device, the obtained context information to the outgoing message such that a response, received from the destination node, to the outgoing message contains the obtained context information. For example, *see*: <br><br> <br><br> Source: Events in SAP Business Network Asset Collaboration (November 2022) at 11 (available at https://help.sap.com/doc/02a258a27522417ab55afdc307e25335/2211/en-US/Events%20 Documentation.pdf). |

| Claim 1 | Identification |
|---|---|
| | **Example:**<br><br>```<br>{<br>    "id": "1eccfbd1-057f-4aa6-8ba4-ec63deba7ae1",<br>    "source": "com.sap.dsc.ac.equipment",<br>    "specversion": "1.0-rc1",<br>    "type": "header.update",<br>```<br><br>Source: Events in SAP Business Network Asset Collaboration (November 2022) at 11-12 (available at https://help.sap.com/doc/02a258a27522417ab55afdc307e25335/2211/en-US/Events%20 Documentation.pdf).<br><br>Kafka uses a binary protocol over TCP. The protocol defines all APIs as request response message pairs. All messages are size delimited and are made up of the following primitive types.<br><br>The client initiates a socket connection and then writes a sequence of request messages and reads back the corresponding response message. No handshake is required on connection or disconnection. TCP is happier if you maintain persistent connections used for many requests to amortize the cost of the TCP handshake, but beyond this penalty connecting is pretty cheap.<br><br>The client will likely need to maintain a connection to multiple brokers, as data is partitioned and the clients will need to talk to the server that has their data. However it should not generally be necessary to maintain multiple connections to a single broker from a single client instance (i.e. connection pooling).<br><br>Source:  https://kafka.apache.org/protocol |

| Claim 1 | Identification |
|---------|----------------|
| | ```
Request Header v1 => request_api_key request_api_version correlation_id client_id
    request_api_key => INT16
    request_api_version => INT16
    correlation_id => INT32
    client_id => NULLABLE_STRING
``` |

| FIELD | DESCRIPTION |
|-------|-------------|
| request_api_key | The API key of this request. |
| request_api_version | The API version of this request. |
| correlation_id | The correlation ID of this request. |
| client_id | The client ID string. |

```
Request Header v2 => request_api_key request_api_version correlation_id client_id TAG_BUFFER
    request_api_key => INT16
    request_api_version => INT16
    correlation_id => INT32
    client_id => NULLABLE_STRING
```

| FIELD | DESCRIPTION |
|-------|-------------|
| request_api_key | The API key of this request. |
| request_api_version | The API version of this request. |
| correlation_id | The correlation ID of this request. |
| client_id | The client ID string. |
| _tagged_fields | The tagged fields |

Source: https://kafka.apache.org/protocol

13

| Claim 1 | Identification |
|---------|----------------|
| | Response Header v0 => correlation_id<br>   correlation_id => INT32<br><br>**FIELD** — correlation_id / **DESCRIPTION** — The correlation ID of this response.<br><br>Response Header v1 => correlation_id TAG_BUFFER<br>   correlation_id => INT32<br><br>**FIELD** — correlation_id / **DESCRIPTION** — The correlation ID of this response.<br>_tagged_fields / The tagged fields<br><br>Source: https://kafka.apache.org/protocol |