# EXHIBIT 14

**Exhibit 14: U.S. Patent No. 6,871,264**

| Claim 1 | Identification |
|---|---|
| **1[pre]**. A processor integrated circuit capable of executing more than one instruction stream comprising: | To the extent the preamble is limiting, SAP provides a processor integrated circuit capable of executing more than one instruction stream. For example, *see*:<br><br>Source: https://www.youtube.com/watch?v=ECHhuvuiNzs (Nov. 8, 2021) |

| Claim 1 | Identification |
| --- | --- |
| | **AMD EPYC CPUs Now Power SAP Applications Hosted on Google Cloud**<br><br>SANTA CLARA, Calif., July 11, 2023 (GLOBE NEWSWIRE) -- Today, AMD (NASDAQ: AMD) announced that SAP has chosen AMD EPYC™ processor-powered Google Cloud N2D virtual machines (VMs) to run its cloud ERP delivery operations for RISE with SAP; further increasing adoption of AMD EPYC for cloud-based workloads. As enterprises look toward digital modernization, many are adopting cloud-first architectures to complement their on-premises data centers. AMD, Google Cloud and SAP can help customers achieve their most stringent performance goals while delivering on energy efficiency, scalability and resource utilization needs.<br><br>"As part of our RISE with SAP initiative, we have made a strategic decision to add AMD EPYC processor powered N2D instances in Google Cloud to run mission critical workloads for our enterprise cloud customers." said Lalit Patil, CTO, SAP Enterprise Cloud Services, SAP SE. "Our engineering collaboration with AMD and Google Cloud can result in an increase in performance and performance-per-dollar over comparable instances."<br><br>Source: https://www.amd.com/en/newsroom/press-releases/2023-7-11-amd-epyc-cpus-now-power-sap-applications-hosted-on.html<br><br>— What is the difference between SAP S/4HANA Cloud, private edition and RISE with SAP?<br><br>SAP S/4HANA Cloud, private edition is the cloud ERP at the heart of RISE with SAP. RISE with SAP bundles software that includes the cloud ERP, process intelligence and execution, advanced office of the CFO features, and more, along with a complete cloud infrastructure and migration services.<br><br>Source: https://www.sap.com/africa/products/erp/rise.html |

| Claim 1 | Identification |
| --- | --- |

DATA SHEET
APRIL 2020

AMD EPYC

HIGHLIGHTS

ARCHITECTURE LEADERSHIP

**AMD EPYC™ 7002 Series Processors: A New Standard for the Modern Data Center**

PERFORMANCE LEADERSHIP

Accelerated performance comes from a commitment to greater parallelism. With up to 64 cores per SOC and "Zen 2" features, the AMD EPYC 7002 Series surpasses 1st Gen AMD EPYC Processors with improved execution pipelines, higher clock rates, and up to 4x the shared Level 3 cache. The result is more than twice the performance[3] and up to 4x the theoretical peak floating point operations per second[5] (FLOPS) when compared to 1st Gen AMD EPYC Processors. The processors score world-record performance[2] across major industry benchmarks including SPEC CPU® 2017, TPC®, and VMware® VMmark® 3.1.

Source: https://www.amd.com/system/files/documents/AMD-EPYC-7002-Series-Datasheet.pdf; *see also* https://www.amd.com/en/processors/epyc-7002-series.

AMD EPYC

DATA CENTER SOLUTIONS | DATA SHEET

TECHNICAL INFO

**AMD EPYC™ 7003 SERIES PROCESSORS**

HIGH PERFORMANCE AND EFFICIENCY FOR MAINSTREAM COMPUTING NEEDS

***Workhorse data center portfolio:*** AMD EPYC 7003 Series processors have set a standard for performance and efficiency for a generation of mainstream servers with the combination of powerful 'Zen 3' cores, scalability from 8 to 64 cores per processors, up to 8 channels of fast, inexpensive DDR4 memory and up to 128 lanes of high-throughput PCIe Gen 4 I/O. With strong performance across the portfolio and attractive pricing, you can cost-effectively extend the value of your IT infrastructure investment by choosing 3rd Gen AMD EPYC processors.

| Claim 1 | Identification |
|---|---|
| | Source: https://www.amd.com/system/files/documents/amd-epyc-7003-series-datasheet.pdf; *see also* https://www.amd.com/en/processors/epyc-7003-series.<br><br>Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3. |

| Claim 1 | Identification |
|---|---|

Source: https://docplayer.net/34910004-A-new-x86-core-architecture-for-the-next-generation-of-computing.html; *see* https://web.archive.org/web/20190611023103/https://www.amd.com/en/technologies/zen-core; https://web.archive.org/web/20190430213825/https://www.slideshare.net/AMD/amd-and-the-new-zen-high-performance-x86-core-at-hot-chips-28.

| Claim 1 | Identification |
| --- | --- |

Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3.

| Claim 1 | Identification |
|---|---|
| **1[a]**. a first processor, coupled to fetch instructions and access data through a first cache controller; | SAP provides a first processor, coupled to fetch instructions and access data through a first cache controller. For example, *see*:<br><br>Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3. |

| Claim 1 | Identification |
| --- | --- |
| | <br>Source: https://docplayer.net/34910004-A-new-x86-core-architecture-for-the-next-generation-of-computing.html; *see* https://web.archive.org/web/20190611023103/https://www.amd.com/en/technologies/zen-core; https://web.archive.org/web/20190430213825/https:// www.slideshare.net/AMD/amd-and-the-new-zen-high-performance-x86-core-at-hot-chips-28. |

| Claim 1 | Identification |
|---|---|
| |   Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3. |

| Claim 1 | Identification |
|---|---|
| **1[b]**. a second processor, coupled to fetch instructions and access data through a second cache controller; | SAP provides a second processor, coupled to fetch instructions and access data through a second cache controller. For example, *see*:<br><br>Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3. |

| Claim 1 | Identification |
|---|---|
| |   Source: https://docplayer.net/34910004-A-new-x86-core-architecture-for-the-next-generation-of-computing.html; *see* https://web.archive.org/web/20190611023103/https://www.amd.com/en/technologies/zen-core; https://web.archive.org/web/20190430213825/https:// www.slideshare.net/AMD/amd-and-the-new-zen-high-performance-x86-core-at-hot-chips-28. |

| Claim 1 | Identification |
|---|---|

Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3.

| Claim 1 | Identification |
|---|---|
| **1[c]**. a plurality of cache memory blocks; | SAP provides a plurality of cache memory blocks. For example, *see*:<br><br>Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3. |

| Claim 1 | Identification |
|---|---|
| | Source: https://docplayer.net/34910004-A-new-x86-core-architecture-for-the-next-generation-of-computing.html; *see* https://web.archive.org/web/20190611023103/https://www.amd.com/en/technologies/zen-core; https://web.archive.org/web/20190430213825/https:// www.slideshare.net/AMD/amd-and-the-new-zen-high-performance-x86-core-at-hot-chips-28. |

| Claim 1 | Identification |
| --- | --- |
| |  Source: https://docplayer.net/34910004-A-new-x86-core-architecture-for-the-next-generation-of-computing.html; *see* https://web.archive.org/web/20190611023103/https://www.amd.com/en/technologies/zen-core; https://web.archive.org/web/20190430213825/https:// www.slideshare.net/AMD/amd-and-the-new-zen-high-performance-x86-core-at-hot-chips-28. |

<table>
<tr><th>Claim 1</th><th>Identification</th></tr>
<tr><td></td><td>

Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3.
</td></tr>
</table>

| Claim 1 | Identification |
|---|---|
| | |

| Bits | Mnemonic | Description | R/W |
|---|---|---|---|
| 63:CBM_LEN+1 | Reserved | Reserved, MBZ | |
| CBM_LEN:0 | MASK | L3 Cache PQE Allocation Mask | R/W |

**L3_MASK_<COS> MSR Registers**

Source: https://web.archive.org/web/20210305161038/https://developer.amd.com/wp-content/resources/56375_1.00.pdf

| Claim 1 | Identification |
|---|---|
| **1[d]**. a high-speed interconnect coupling the plurality of cache memory blocks to the first and second cache controllers such that at least one allocable cache memory block is capable of being used by the first and second cache controllers; and | SAP provides a high-speed interconnect coupling the plurality of cache memory blocks to the first and second cache controllers such that at least one allocable cache memory block is capable of being used by the first and second cache controllers. For example, *see*:<br><br>Source: https://docplayer.net/34910004-A-new-x86-core-architecture-for-the-next-generation-of-computing.html; *see* https://web.archive.org/web/20190611023103/https://www.amd.com/en/technologies/zen-core; https://web.archive.org/web/20190430213825/https:// www.slideshare.net/AMD/amd-and-the-new-zen-high-performance-x86-core-at-hot-chips-28. |

| Claim 1 | Identification |
|---|---|
| |  Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3. |

| Claim 1 | Identification |
| --- | --- |
| | **QOS Enforcement**<br><br>QOS enforcement is accomplished by assigning a Class Of Service (COS) to a processor and specifying allocations or limits for that COS for each resource to be allocated. The current COS for a given processor is specified in the PQR_ASSOC MSR, described above. If multiple processors within a QOS domain are assigned the same COS, then the resource allocation associated with that class will be shared among all the processors. At reset, the PQR_ASSOC.COS value is 0.<br><br>For each resource which is managed by the Platform QOS Enforcement feature, a bank of registers is defined which software can program with the allocation limits for each COS. The interpretation of that register depends on the type of resource which is being managed.<br><br>**Platform QOS Limits for Cache Allocation Enforcement**<br><br>The PQE limits for L3 cache allocation are specified by a bank of MSRs called L3_MASK_n, where "n" is the COS. These registers begin with MSR C90h. There is one register for each COS implemented for that resource. Each of the registers is a bitmask with the MSB at CBM_LEN, which is returned in EAX[4:0] by CPUID Fn0000_0010, EAX=1. (This length is zero-based, so the actual number of QOS bits is EAX[4:0] + 1).<br><br>Software programs these registers with a bit mask where each "1" represents a portion of the cache which may be used by the corresponding COS. For example, if CBM_LEN for a given implementation is 15, then each "1" which is set in L3_MASK_n represents 1/16 of the cache which may be used by processors running with COS = n. If two or more different Classes of Service have a "1" set in the same bit position in their respective L3_MASK_n register, that represents a portion of the cache which is competitively shared by processors running with those COS values. Some products may implement Cache Allocation Enforcement by allocating some number of ways of the L3 cache for each "1" in the L3_MASK register, but this will not necessarily be true for all implementations and software should not rely on that interpretation.<br><br>However, because this is one possible implementation, it is possible that use of PQE for cache allocation will reduce the effective associativity available to processes running using an L3_MASK which does not have all the bits set. The bits which are set in the various L3_MASK_n registers do not have to be contiguous and may overlap in any desired combination. If an L3_MASK_n register is programmed with all 0's, that COS will be prevented from allocating any lines in the L3 cache. At reset, all L3_MASK_n registers are initialized to all 1's, allowing all processors to use the entire L3 cache accessible to them. |

| Claim 1 | Identification |
|---|---|
| | Source: https://web.archive.org/web/20210305161038/https://developer.amd.com/wp-content/resources/56375_1.00.pdf<br><br>63 — CBM_LEN — 0<br>Reserved, MBZ \| MASK<br>L3_MASK_n, MSR C90h + n<br>. . .<br>63 — CBM_LEN — 0<br>Reserved, MBZ \| MASK<br>L3_MASK_1, MSR C91h<br>63 — CBM_LEN — 0<br>Reserved, MBZ \| MASK<br>L3_MASK_0, MSR C90h<br><br>**Bits** — **Mnemonic** — **Description** — **R/W**<br>63:CBM_LEN+1 — Reserved — Reserved, MBZ<br>CBM_LEN:0 — MASK — L3 Cache PQE Allocation Mask — R/W<br><br>**L3_MASK_<COS> MSR Registers**<br>Source: https://web.archive.org/web/20210305161038/https://developer.amd.com/wp-content/resources/56375_1.00.pdf |

| Claim 1 | Identification |
|---|---|
| **1[e].** a resource allocation controller coupled to determine an accessing cache memory controller selected from the group consisting of the first and second cache memory controllers, whereby the accessing cache memory controller is allowed to access the allocable cache memory block, | SAP provides a resource allocation controller coupled to determine an accessing cache memory controller selected from the group consisting of the first and second cache memory controllers, whereby the accessing cache memory controller is allowed to access the allocable cache memory block. For example, *see*:   Source: https://docplayer.net/34910004-A-new-x86-core-architecture-for-the-next-generation-of-computing.html; *see* https://web.archive.org/web/20190611023103/https://www.amd.com/en/technologies/zen-core; https://web.archive.org/web/20190430213825/https:// www.slideshare.net/AMD/amd-and-the-new-zen-high-performance-x86-core-at-hot-chips-28. |

| Claim 1 | Identification |
|---|---|
| | Source: https://docplayer.net/34910004-A-new-x86-core-architecture-for-the-next-generation-of-computing.html; *see* https://web.archive.org/web/20190611023103/https://www.amd.com/en/technologies/zen-core; https://web.archive.org/web/20190430213825/https:// www.slideshare.net/AMD/amd-and-the-new-zen-high-performance-x86-core-at-hot-chips-28. |

| Claim 1 | Identification |
| --- | --- |
| | <br>Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3. |

| Claim 1 | Identification |
|---|---|
| | **QOS Enforcement**<br><br>QOS enforcement is accomplished by assigning a Class Of Service (COS) to a processor and specifying allocations or limits for that COS for each resource to be allocated. The current COS for a given processor is specified in the PQR_ASSOC MSR, described above. If multiple processors within a QOS domain are assigned the same COS, then the resource allocation associated with that class will be shared among all the processors. At reset, the PQR_ASSOC.COS value is 0.<br><br>For each resource which is managed by the Platform QOS Enforcement feature, a bank of registers is defined which software can program with the allocation limits for each COS. The interpretation of that register depends on the type of resource which is being managed.<br><br>**Platform QOS Limits for Cache Allocation Enforcement**<br><br>The PQE limits for L3 cache allocation are specified by a bank of MSRs called L3_MASK_n, where "n" is the COS. These registers begin with MSR C90h. There is one register for each COS implemented for that resource. Each of the registers is a bitmask with the MSB at CBM_LEN, which is returned in EAX[4:0] by CPUID Fn0000_0010, EAX=1. (This length is zero-based, so the actual number of QOS bits is EAX[4:0] + 1).<br><br>Software programs these registers with a bit mask where each "1" represents a portion of the cache which may be used by the corresponding COS. For example, if CBM_LEN for a given implementation is 15, then each "1" which is set in L3_MASK_n represents 1/16 of the cache which may be used by processors running with COS = n. If two or more different Classes of Service have a "1" set in the same bit position in their respective L3_MASK_n register, that represents a portion of the cache which is competitively shared by processors running with those COS values. Some products may implement Cache Allocation Enforcement by allocating some number of ways of the L3 cache for each "1" in the L3_MASK register, but this will not necessarily be true for all implementations and software should not rely on that interpretation.<br><br>However, because this is one possible implementation, it is possible that use of PQE for cache allocation will reduce the effective associativity available to processes running using an L3_MASK which does not have all the bits set. The bits which are set in the various L3_MASK_n registers do not have to be contiguous and may overlap in any desired combination. If an L3_MASK_n register is programmed with all 0's, that COS will be prevented from allocating any lines in the L3 cache. At reset, all L3_MASK_n registers are initialized to all 1's, allowing all processors to use the entire L3 cache accessible to them. |

| Claim 1 | Identification |
|---|---|
| | Source: https://web.archive.org/web/20210305161038/https://developer.amd.com/wp-content/resources/56375_1.00.pdf |

63 | CBM_LEN | 0

| Reserved, MBZ | MASK |
|---|---|

L3_MASK_n, MSR C90h + n

. . .

63 | CBM_LEN | 0

| Reserved, MBZ | MASK |
|---|---|

L3_MASK_1, MSR C91h

63 | CBM_LEN | 0

| Reserved, MBZ | MASK |
|---|---|

L3_MASK_0, MSR C90h

| Bits | Mnemonic | Description | R/W |
|---|---|---|---|
| 63:CBM_LEN+1 | Reserved | Reserved, MBZ | |
| CBM_LEN:0 | MASK | L3 Cache PQE Allocation Mask | R/W |

**L3_MASK_<COS> MSR Registers**

Source: https://web.archive.org/web/20210305161038/https://developer.amd.com/wp-content/resources/56375_1.00.pdf

| Claim 1 | Identification |
| --- | --- |
| **1[f].** wherein the cache memory blocks are usable by the cache controllers to store data and instructions fetched from a random-access memory. | SAP provides the resource allocation controller wherein the cache memory blocks are usable by the cache controllers to store data and instructions fetched from a random-access memory. For example, *see*:<br><br>AMD<br>ZEN CACHE HIERARCHY<br>Fast private 512K L2 cache<br>Fast shared L3 cache<br>High bandwidth enables prefetch improvements<br>L3 is filled from L2 victims<br>Fast cache-to-cache transfers<br>Large Queues for Handling L1 and L2 misses<br>CORE 0<br>32B fetch<br>64K I-Cache 4-way<br>32B/cycle<br>512K L2 I+D Cache 8-way<br>2*16B load<br>1*16B store<br>32K D-Cache 8-way<br>32B/cycle<br>32B/cycle<br>8M L3 I+D Cache 16-way<br>32B/cycle<br>13 \| HOT CHIPS 28 \| AUGUST 23, 2016<br><br>Source: https://docplayer.net/34910004-A-new-x86-core-architecture-for-the-next-generation-of-computing.html; *see* https://web.archive.org/web/20190611023103/https://www.amd.com/en/technologies/zen-core; https://web.archive.org/web/20190430213825/https:// www.slideshare.net/AMD/amd-and-the-new-zen-high-performance-x86-core-at-hot-chips-28. |

| Claim 1 | Identification |
|---|---|
| | <br>Source: https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd; *see also* https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3. |

| Claim 1 | Identification |
| --- | --- |
| |   Source: https://www.nextplatform.com/2019/08/15/a-deep-dive-into-amds-rome-epyc-architecture/ |

| Claim 1 | Identification |
|---|---|
| | <br><br>Source: [https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd](https://web.archive.org/web/20220903163656/https://www.slideshare.net/slideshow/embed_code/key/6g7kfAYmt73ofd); *see also* [https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3](https://web.archive.org/web/20220903163610/https://www.amd.com/en/technologies/zen-core-3). |