# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VALTRUS INNOVATIONS LTD.,**<br><br>   Plaintiff,<br><br> vs.<br><br>**SAP AMERICA, INC. AND SAP SE,**<br><br>   Defendants. | Civil Action No. 2:24-cv-21<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS SAP AMERICA, INC. AND SAP SE'S
### UNOPPOSED MOTION TO EXTEND REPLY BRIEF DEADLINE

Defendants SAP America, Inc. and SAP SE's (collectively, "SAP") respectively request that the Court extend the deadline to file its reply brief in support of its Motion for Intra-District Transfer Under 28 U.S.C. § 1404(a) (the "Motion to Transfer"). (Dkt. No. 22). SAP's current deadline to file its reply brief is June 7, 2024, and SAP moves for an extension on or before June 11, 2024, to allow it adequate time to respond to the arguments raised in Valtrus Innovation Ltd.'s ("Valtrus") Opposition to the Motion to Transfer (Dkt. No. 41). Valtrus is unopposed to this Motion.

Dated: June 5, 2024                                    Respectfully submitted,

By: /s/ *Thomas M. Melsheimer*
Thomas M. Melsheimer
State Bar No. 13922550
tmelsheimer@winston.com
M. Brett Johnson
State Bar No. 00790975
mbjohnson@winston.com
Michael A. Bittner
State Bar No. 24064905
mbittner@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., 9th Floor
Dallas, TX 75201
Telephone: (214) 453-6500

**ATTORNEYS FOR
SAP AMERICA, INC. and SAP SE**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email.

*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned counsel certifies that on June 5, 2024, counsel for SAP conferred with counsel for Valtrus, and Valtrus does not oppose this Motion.

*/s/ Thomas M. Melsheimer*
Thomas M. Melsheimer