# EXHIBITS A-C

# REDACTED IN ENTIRETY