# EXHIBIT E

Google

Skip to main content Accessibility feedback

One way · 1 · Economy

Atlanta · Shreveport · Thu, Jun 27

All filters · Stops · Airlines · Bags · Price · Times · Emissions · Con

**Best**
Based on price and convenience

**Cheapest** Starts from $244
Additional options based primarily on price

## Top flights

Ranked based on price and convenience · Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sort by:

9:26 AM — 10:14 AM
ATL SHV
Nonstop · 1 hr 48 min · Delta · Operated by Endeavor Air DBA Delta Connection
$244
125 kg CO2e
-37% emissions

9:56 PM — 10:43 PM
ATL SHV
Nonstop · 1 hr 47 min · Delta · Operated by Endeavor Air DBA Delta Connection
$244
125 kg CO2e
-37% emissions

5:25 PM — 6:15 PM
ATL SHV
Nonstop · 1 hr 50 min · Delta · Operated by Endeavor Air DBA Delta Connection
$269
125 kg CO2e
-37% emissions

1:15 PM — 2:00 PM
ATL SHV
Nonstop · 1 hr 45 min · Delta · Operated by Endeavor Air DBA Delta Connection
$299
125 kg CO2e
-37% emissions

Prices are currently **typical** · View price history

Track prices · Jun 27 · Any dates · Date grid · Price graph

## Other flights



8:13 PM → 12:03 AM+1 $252
ATL SHV
1 stop · 4 hr 50 min · American · Operated by PSA Airlines as American Eagle, PSA… 257 kg CO2e
+29% emissions

6:00 AM → 9:46 AM $253
ATL SHV
1 stop · 4 hr 46 min · American · Operated by Envoy Air as American Eagle 193 kg CO2e
Avg emissions

2:33 PM → 5:52 PM $253
ATL SHV
1 stop · 4 hr 19 min · American · Operated by Envoy Air as American Eagle 193 kg CO2e
Avg emissions

5:45 PM → 10:35 PM $253
ATL SHV
1 stop · 5 hr 50 min · United · Operated by Commuteair DBA United Express 221 kg CO2e
+11% emissions

5:45 PM → 9:34 PM $306
ATL SHV
1 stop · 4 hr 49 min · United · Operated by Commuteair DBA United Express 221 kg CO2e
+11% emissions

4:08 PM → 7:12 PM $418
ATL SHV
1 stop · 4 hr 4 min · United · Operated by Mesa Airlines DBA United Express, Comm… 211 kg CO2e
+6% emissions

70 more flights

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more

