# EXHIBIT F

 SAP America Inc., 2601 Westheimer Rd Suite C250, Houston, TX 77098 to Sam B. Hall, Jr. Federal Building and United States Court House, 100 E Houston St, Marshall, TX 75670   Drive 227 miles, 3 hr 49 min



Map data ©2024 Google, INEGI   20 mi

- via US-59 N — **3 hr 49 min** — 227 miles
  Fastest route now, avoids road closure on US-59 N

- via I-45 N — **4 hr 12 min** — 238 miles

- Houston, TX—Shreveport, LA — 1 hr 5 min — from $308

**Explore nearby Sam B. Hall, Jr. Federal Building and United States Court House**

Restaurants   Hotels   Gas stations   Parking Lots   More

Google Maps   SAP America Inc., 2601 Westheimer Rd Suite C250, Houston, TX 77098 to 101 E Pecan St, Sherman, TX 75090   Drive 331 miles, 5 hr 32 min



Map data ©2024 Google, INEGI   50 mi



via I-45 N — 5 hr 32 min
Fastest route now due to traffic conditions — 331 miles

⚠ 12:55 AM (Friday)—9:25 AM   8 hr 30 min
🚌 82  >  🚌 20  >  🚌 Greyhound US1100  >  🚌 Greyhound US1146  >  🚶

Explore nearby 101 E Pecan St



Restaurants   Hotels   Gas stations   Parking Lots   More

**Google Maps** SAP America Inc., 2601 Westheimer Rd Suite C250, Houston, TX 77098 to 7940 Preston Rd, Plano, TX 75024

Drive 268 miles, 4 hr 5 min



Map data ©2024 Google, INEGI   20 mi

| | via I-45 N | 4 hr 5 min |
|---|---|---|
| | Fastest route, the usual traffic ⚠ This route has tolls. | 268 miles |

| | via TX-90 N and I-45 N | 4 hr 24 min |
|---|---|---|
| | | 278 miles |

| | Houston, TX—Dallas, TX | 1 hr 15 min |
|---|---|---|
| | | from $58 |

Explore nearby 7940 Preston Rd



Restaurants   Hotels   Gas stations   Parking Lots   More