# EXHIBITS G-J

# REDACTED IN ENTIRETY