# EXHIBIT L

5/29/24, 2:56 PM                        Hewlett Packard Enterprise to Sam B. Hall, Jr. Federal Building and United States Court House - Google Maps

Case 2:24-cv-00021-JRG    Document 44-10    Filed 06/07/24    Page 2 of 4 PageID #: 1584



Hewlett Packard Enterprise, 1701 E Mossy Oaks Rd, Spring, TX 77389 to Sam B. Hall, Jr. Federal Building and United States Court House, 100 E Houston St, Marshall, TX 75670

Drive 205 miles, 3 hr 26 min



Map data ©2024 Google, INEGI   20 mi

| | via US-59 N | 3 hr 26 min |
|---|---|---|
| | Fastest route, the usual traffic<br>⚠ This route has tolls. | 205 miles |

| | via US-59 N and TX-43 N | 3 hr 27 min |
|---|---|---|
| | | 207 miles |

| | via TX-19 N | 3 hr 45 min |
|---|---|---|



# Google Maps

**Hewlett Packard Enterprise, 1701 E Mossy Oaks Rd, Spring, TX 77389 to 101 E Pecan St #216, Sherman, TX 75090**

Drive 278 miles, 4 hr 13 min

|  | via I-45 N | 4 hr 13 min |
|---|---|---|
|  | Fastest route, the usual traffic | 278 miles |
|  | via I-45 N and US-75 N | 4 hr 21 min |
|  |  | 289 miles |

### Explore nearby 101 E Pecan St #216

**Google Maps**  Hewlett Packard Enterprise, 1701 E Mossy Oaks Rd, Spring, TX 77389 to 7940 Preston Rd, Plano, TX 75024   Drive 241 miles, 3 hr 35 min



Map data ©2024 Google, INEGI   20 mi



| | via I-45 N | 3 hr 35 min |
|---|---|---|
| | Best route | 241 miles |
| | ⚠ This route has tolls. | |
| | via I-45 N and Dallas North Tollway N | 3 hr 35 min |
| | | 242 miles |
| ✈ | Houston, TX—Dallas, TX | 1 hr 15 min |
| | | from $58 |

### Explore nearby 7940 Preston Rd



Restaurants   Hotels   Gas stations   Parking Lots   More