# EXHIBIT N



Locations

# Corporate Locations

## Global Directory of AMD Corporate Locations

Visit the Support page for general support or contacting - AMD sales, partners, and other departments.

**Americas** | Europe, Middle East and Africa | Asia Pacific

### AMD South America Ltda.

230, George Ohm Street,

Sao Paulo - SP 04576-020

Brazil

Tel: +55 11-3478-2150

### Xilinx, Inc.

28345 Beck Road, Suite #400,

Wixom, MI 48393

United States

## Advanced Micro Devices, Inc.

Plymouth Business Center

3650 Annapolis Lane North, Suite 120

Plymouth, MN  55447

United States

## Xilinx, Inc.

220 Horizon Drive, Suite #114,

Raleigh, NC 27615

United States

## Xilinx, Inc.

5051 Journal Center Blvd., NE, Suite #310,

Albuquerque, NM 87109

United States

## Advanced Micro Devices, Inc.

300 Westage Business Center Drive, Suite 200,

Fishkill, NY 12524

United States

## Advanced Micro Devices, Inc.

350 Linden Oaks, Suite 210,

Rochester, NY 14625

United States

## Xilinx, Inc.

15455 N Dallas Parkway, Suite #1230,

Addison, TX 75001

United States

## Advanced Micro Devices, Inc.

7171 Southwest Parkway,

Austin, TX 78735

United States

Tel: +1 512-602-1000

## Advanced Micro Devices, Inc.

7000 West William Cannon Drive,

Austin, TX 78735

United States

## Advanced Micro Devices, Inc.

1340 Airport Commerce Drive,

Austin, TX 78741

United States

## ATI Technologies ULC

500 4th Avenue SW,

Calgary, AB T2P 2V6

Canada

## Advanced Micro Devices, Inc.

2002 Timberloch Place,

Spring, TX 77380

United States

## Advanced Micro Devices, Inc.

2002-156th Avenue NE,

Bellevue, WA 98007

United States

Tel: +1 425-586-6401

## ATI Technologies ULC

1 Commerce Valley Drive,

Markham, ON L3T 7X6

Canada

## ATI Technologies ULC

33 Commerce Valley Drive,

Markham, ON  L3T 7N6

Canada

## Xilinx, Inc.

84 Hines Road, Suite #300,

Ottawa, ON K2K 3G3

Canada

## Advanced Micro Devices, Inc.

2930 Virtual Way #300

Vancouver, BC

V5M 4X6

Canada

## Xilinx Canada Co.

420 Weber Street, North Suite #J,

Waterloo, ON N2L 4E7

Canada

## AMD Latin America Ltda.

Blvd. Manuel Avila Camacho No. 40,

Lomas de Chapultepec,

11000 Mexico City,

Mexico

Tel: +55 11-3478-2150

### AMD Latin America Ltd.

El Salvador, 5220, Palermo Soho,

Buenos Aires,

Argentina

Tel: +54 11-4877-6442

### Advanced Micro Devices, Inc.

1024 Iron Point Road,

Folsom, CA 95630

United States

### Advanced Micro Devices, Inc.

9620 Towne Centre Drive,

San Diego, CA 92121

United States

Tel: +1 408-749-4000

## Advanced Micro Devices, Inc.

2485 Augustine Drive,

Santa Clara, CA 95054

United States

Tel: +1 408-749-4000

## Xilinx, Inc.

2100 Logic Drive,

San Jose, CA 95124

United States

Tel: +1 408-559-7778

## Advanced Micro Devices, Inc.

2950 East Harmony Road,

Ft. Collins, CO 80528

United States

Tel: +1 970-226-9500

## Xilinx, Inc.

3100 Logic Drive,

Longmont, CO 80503

United States

Tel: +1 720-652-3600

## Xilinx, Inc.

1951 S. Fordham Street,

Longmont, CO 80503

United States

## Advanced Micro Devices, Inc.

401 9th Street NW,

Washington, D.C. 20004

United States

## Advanced Micro Devices, Inc.

3501 Quadrangle Blvd.,

Orlando, FL 32817

United States

Tel: +1 407-541-6800

## Advanced Micro Devices, Inc.

90 Central Street,

Boxborough, MA 01719

United States

Tel: +1 978-795-2500

Subscribe to the latest news from AMD

**Company**