# EXHIBIT O



## Muhammad Alam · 3rd

Member of the Executive Board of SAP SE, Product Engineering

- SAP
- Morehouse College

Atlanta Metropolitan Area · Contact info

500+ connections

**Message**    **+ Follow**    **More**

## About

In my executive board role, I am responsible for the product strategy, product management, design, engineering and service operations for SAP's entire business applications portfolio. A broad and deep portfolio that covers Cloud ERP, SuccessFactors HCM, Customer Experience, Intelligent Spend & Busin  ...see more

## Activity

13,396 followers

**Posts**  Comments  Images

Muhammad Alam posted this · 1w

Those that follow me here, know that I don't post as often (as I probably should), but this one is definitely worth talking about, honoring and celebrating, in terms of its impact. This we  ...show more

1,385                                           17 comments · 4 reposts

Muhammad Alam posted this · 2mo

As I now officially take responsibility for Product Engineering as its Executive Board member, I continue to feel tremendously excited about the momentum we already have and the potential still in front of us. That along with a d  ...show more

2,054                                                      152 comments

Muhammad Alam posted this · 2mo

As leaders, we have a responsibility to seek #diversity, empower #innovation and inspire #inclusion throughout the company. One aspect of this responsibility involves promoting a strong female presence in all areas of our busin  ...show more

477                                                        8 comments

Show all posts →

## Experience

 **SAP**
Full-time · 2 yrs 4 mos

- **Member of the Executive Board of SAP SE, Product Engineering**
  Apr 2024 – Present · 2 mos
  Atlanta Metropolitan Area

- **President & Chief Product Officer, Intelligent Spend and Business Network**
  Feb 2022 – Apr 2024 · 2 yrs 3 mos
  Atlanta, Georgia, United States

 **Microsoft**
17 yrs 2 mos

- **Corporate Vice President, Dynamics 365**
  Mar 2020 – Feb 2022 · 2 yrs

- **General Manager, Dynamics 365**
  Sep 2018 – Feb 2020 · 1 yr 6 mos
  Bellevue, WA

- **General Manager, Dynamics 365 for Finance & Operations**
  Aug 2017 – Sep 2018 · 1 yr 2 mos
  Greater Seattle Area

Show all 8 experiences →

 **Manager**
Capgemini
2001 – 2005 · 4 yrs

 **Senior Consultant**
Ernst & Young
1997 – 2001 · 4 yrs

## Education

 **Morehouse College**
1996 – 1999

## Skills

**Microsoft Dynamics**

 Endorsed by Kim Guldager and 13 others who are highly skilled at this

Endorsed by 38 colleagues at Microsoft

61 endorsements

**SaaS**

Endorsed by 9 colleagues at Microsoft

Endorsed by 2 people in the last 6 months

15 endorsements

Show all 24 skills →

## Interests






Home   My Network   Jobs   Messaging   Notifications   Me ▾   For Business ▾   Lear



## Shashi (Reddy) M. ✓ (He/Him) · 3rd

Director S/4 Hana Cloud

-  SAP
-  The Wharton School

Atlanta Metropolitan Area · Contact info

500+ connections

**✈ Message**   **+ Follow**   **More**

---

### About

• Shashi is Principal Consultant in Implementing Large Scale Supply Chain Management projects with 18+ years of experience. Valued for being a thought leader, and working effectively individually, and as part of a team. Demonstrated leadership, problem solving, communications, people and project mar  ...see more

---

### Activity

2,041 followers

**Shashi hasn't posted yet**
Recent posts Shashi shares will be displayed here.

Show all activity →

---

### Experience

**SAP**
Full-time · 8 yrs

**Chief Architect**
Jul 2016 – Present · 7 yrs 11 mos
Greater Atlanta Area

Experienced Supply Chain Management consultant with 22+ years of ERP, Advanced Planning System Implementations. Provide Solution...

🏷 Business Process Improvement, Data Governance and +10 skills

**Director S/4 HANA Cloud**
Jun 2016 – Present · 8 yrs
Atlanta, Georgia, United States · Hybrid

🏷 S4 HANA Data Migration, S4 HANA PP and +2 skills

---

**Enterprise Architect**
Delta Air Lines · Full-time
Dec 2014 – Jun 2016 · 1 yr 7 mos

Greater Atlanta Area
Material Managements / Logistics Production support
Barcode EWM project support....

🏷 Business Process Improvement, Leadership and +7 skills



### Enterprise Solutions Architect
Semtech · Full-time
Jun 2013 - Dec 2014 · 1 yr 6 mos
Camarillo

Working in the areas DP(Demand Planning), S&OP process, SNP (Supply
network planning), CTM (Capable to match), GATP & data migration.

🏷 Business Process Improvement, Leadership and +8 skills



### Manager - IT Planning
BIORAD Laboratories Inc · Full-time
Dec 2011 - Jun 2013 · 1 yr 6 mos
Hercules · On-site

Responsible to Lead , Design , Configure and Review all the business
processes related to Advanced Planning and Opimization with the focu...

🏷 Business Process Improvement, Leadership and +8 skills



### Industry Consultant
Infosys Consulting, Inc. · Full-time
Jul 2011 - Dec 2011 · 6 mos
Fremont, CA

• Make to Inventory Lead – FG Plannig model model will narrow the scope
to the next several weeks usingdaily time periods and will be used to...

🏷 Business Process Improvement, Leadership and +6 skills

Show all 21 experiences →

## Education



### The Wharton School
Wharton Advanced Finance Program, Advanced Finance
Dec 2021 - Jan 2023

Grade: 4

Activities and societies: Wharton Executive Education.

Advanced Finance Program, Corporate Valuation, Assessing Commercial
Real Estate Investments and Markets Confirmation, Investment...



### University of Madras
Bachelor of Technology (B.Tech.), Chemical Engineering
1995 - 1999

Bachelor of Science (Food Technology, Pharmaceuticals, Fluidization
technology)

Show all 4 educations →

## Skills

### S4 HANA Data Migration

☞ Director S/4 HANA Cloud at SAP

### S4 HANA PP

☞ Director S/4 HANA Cloud at SAP



Show all 42 skills →

## Publications

**APO GATP Multi-Level Product Availability**
sdn.sap.com · Sep 14, 2012

Show publication ⧉

APO GATP Multi-Level Product Availability

## Languages

English

## Interests

**Top Voices**  Companies  Groups  Newsletters  Schools

**Jennifer Morgan** in · 3rd
Global Head of Portfolio Operations at Blackstone
82,649 followers

+ Follow

**Mohamed El-Erian** in · 3rd
President @ Queens' College, Cambridge | Finance, Economics Expert
2,563,027 followers

+ Follow

Show all Top Voices →

**Promoted** •••
**Attorney Needed ASAP**
Crucial need for a local attorney in your area. View new cases today.

**WSJ Special Offer, 50¢/Wk**
Inform Your Most Important Decisions With Trusted News. Just 50¢/Week.

**6-Week Online Classes**
Earn an online master's degree designed for busy professionals at UAGC.

## Other similar profiles

**Deepa Nair , PMP** · 3rd
Business Analytics Manager, Data Analytics for S&OP and Optimization

View profile

**Jaideep Chatterjee** · 3rd
Principal Architect at SAP

View profile

**Jayashree Madderla** · 3rd
SAP Architect, Independent Consultant

View profile

 



**Kevin Hester** · 3rd

Chief Customer Officer - SAP North America

- SAP
- Georgia Institute of Technology

Woodstock, Georgia, United States · Contact info

500+ connections

Message · + Follow · More

## About

I am an experienced sales professional with experience in managing large complex accounts. I have worked in many roles including as an implementation consultant, Solutions Engineer ERP and CRM solutions, and Global Account Director for The Coca-Cola System during my career at SAP. From 2009 to 2011, I managed our sales team for some of SAP's most strategic accounts headquartered in the southeast United States. In 2013 I was the National VP for the Sales COE for CRM, SCM, MFG, PLM, Platform, and Analytics.

Recently, I was COO of SAP Americas Strategic Industries. This organization is our GTM for key industry accounts in Retail, Financial Services, and Regulated Industries.

Currently I am COO for North America for SAP Ariba. The worlds leading Cloud Procurement and Business Network solution.

Prior to SAP, I worked at MSA and then Dun & Bradstreet Software in Marketing and Product Management.

## Activity

2,105 followers

Posts · **Comments** · **Images**

Kevin Hester posted this · 2w

Join me at the SAP Sapphire & ASUG Annual Conference in Orlando from June 3—5 to tackle your toughest business challenges with industry experts. Immerse yourself in practical demos, connect with l ...show more

85

Kevin Hester reposted this · 3w

On Thursday the Organic Valley SAP project team went through our lessons learned exercise. ... ...show more

165                                                                                13 comments · 3 reposts



ⓘ Preparing PDF, your download will begin shortly.

If you get the chance to learn from **Jayne Gibbon**, you better take it.

 **SAP**
events.sap.com

 72                                                                1 comment

Show all posts →

## Experience

 **SAP**
30 yrs 4 mos

**Chief Customer Officer**
Full-time
Mar 2022 - Present · 2 yrs 3 mos
Atlanta, Georgia, United States

**GVP SAP Experience Management**
Full-time
Jan 2020 - Mar 2022 · 2 yrs 3 mos
Greater Atlanta Area

**National Vice President**
Feb 1994 - Mar 2022 · 28 yrs 2 mos
Atlanta, GA

Currently responsible for managing the SAP North America Solutions COE.
This team is resposible for driving pipeline and customer opportunities for...

 **Board Member**
ASUG - Americas' SAP Users' Group · Part-time
Oct 2022 - Present · 1 yr 8 mos

 **COO North America**
SAP Ariba
Jan 2017 - Jan 2020 · 3 yrs 1 mo
Atlanta, Georgia

 **Product Management**
Dun & Bradstreet Software
Sep 1989 - Feb 1994 · 4 yrs 6 mos

## Education

 **Georgia Institute of Technology**
BS, Management
1985 - 1989

## Skills

**Go-to-market Strategy**
 Endorsed by Volker Reinert and 1 other who is highly skilled at this

Endorsed by 14 colleagues at SAP

20 endorsements

**SaaS**
Endorsed by Rick Nichols and 5 others who are highly skilled at this

Endorsed by 17 colleagues at SAP

ⓘ Preparing PDF, your download will begin shortly.

Show all 8 skills →

## Interests

**Companies**   Schools

**EY**
8,925,883 followers

+ Follow

**SAP**
3,584,552 followers

+ Follow

Show all companies →

Ad ···

Aaron, grow your team with the right hire via
LinkedIn Jobs

**in** Jobs

Redeem an exclusive offer for Premium
subscribers

Redeem $100 credit

### Other similar profiles

**John McGee** in · 3rd
Senior Vice President, SAP

View profile

**Andy Canham** · 3rd
President at SAP Canada

+ Follow

**Carmen Krueger** in · 3rd
Chief Business Officer - SAP North America

View profile

**Lori Rosano** in · 3rd
MD & SVP of North America Public Cloud ☁️ and Midmarket Sector | CHIEF
Member 🏆 | ASPCA District Captain ❤️

View profile

**Jason Schaps** in · 3rd
Managing Director, Google Workspace, North America

View profile

Show all

### People you may know
From Kevin's company

Carrie Hall

ℹ️ Preparing PDF, your download will begin shortly.



**Connect**

**Niall P. Brennan**
VP, Global Head of Strategic Engagement, Government and External Security Partners, SAP Global Security and Compliance (SGSC)

**Connect**

**Orisia K. Gammell**
Chief Legal Counsel & Head of Export Control Innovation @ SAP | Global Trade Leader

**Connect**

**Anil S.**
Talent Acquisition / Philanthropy

**Connect**

**Rahul Aware**
Architect at SAP

**Connect**

Show all

**You might like**
Pages for you

**NASA Jet Propulsion Laboratory**
Defense and Space Manufacturing
1,038,863 followers

14 connections follow this page

**+ Follow**

**O'Melveny & Myers LLP**
Law Practice
34,169 followers

3 connections work here

**+ Follow**

Show all

Preparing PDF, your download will begin shortly.

 



## Sara Mani · 3rd
Development Manager at SAP

· SAP

Lawrenceville, Georgia, United States · Contact info

240 connections

 Message    + Follow   More

## Activity
241 followers

**Sara hasn't posted yet**
Recent posts Sara shares will be displayed here.

Show all activity →

## Experience

 **SAP**
22 yrs 3 mos

● **Development Manager**
Jan 2015 – Present · 9 yrs 5 mos

● **Lead Software Er**
Mar 2002 – Dec 2014 · 12 yrs 10 mos

 **Development**
SAP Labs
2002 – Present · 22 yrs 5 mos

## Skills

**Object Oriented Design**
Endorsed by 2 colleagues at SAP

2 endorsements

**Architecture**
ilias skordilis has given an endorsement for this skill

1 endorsement

Show all 27 skills →



**Recommendations**

Received    Given

**Nothing to see for now**

Recommendations that Sara receives will appear here.

**Interests**

Companies    Groups

SAP
**SAP**
3,582,173 followers

+ Follow

Promoted •••

**Urgent Need for Attorneys**
We need attorneys to help our legal clients. Free trial to view cases.

**Close deals faster.**
See how you can go from closing deals in a matter of weeks to just minutes.

**WSJ Special Offer, 50¢/Wk**
Inform Your Most Important Decisions With Trusted News. Just 50¢/Week.

**Other similar profiles**

**Dominik Mark Metzger** · 3rd
Head of SAP Digital Supply Chain

+ Follow

**Juan M. Pacheco** · 3rd
Industry 4.0, SAP DM, SAP MII, S/4 Hana, SAP Production Connector, SAP Plant Connectivity, Rockwell AB and AIoT

View profile

**Axel Loelhoeffel** · 3rd
Strategic Operations and Finance Professional Passionate About Helping Technologists Meet Their Goals

View profile

**Michael Cressman** · 3rd
Vice President, Product Management at SAP

View profile

**Bakhtiyar Mirtov** · 3rd
Development Architect | Solution Architect | SAP Digital Manufacturing | SAP BTP | Cloud Computing | Edge Computing

View profile

Show all

**People you may know**

 



## Tami Morrison · 3rd

Product Expert at SAP Labs

-  SAP Labs
-  Tulane University

Houston, Texas, United States · Contact info

147 connections

[ ✈ Message ]   [ + Follow ]   [ More ]

## About

Experienced software performance expert, with a demonstrated knowledge of operating systems, database systems, and application software performance. Strong software performance skills in Business Process, SAP Netweaver/Hana, SAP Project Implementation, Requirements Analysis, and Enterprise Software.

## Activity

147 followers

**Tami hasn't posted yet**
Recent posts Tami shares will be displayed here.

Show all activity →

## Experience

 **Product Expert**
SAP Labs
Jan 2010 – Present · 14 yrs 5 mos

 **Internal Strategic Consulting Expert**
SAP Labs
Jul 1997 – Dec 2008 · 11 yrs 6 mos

 **Performance Consultant**
SAP Americas
1994 – 1997 · 3 yrs

 **Database Performance**
Oracle Corporation
1994 – 1995 · 1 yr

## Education



Tulane University

## Skills

**Enterprise Software**

Endorsed by 7 colleagues at SAP

10 endorsements

**Sizing and Benchmarking**

Show all 15 skills →

## Interests

**Companies**   Schools

**SAP**
3,582,068 followers

+ Follow

**Tulane University**
128,207 followers

+ Follow

Promoted •••

**Attorney Needed ASAP**
We need attorneys looking to connect with our clients. View new cases now!

**Subscribe with Google.**
Get WSJ, Just $1/Week.

**Clinical Trial Attorney**
Do you need help with negotiating clinical trial agreements? Call me..

**Other similar profiles**

**Erick Grimaldi** · 3rd
Solution Advisor at SAP

View profile

**Dante Hatch** · 3rd
Senior Technical Quality Manager/Enterprise Architect @ SAP | Certified ValueSAP Consultant

View profile

**Albert C.** · 3rd
Senior Manager at PwC

View profile

**Anita Luu** · 3rd
Senior Product Specialist, Quality Management

 



## Milena Mathyl ✓ · 3rd
Product Manager SAP Integration Suite at SAP

- SAP
- Karlsruher Institut für Technologie (KIT)

Spring, Texas, United States · Contact info

**500+** connections

[ ✈ Message ]  [ ᵘ Connect ]  [ More ]

## About

My way of thinking: Logical and analytical
My approach: Very strategic and forward-thinking
My goal: Optimization of IT, business processes and enterprises – especially
INNOVATION…

## Activity
**1,677** followers

[ Posts ]  [ Comments ]  [ Videos ]  [ Images ]

Milena Mathyl posted this · 22h

🎉 Excitement is in the air as **#SAPSapphire** is around the corner!

Discover how you can innovate with **#SAPIntegrationSu**  …show more

38                                4 reposts

Milena Mathyl reposted this · 1d

**#SAPBTP** - **#SAPIntegrationSuite**, **#ApplicationDevelopment**, and
**#Automation** sessions at **#SAPSapphire** 2024

**SAP Sapphire 2024: Update on Application Development, Autom…**
community.sap.com

10

Milena Mathyl reposted this · 2d

I am elated to share that a patent has been granted to our team, **#Fantastic**
**#Four**, on "Automatic Generation of Cloud Integration Adapter from  …show more

**Patent Center**
patentcenter.uspto.gov

110                               11 comments

Show all posts →

## Experience



**SAP**
5 yrs 3 mos

- **Product Manager SAP Integration Suite**
  Mar 2020 – Present · 4 yrs 3 mos
  United States of America (previously Germany)

  Cloud Integration, Event Mesh and Advanced Event Mesh, API
  Management and SAP Graph, Integration Advisor (AI-based i ...see more

- **Technical Support Engineering**
  Mar 2019 – Feb 2020 · 1 yr
  Walldorf

  Technical Core Competence for SAP Cloud Platform Integration (SAP
  BTP/SAP Integration Suite today) and SAP S/4 HANA Finance



**Fraunhofer Institute for Systems and Innovation Research ISI**
3 yrs
Karlsruhe

- **Research Scientist**
  Nov 2016 – Jul 2018 · 1 yr 9 mos

  Energy Technology and Energy Systems; System Analysis & Modelling &
  Forecast Scenarios; Industrial strategies

- **Research Scientist**
  Aug 2015 – Oct 2016 · 1 yr 3 mos

  Industrial Innovation Strategies: Strategical company development
  strategies and product innovations



**BMW Inhouse Consulting**
BMW Group
Sep 2012 – Mar 2013 · 7 mos
München und Umgebung, Deutschland

Development, Purchasing, Production and Quality Management



**Karlsruher Institut für Technologie (KIT)**
1 yr 3 mos

- **Research Assistant**
  Nov 2011 – Sep 2012 · 11 mos
  Karlsruhe

  Light Technology Institute (LTI): Optical Technologies in the Automobile /
  General Lighting

- **Research Assistant**
  Jul 2011 – Oct 2011 · 4 mos
  Karlsruhe und Umgebung, Deutschland

  Institute of Economics (ECON): Economics and Finance

## Education



**Karlsruhe Institute of Technology (KIT)**
Master of Science & MBA, Industrial Engineering and Computer Science
2017 – 2019

Applied Computer Science, Operations Research, Energy and Process
Engineering, Production Engineering



**Karlsruhe Institute of Technology (KIT)**
Master of Science - MS, Economics Engineering and Management
2015 – 2017

Show all 3 educations →

## Licenses & certifications



**AI Ethics at SAP (Edition Q1/2024)**
SAP
Issued Apr 2024
Credential ID openSAP

Show credential ☒



**Agiles Projektmanagement**
LinkedIn
Issued Apr 2024

Show credential ☒

Show all 13 licenses & certifications →

## Volunteering

**Member**
VWI - ESTIEM Hochschulgruppe e.V.
Oct 2009 – Present · 14 yrs 8 mos
Education

Workshops, Case Studies and Lectures

**Board Member**
VWI - ESTIEM Hochschulgruppe e.V.
May 2010 – May 2011 · 1 yr 1 mo
Education

Strategy development; Organization and implementation of projects;
Cooperation with companies

Show all 4 volunteer experiences →

## Skills

Produktentwicklung

Leadership

Show all 51 skills →

## Languages

**Deutsch**
Native or bilingual proficiency

**Englisch**
Full professional proficiency

Show all 5 languages →

## Interests

Top Voices | Companies | Groups | Newsletters | Schools

5/29/24, 6:02 PM LinkedIn



**Christian Klein** 🔗 · 3rd
CEO & Member of the Executive Board of SAP
234,607 followers

+ Follow

**Sindhu Gangadharan** 🔗 · 3rd
MD, SAP Labs India | Head, Customer Innovation Services, SAP | Board of
Directors – Siemens India, Titan Company| Vice Chairperson, NASSCOM |
Board Member, IGCC | TedX Speaker | Fortune Top 50
99,728 followers

+ Follow

Show all Top Voices →



Ad ···
Get the latest jobs and industry news

BD&J
INJURY LAWYERS

LinkedIn Member, explore relevant
opportunities with **BD&J Injury Lawyers**

Follow

### Other similar profiles

**Elijah Martinez** · 3rd
Senior Product Manager – SAP Cloud Platform Integration Suite at SAP

View profile

**Udo Paltzer** · 3rd
Product Manager SAP Integration Suite and Team Lead at SAP

+ Follow

**Gautham Krishna** · 3rd
Entrepreneurial Product Manager | Storyteller | Content | Solving
Problems

+ Follow

**Stefan Ressing** 🔗 · 3rd
Vice President, Chief Cloud Architect, SAP BTP Global Center of
Excellence

+ Follow

**Juergen Mueller** 🔗 · 3rd
Chief Technology Officer and Executive Board Member at SAP SE

+ Follow

Show all

### People you may know
From Milena's company

 **Rachel Chaudhary**
Head of Integrated Regulatory Office at SAP



### Elizabeth (Wizzie) Carrier · 2nd

Senior Sales Executive | High-level Negotiations | Sales Process Optimization | Client Transformation | Strategic Executive Alignment

- SAP
- Salve Regina University

United States · Contact info

500+ connections

**+ Follow**   **✈ Message**   **More**

## About

Cultivating strong client and stakeholder relationships is the key to achieving strategic alignment and visionary growth. I am an accomplished executive sales leader in software and technology with deep experience developing sales solutions, driving team collaboration, and achieving successful high-s  ...see more

## Activity

3,734 followers

**+ Follow**

**Posts**   Comments   Images



Elizabeth (Wizzie) Carrier reposted this · 2d
Meghan Trainor
Hi LinkedIn Network!! Here are a few Spotlight Roles that we are recruiting for at Plative! 🚀 ...

Elizabeth (Wizzie) Carrier posted this · 3d
Today we honor the fallen, you will not be forgotten 🇺🇸
35

Elizabeth (Wizzie) Carrier reposted this · 3w
I'm looking for a rockstar Account Executive to join my enterprise sales team!
...                                                          ...show more

Job Details | Dayforce Jobs
jobs.dayforcehcm.com
68                                                              5 comments

Show all posts →

## Experience



**SAP**
11 yrs 5 mos

- **Vice President, Southeast**
  Full-time
  Jan 2022 - Present · 2 yrs 5 mos
  Atlanta Metropolitan Area

  Lead team of 7 Senior Industry Account Executives across 35 top-tier
  strategic customers in Southeast region, recognized as one of the most…

  ⬦ Sales Process Optimization, Competitive Analysis and +5 skills

- **Global Account Executive - SAP Strategic Customer Program**
  Full-time
  Jan 2021 - Jan 2022 · 1 yr 1 mo
  New York City Metropolitan Area

  Directed large account team indirectly, steering significant strategic
  accounts and client transformation. Managed Charter Communications…

  ⬦ High-Level Negotiations, Sales Process Optimization and +5 skills

- **Senior Industry Account Executive**
  2013 - Jan 2021 · 8 yrs 1 mo
  Boston, Massachusetts, United States

  Managed portfolio of Northeast-based large enterprise customers,
  including Charter Communications, Warner Music Group, VistaPrint, an…

  ⬦ High-Level Negotiations, Revenue Growth Development Strategies
  and +7 skills

  
  **SAP**
  Our Purpose
  …


**Sales Executive**
Paycom
Jan 2012 - Sep 2013 · 1 yr 9 mos
Greater Boston Area

Hired as first Account Executive in Boston market, initially operating as
sole representative. Displaced established providers like ADP and…

⬦ High-Level Negotiations, Revenue Growth Development Strategies
and +4 skills


**Sales and Marketing Executive**
Nalari Health, LLC
May 2011 - Jan 2012 · 9 mos
Providence, Rhode Island Area

Spearheaded lead generation and market penetration efforts for startup
offering online therapy and psychology services at universities, focusin…

⬦ Sales Process Optimization, Data-Driven Decision Making and +4
skills


**Co-Founder**
Bad Betty Club
May 2007 - Jan 2012 · 4 yrs 9 mos
Vail, Colorado, United States

The Bad Betty Club is an exclusive lifestyle brand


**Event Manager**
E3 VIP
Feb 2007 - Sep 2011 · 4 yrs 8 mos
Chicago, Illinois

Manage boutique groups for Chicago outings and world-class events
...

Show all 13 experiences →

## Education



**Salve Regina University**
Bachelor of Science, Marketing, International Business, Psychology
2007 – 2011
Activities and societies: Varsity Women's Ice Hockey, Varsity Women's Track & Field, Sigma Beta Delta, Chi Alpha Sigma, Alpha Mu Alpha, Cu...

2010 Recipient of the Direct Marketing Educational Foundation's Lee Epstein Scholarship...



**The American University of Rome**
Global Business
2009 – 2009

Show all 3 educations →

## Licenses & certifications



**SAP End-to-End Solutions Knowledge 2019 - Intelligent Enterprise**
SAP
Issued Sep 2020

Show credential ☍



**SAP Sales Professional - SAP Leonardo 2018**
SAP
Issued Jun 2018

Show credential ☍

## Volunteering



**Volunteer**
Special Olympics Massachusetts



**Fundraiser**
Movember
Health

Show all 3 volunteer experiences →

## Skills

**Sales Management**
☞ 2 experiences at SAP

**Strategy**
☞ 3 experiences at SAP

Show all 51 skills →

## Recommendations

**Received**    Given



**Robin Collmer** · 3rd
Health Benefits Administration, Payroll/HR Specialist
February 17, 2013, Robin was Elizabeth (Wizzie)'s client

It was a great pleasure working with Wizzie during our Payroll
Implementation this year. Wizzie's strengths in training, transitioning and
implementing skills brought much ease in the process for us.



**Jennifer Trent** · 3rd
Director Of Business Operations at Buckingham Browne & Nichols
School
February 14, 2013, Jennifer was Elizabeth (Wizzie)'s client

Wizzie provided exceptional service to Boston College High School
during our Payroll implementation. She's knowledgeable and thorough.
She was quick to respond to every question we had. Her personality and
patience made it a pleasure to work with her.

Show all 6 received →

## Languages

**English**
Native or bilingual proficiency

**Italian**
Elementary proficiency

## Interests

**Top Voices**      Companies      Groups      Schools



**David J. Katz**  · 2nd
EVP, CMO, Author, Speaker, Alchemist & LinkedIn Top Voice
28,580 followers

+ Follow



**Christian Klein**  · 3rd
CEO & Member of the Executive Board of SAP
234,865 followers

+ Follow

Show all Top Voices →



Promoted ···
**Attorney Needed ASAP**
We need attorneys to help our legal
clients. Free trial to view cases.

**Subscribe with Google.**
Get WSJ, Just $1/Week.

**The Berkeley Haas MBA**
Maintain work and life commitments
while pursuing a Part-time MBA.

## Other similar profiles



**Raquel Pappas**  · 3rd
Enterprise Account Executive at Coda

View profile