# EXHIBIT P

## Discover How Far Your Dollar Goes in Marshall!

Finding a job is about so much more than the business or the work itself. Getting the most out of your income is an incredibly important part of the equation. Marshall offers a desirable Cost of Living to supplement the excellent career options. Compared to the rest of the country, Marshall's cost of living is 29.6% lower than the U.S. average. Per **BestPlaces**, Marshall offers a quite favorable Cost of Living comparison versus Texas and the rest of the country, as illustrated in the chart below.

| Cost Of Living | Marshall | Texas | USA |
| --- | --- | --- | --- |
| Overall | 70.4 | 93.9 | 100 |
| Grocery | 90.1 | 93.7 | 100 |
| Health | 103.1 | 95.4 | 100 |
| Housing | 30.3 | 84.3 | 100 |
| Utilities | 95.2 | 99.2 | 100 |
| Transportation | 66.8 | 103.3 | 100 |
| Miscellaneous | 97 | 96.4 | 100 |

Marshall also compares favorably with other regional cities, as seen by the chart below, also based on BestPlaces data.

| City | Overall Cost Of Living |
| --- | --- |
| Marshall | 70.4 |
| Texarkana, TX | 76.8 |
| Shreveport, LA | 77.5 |
| Beaumont, TX | 78.3 |
| Lufkin, TX | 78.4 |
| Longview, TX | 85.0 |

Marshall Economic Development Corporation
100 North Bolivar Street, Suite 206 Marshall, TX 75670
Phone: (903) 934-8035
rushharris@marshalledc.org

© 2024 Marshall Economic Development Corporation. All rights reserved. Economic Development Websites by Golden Shovel Agency.