# EXHIBIT Q



Cost of Living / Texas / Plano



## Cost of Living in Plano, Texas

▲21%

**higher than national avg.**

▲**36%** HOUSING    ▲**18%** UTILITIES    ▼**4%** GROCERIES

**What am I worth?**
[Get pay report]

**How should I pay?**
[Price a job]

Plano, Texas's cost of living is 21% higher than the national average. The cost of living in any area can vary based on factors such as your career, its average salary and the real estate market of that area. PayScale's Cost of Living Calculator can help you find out more about how your individual needs will factor in when beginning your research to figure out how much it would cost you to relocate.



### Calculate Cost of Living

**Moving From**
City, State

**Moving To**
Plano, Texas

**Annual Salary**
$50,000

[Get a Demo]    [Price a Job]

Thinking of relocating to Plano? Enter your current
city to compare cost of living.

## Cost of Living in Plano, Texas by Expense Category



### 📊 Housing, Utilities & Transportation

Plano's housing expenses are 36% higher than the national average and
the utility prices are 18% higher than the national average.
Transportation expenses like bus fares and gas prices are 0% higher
than the national average.



| MEDIAN HOME PRICE | MEDIAN RENT | ENERGY BILL |
| --- | --- | --- |
| $612,340 | $1,862 / month | $208.82 / month |

| PHONE BILL | GAS |
| --- | --- |
| $224.65 / month | $3.41 / gallon |

### 🛒 Food & Grocery

Plano has grocery prices that are 4% lower than the national average.

[ Get a Demo ]   [ Price a Job ]

**$3.72**          **$2.33**          **$2.16**



BUNCH OF BANANAS

**$3.22**



HAMBURGER

**$4.91**

---

### 👥 Healthcare

Healthcare in Plano is 6% higher than the national average.



DOCTOR'S VISIT

**$132.90**



DENTIST VISIT

**$114.67**



OPTOMETRIST VISIT

**$125.19**



RX DRUG

**$489.68**



VETERINARY VISIT

**$77.20**

Get a Demo          Price a Job

Other cities similar to Plano

Fulton, Texas

Sugar Land, Texas

McAllen, Texas

Olmito, Texas

Daisetta, Texas

Shepherd, Texas

Woodway, Texas

Colleyville, Texas

# WHAT AM I WORTH?

What your skills are worth in the job market is constantly changing.

Job Title:

Location:

United States (change)

Get your salary report »

payscale

Products                      Compensation Trends

Press Releases                About Us

Get a Demo     Price a Job



Compference

Research & Insights

Contact Us

Data Protection    Privacy Policy    Terms of Use    Cookies Policy

**Research Careers**    Jobs    Employers    Degrees

© 2024 PayScale, Inc. All rights reserved.

Get a Demo    Price a Job