# EXHIBIT R

# REDACTED IN ENTIRETY