# EXHIBIT S


2002 Timberloch Pl, Spring, TX 77380 to 101 E Pecan St, Sherman, TX 75090

Drive 274 miles, 4 hr 2 min



Map data ©2024 Google, INEGI    20 mi

| | via I-45 N | 4 hr 2 min |
|---|---|---|
| | Fastest route, the usual traffic | 274 miles |

### Explore nearby 101 E Pecan St

 Restaurants
 Hotels
 Gas stations
 Parking Lots
 More


 2002 Timberloch Pl, Spring, TX 77380 to 100 E Houston St, Marshall, TX 75670

Drive 207 miles, 3 hr 34 min



Map data ©2024    20 mi

---

🚗  **via TX-19 N**  —  **3 hr 34 min**
Best route now, avoids road closure on US-59 N    207 miles

🚗  **via TX-7 E**  —  **3 hr 33 min**
214 miles

---

✈️  **Houston, TX—Shreveport, LA**  —  1 hr 5 min
from $409

---

### Explore nearby 100 E Houston St

 Restaurants     Hotels     Gas stations     Parking Lots     More

Google Maps  2002 Timberloch Pl, Spring, TX 77380 to 7940 Preston Rd, Plano, TX 75024   Drive 237 miles, 3 hr 33 min



| via I-45 N | 3 hr 33 min |
|---|---|
| Fastest route, the usual traffic ⚠ This route has tolls. | 237 miles |



| ⚠ 7:03 AM (Friday)—1:12 PM | 6 hr 9 min |
|---|---|

🚶 > 🚌 FlixBus 2240 > 🚶 > 🚋 ORANGE RED > 🚌 241 > 🚌 234 > 🚶

| ✈ Houston, TX—Dallas, TX | 1 hr 15 min |
|---|---|
| | from $58 |

Explore nearby 7940 Preston Rd





Restaurants  Hotels  Gas stations  Parking Lots  More