IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Valtrus Innovations Ltd.** | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24cv21 |
| **SAP America, Inc. and SAP, SE.** | § | JURY TRIAL DEMANDED |
| **Defendants.** | § | |

## ORDER DENYING DEFENDANTS' MOTION FOR INTRA-DISTRICT

Before the Court is Defendants' Motion for intra-district (ECF No. 22). Having considered the motion and Plaintiff's response, the Court DENIES the motion.