IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **VALTRUS INNOVATIONS LTD.,**  Plaintiff,  vs.  **SAP AMERICA, INC. AND SAP SE,**  Defendants. | Civil Action No. 2:24-cv-21  **JURY TRIAL DEMANDED** |

**DECLARATION OF SAMIR N. PANDYA IN SUPPORT OF DEFENDANTS SAP AMERICA, INC., AND SAP SE'S REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR INTRA-DISTRICT TRANSFER UNDER 28 U.S.C. § 1404(a)**

In accordance with 28 U.S.C. § 1746, I, Samir N. Pandya, declare as follows:

1. I am employed by SAP America, Inc. and work in Newtown Square, Pennsylvania. I am the Head of Global Litigation and have been employed by SAP for over 16 years.

2. I make this declaration in support of Defendants SAP America Inc. and SAP SE's (collectively, "SAP") reply brief, which is further in support of their Motion for Intra-District Transfer Under 28 U.S.C. § 1404(a). (ECF 22). Unless otherwise indicated below, I have knowledge of the facts set forth herein based on my personal knowledge, my review of corporate records maintained by SAP in the ordinary course of business, and/or my discussions with other SAP employees.

[redacted]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11, 2024.

DocuSigned by:
*[signature]*
1C283F7EE8D84FD...

Samir N. Pandya

2