# Exhibit AB

3/2/24, 1:42 PM                              Contact Us – Hewlett Packard Enterprise – HPE - Contact Sales and Support | HPE

                                                          

# Contact HPE

United States                                                                                                    ⌄

Call Sales                                          Contract Support
**1-888-342-2156**                                  **1-800-633-3600**

                                            Warranty support - **support.hpe.com**

## Contact Sales or Support



### Contact Sales

**Products and Solutions**

1-888-342-2156

Email us →
Chat with us →
Get a quote →
Find an HPE Partner near you →

## Products and Solutions Inquiries

Have a question about purchasing a product or solution that you are interested in? We're here to help.

First Name

Last Name

Business Email

Country/Region

Business Phone
+1

Company

**+ more**



## HPE offices and executive briefing centers

Use our list of locations to find your way to one of our office headquarter locations or Executive Briefing Centers. To find an official HPE Partner near you, use our Find a Partner locator.

View our worldwide office locations →

WW Corporate Headquarters - Spring, TX - United States
1701 E Mossy Oaks Rd
Spring, TX 77389

See location using Google Maps →

New York, NY - United States
461 Fifth Avenue
New York, NY 10017

See location using Google Maps →

San Jose, CA - United States
6280 America Center Drive
San Jose, CA 95002

See location using Google Maps →

Roseville, CA - United States
8000 Foothills Boulevard
Roseville, CA 95747

See location using Google Maps  →

Alpharetta, GA - United States
5555 Windward Parkway
Alpharetta, GA 30004

See location using Google Maps  →

Fort Collins, CO - United States
3404 E Harmony Road
Fort Collins, CO 80528

See location using Google Maps  →

HPE Nimble Storage - Durham, NC - United States
1015 Swabia Court
Durham, NC 27703

See location using Google Maps  →

Frisco, TX Office
3001 Dallas Parkway
Frisco, TX 75034-8660

See location using Google Maps  →

# General website feedback

We welcome all suggestions to help us improve your HPE.com experience. Given the volume of submissions, we are not able to respond directly but do utilize this data to enhance our website.

If you are looking for **sales or support**, please use the sales or support contact options above.

If you want to **manage HPE communications**, you may update subscription preferences here.

If you need **contacts in media relations**, you can find our global communications team here.

**Submit your feedback  →**



Global Diversity & Inclusion

HPE Modern Slavery Transparency Statement (PDF)

Hewlett Packard Labs

Investor Relations

Leadership

Public Policy

LEARN ABOUT

Artificial Intelligence

Cloud Computing

Containers

Machine Learning

Enterprise Glossary

NEWS AND EVENTS

Newsroom

HPE Discover

Events

Webinars

Local Events

PARTNERS

Partner Ready program

Partner Ready Vantage program

Find a Partner

Certifications

HPE GreenLake Marketplace

## SUPPORT

Product Support

Software & Drivers

Warranty Check

Enhanced Support Services

Education and Training

Product Return and Recycling

OEM Solutions

## COMMUNITIES

HPE Community

Aruba Airheads

HPE Tech Pro Community

HPE Developer

All Blogs and Forums

CUSTOMER RESOURCES

Customer Stories

How To Buy

Financial Services

HPE Customer Centers

Email Signup

HPE MyAccount

Resource Library

Video Gallery

Voice of the Customer Signup

 UNITED STATES (EN)

© Copyright 2024 Hewlett Packard Enterprise Development LP

Privacy  |  Terms of Use  |  Ad Choices & Cookies  |  Do Not Sell or Share My Personal Information  |  Sitemap

