# Exhibit AC

6/6/24, 11:28 PM  3001 Dallas Pkwy, Frisco, TX 75034 to 100 E Houston St, Marshall, TX - Google Maps

# Google Maps

**3001 Dallas Pkwy, Frisco, TX 75034 to 100 E Houston St, Marshall, TX**

Drive 169 miles, 2 hr 34 min



Map data ©2024 Google   20 mi

---

🚗 **via I-20 E**  —  **2 hr 34 min**, 169 miles
Fastest route, the usual traffic
This route has tolls.

---

🚗 **via TX-154 E/State Hwy 154 W**  —  **3 hr 1 min**, 166 miles

---

🚗 **via US-69 S and TX-154 E/State Hwy 154 W**  —  **3 hr 5 min**, 181 miles

---

## Explore nearby 100 E Houston St

🍴 Restaurants    🛏 Hotels    ⛽ Gas stations    🅿 Parking Lots    ⋯ More



Measure distance
Total distance: 148.01 mi (238.19 km)

https://www.google.com/maps/dir/3001+Dallas+Pkwy,+Frisco,+TX+75034/100+E+Houston+St,+Marshall,+TX/@32.8129096,-96.9181085,8z/data=!3…   1/1

6/6/24, 11:39 PM　　　　　　　　　　3001 Dallas Pkwy, Frisco, TX 75034 to 7940 Preston Rd, Plano, TX 75024 - Google Maps

# Google Maps

**3001 Dallas Pkwy, Frisco, TX 75034 to 7940 Preston Rd, Plano, TX 75024**

Drive 3.1 miles, 7 min



Map data ©2024 Google   1 mi

- **via Dallas Pkwy, State Hwy 121 N and Preston Rd** — 7 min, 3.1 miles
  Best route

- **via Gaylord Pkwy and Preston Rd** — 6 min, 2.9 miles

- **via Dallas Pkwy** — 9 min, 5.0 miles

### Explore nearby 7940 Preston Rd

Restaurants　Hotels　Gas stations　Parking Lots　More



Measure distance
Total distance: 1.87 mi (3.01 km)

https://www.google.com/maps/dir/3001+Dallas+Pkwy,+Frisco,+TX+75034/7940+Preston+Rd,+Plano,+TX+75024/@33.0949303,-96.8407951,13.04z/…　　1/1

6/6/24, 11:37 PM                          3001 Dallas Pkwy, Frisco, TX 75034 to 101 E Pecan St, Sherman, TX 75090 - Google Maps

# Google Maps   3001 Dallas Pkwy, Frisco, TX 75034 to 101 E Pecan St, Sherman, TX 75090

Drive 47.5 miles, 45 min



Map data ©2024 Google   20 mi

| | via US-75 N | 45 min |
|---|---|---|
| | Fastest route, the usual traffic ⚠ This route has tolls. | 47.5 miles |

| | via N Preston Rd | 53 min |
|---|---|---|
| | | 45.1 miles |

### Explore nearby 101 E Pecan St

Restaurants    Hotels    Gas stations    Parking Lots    More



Measure distance
Total distance: 38.92 mi (62.63 km)

https://www.google.com/maps/dir/3001+Dallas+Pkwy,+Frisco,+TX+75034/101+E+Pecan+St,+Sherman,+TX+75090/@33.3040886,-97.1828507,8.46z…   1/1