# Exhibit AD

6/6/24, 11:55 PM                          7460 Warren Pkwy, Frisco, TX 75034 to 100 East Houston Street, Marshall, TX - Google Maps

**Google Maps**   7460 Warren Pkwy, Frisco, TX 75034 to 100 East Houston Street, Marshall, TX    Drive 170 miles, 2 hr 36 min



Map data ©2024 Google    20 mi

🚗  **via I-20 E**                                      **2 hr 36 min**
    Fastest route, the usual traffic                    170 miles
    ⚠ This route has tolls.

🚗  **via TX-154 E/State Hwy 154 W**                    **3 hr 3 min**
                                                        166 miles

🚗  **via I-30 E and TX-49 E**                          **3 hr 10 min**
                                                        197 miles

### Explore nearby 100 E Houston St

🍴 Restaurants   🛏 Hotels   ⛽ Gas stations   🅿 Parking Lots   ⋯ More



Measure distance
Total distance: 147.78 mi (237.83 km)

https://www.google.com/maps/dir/7460+Warren+Pkwy,+Frisco,+TX+75034/100+East+Houston+Street,+Marshall,+TX/@32.8129096,-96.9026893,8z/…    1/1

6/6/24, 11:56 PM                                   7460 Warren Pkwy, Frisco, TX 75034 to 7940 Preston Rd, Plano, TX 75024 - Google Maps

**Google Maps**   7460 Warren Pkwy, Frisco, TX 75034 to 7940 Preston Rd, Plano, TX 75024     Drive 2.9 miles, 6 min



Map data ©2024 Google    2 mi

🚗 **via Warren Pkwy and Preston Rd**           **6 min**
   Fastest route, the usual traffic              2.9 miles

🚗 **via Parkwood Blvd and Preston Rd**         **7 min**
                                                3.0 miles

🚗 **via Dallas Pkwy, State Hwy 121 N and Preston Rd**   **8 min**
                                                3.5 miles

**Explore nearby 7940 Preston Rd**

🍴 Restaurants    🛏 Hotels    ⛽ Gas stations    🅿 Parking Lots    ⋯ More



Measure distance
Total distance: 1.96 mi (3.16 km)

# Google Maps

**7460 Warren Pkwy, Frisco, TX 75034 to 101 E Pecan St, Sherman, TX 75090**

Drive 47.4 miles, 45 min



Map data ©2024 Google     10 mi

🚗 **via US-75 N** — 45 min / 47.4 miles
Fastest route now due to traffic conditions
⚠ This route has tolls.

🚗 **via Sam Rayburn Tollway and US-75 N** — 46 min / 47.4 miles

🚗 **via N Preston Rd** — 52 min / 44.8 miles

### Explore nearby 101 E Pecan St

🍴 Restaurants    🛏 Hotels    ⛽ Gas stations    Ⓟ Parking Lots    ⋯ More