# Exhibit AE

3/20/24, 9:12 PM                    7500 Windrose Ave. #250, Plano, TX 75024 to 7940 Preston Rd, Plano, TX 75024 - Google Maps

**Google Maps**  7500 Windrose Ave. #250, Plano, TX 75024 to 7940 Preston Rd, Plano, TX 75024    Drive 2.0 miles, 6 min



| | via Legacy Dr and Hedgcoxe Rd | **6 min** |
|---|---|---|
| | Fastest route now due to traffic conditions | 2.0 miles |

| | via Headquarters Dr | **7 min** |
|---|---|---|
| | Some traffic, as usual | 2.2 miles |

| | 9:50 PM—10:06 PM | 16 min |
|---|---|---|
| |  >  234 >  | |

### Explore nearby 7940 Preston Rd

 Restaurants    Hotels    Gas stations    Parking Lots     More

3/20/24, 2:41 PM                          7500 Windrose Ave., Plano, TX 75024 to 101 E Pecan St, Sherman, TX 75090 - Google Maps

Google Maps    **7500 Windrose Ave., Plano, TX 75024 to 101 E Pecan St, Sherman, TX 75090**                              Drive 48.4 miles, 49 min



Map data ©2024 Google    5 mi

| | via US-75 N | 49 min |
| --- | --- | --- |
| | Fastest route now, avoids construction on US-75 N<br>⚠ This route has tolls. | 48.4 miles |

| | via Sam Rayburn Tollway and US-75 N | 57 min |
| --- | --- | --- |
| | Construction on US-75 N causing 10-min delay | 48.7 miles |

| | via N Preston Rd | 1 hr 4 min |
| --- | --- | --- |
| | | 46.9 miles |

**Explore nearby 101 E Pecan St**

Restaurants    Hotels    Gas stations    Parking Lots    More

https://www.google.com/maps/dir/7500+Windrose+Ave.,+Plano,+TX+75024/101+E+Pecan+St,+Sherman,+TX+75090/@33.3584328,-97.0398121,10...    1/1

3/20/24, 2:39 PM      7500 Windrose Ave., Plano, TX 75024 to 100 E Houston St, Marshall, TX 75670 - Google Maps

**7500 Windrose Ave., Plano, TX 75024 to 100 E Houston St, Marshall, TX 75670**

Drive 176 miles, 2 hr 44 min



- **via I-20 E** — **2 hr 44 min**, 176 miles
  Fastest route now, avoids crash on I-635 E
  ⚠ This route has tolls.

- **via I-635 E and I-20 E** — **2 hr 49 min**, 168 miles

- ✈ **Dallas, TX—Shreveport, LA** — 1 hr, from $487

**Explore nearby 100 E Houston St**

Restaurants | Hotels | Gas stations | Parking Lots | More

https://www.google.com/maps/dir/7500+Windrose+Ave.,+Plano,+TX+75024/100+E+Houston+St,+Marshall,+TX+75670/@32.7546721,-96.2579282,9…    1/1

3/20/24, 2:41 PM       7500 Windrose Ave., Plano, TX 75024 to 101 E Pecan St, Sherman, TX 75090 - Google Maps

**Google Maps**  7500 Windrose Ave., Plano, TX 75024 to 101 E Pecan St, Sherman, TX 75090    Drive 48.4 miles, 49 min



- **via US-75 N** — 49 min, 48.4 miles
  Fastest route now, avoids construction on US-75 N
  ⚠ This route has tolls.

- **via Sam Rayburn Tollway and US-75 N** — 57 min, 48.7 miles
  Construction on US-75 N causing 10-min delay

- **via N Preston Rd** — 1 hr 4 min, 46.9 miles

### Explore nearby 101 E Pecan St

Restaurants   Hotels   Gas stations   Parking Lots   More

https://www.google.com/maps/dir/7500+Windrose+Ave.,+Plano,+TX+75024/101+E+Pecan+St,+Sherman,+TX+75090/@33.3584328,-97.0398121,10...    1/1