# Exhibit AF



Google

Skip to main content Accessibility feedback

Sign in

One way 1 Economy

Atlanta Dallas Thu, Jun 27

All filters Stops Airlines Bags Price Times Emissions Con

Track prices Jun 27 Any dates Date grid Price graph

## Best flights

Ranked based on price and convenience Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sort by:

| | | |
|---|---|---|
| 8:56 PM — 10:18 PM<br>ATL DFW<br>Nonstop · 2 hr 22 min · Spirit | $55<br>83 kg CO2e<br>-33% emissions | |
| 9:20 AM — 10:41 AM<br>ATL DFW<br>Nonstop · 2 hr 21 min · Frontier | $55<br>88 kg CO2e<br>-29% emissions | |
| 1:22 PM — 4:27 PM<br>ATL DFW<br>1 stop · 4 hr 5 min · Spirit | $88<br>127 kg CO2e<br>Avg emissions | |
| 7:25 AM — 8:35 AM<br>ATL DFW<br>Nonstop · 2 hr 10 min · Delta | $157<br>119 kg CO2e<br>Avg emissions | |

The cheapest time to book is usually now, until Jun 13

Prices are currently typical

View price history

## Other flights

| | | | |
|---|---|---|---|
| ✈ | 6:00 AM → 7:24 AM<br>ATL           DFW<br>Nonstop · 2 hr 24 min · American | $157<br>125 kg CO2e<br>Avg emissions | ⌄ |
| ▲ | 7:35 PM → 8:50 PM<br>ATL           DAL<br>Nonstop · 2 hr 15 min · Delta | $157<br>143 kg CO2e<br>+15% emissions | ⌄ |
| ▲ | 8:16 PM → 9:33 PM<br>ATL           DFW<br>Nonstop · 2 hr 17 min · Delta | $157<br>119 kg CO2e<br>Avg emissions | ⌄ |
| ✈ | 8:30 PM → 9:50 PM<br>ATL           DFW<br>Nonstop · 2 hr 20 min · American | $157<br>125 kg CO2e<br>Avg emissions | ⌄ |
| ▲ | 10:40 PM → 11:56 PM<br>ATL           DAL<br>Nonstop · 2 hr 16 min · Delta | $157<br>143 kg CO2e<br>+15% emissions | ⌄ |
| ▲ | 10:42 PM → 11:59 PM<br>ATL           DFW<br>Nonstop · 2 hr 17 min · Delta | $157<br>119 kg CO2e<br>Avg emissions | ⌄ |
| ♥ | 6:20 AM → 7:25 AM<br>ATL           DAL<br>Nonstop · 2 hr 5 min · Southwest | $157<br>132 kg CO2e<br>+6% emissions | ⌄ |
| ♥ | 9:10 PM → 10:20 PM<br>ATL           DAL<br>Nonstop · 2 hr 10 min · Southwest | $157<br>132 kg CO2e<br>+6% emissions | ⌄ |
| ✈ | 7:53 AM → 9:16 AM<br>ATL           DFW<br>Nonstop · 2 hr 23 min · American | $192<br>125 kg CO2e<br>Avg emissions | ⌄ |
| ▲ | 8:20 AM → 9:34 AM<br>ATL           DAL<br>Nonstop · 2 hr 14 min · Delta | $192<br>143 kg CO2e<br>+15% emissions | ⌄ |
| ▲ | 9:00 AM → 10:14 AM<br>ATL           DFW | $192 | ⌄ |

| | Flight | Price | |
|---|---|---|---|
| | Nonstop · 2 hr 14 min · Delta | 119 kg CO2e Avg emissions | |
| Delta | 10:10 AM → 11:26 AM  ATL — DAL  Nonstop · 2 hr 16 min · Delta | $192  143 kg CO2e  +15% emissions | |
| American | 11:04 AM → 12:34 PM  ATL — DFW  Nonstop · 2 hr 30 min · American | $192  118 kg CO2e  Avg emissions | |
| Delta | 11:14 AM → 12:29 PM  ATL — DFW  Nonstop · 2 hr 15 min · Delta | $192  119 kg CO2e  Avg emissions | |
| Delta | 12:34 PM → 1:47 PM  ATL — DAL  Nonstop · 2 hr 13 min · Delta | $192  143 kg CO2e  +15% emissions | |
| American | 12:41 PM → 2:06 PM  ATL — DFW  Nonstop · 2 hr 25 min · American | $192  118 kg CO2e  Avg emissions | |
| Delta | 1:06 PM → 2:19 PM  ATL — DFW  Nonstop · 2 hr 13 min · Delta | $192  119 kg CO2e  Avg emissions | |
| American | 2:33 PM → 3:55 PM  ATL — DFW  Nonstop · 2 hr 22 min · American | $192  125 kg CO2e  Avg emissions | |
| Delta | 2:34 PM → 3:48 PM  ATL — DAL  Nonstop · 2 hr 14 min · Delta | $192  143 kg CO2e  +15% emissions | |
| Delta | 3:37 PM → 4:52 PM  ATL — DFW  Nonstop · 2 hr 15 min · Delta | $192  119 kg CO2e  Avg emissions | |
| Delta | 4:32 PM → 5:48 PM  ATL — DAL  Nonstop · 2 hr 16 min · Delta | $192  143 kg CO2e  +15% emissions | |



| | 4:42 PM → 6:07 PM | $192 | |
| --- | --- | --- | --- |
| | ATL            DFW | | |
| | Nonstop · 2 hr 25 min · American | 118 kg CO2e Avg emissions | |

| | 5:40 PM → 6:54 PM | $192 | |
| --- | --- | --- | --- |
| | ATL            DFW | | |
| | Nonstop · 2 hr 14 min · Delta | 119 kg CO2e Avg emissions | |

| | 6:33 PM → 7:59 PM | $192 | |
| --- | --- | --- | --- |
| | ATL            DFW | | |
| | Nonstop · 2 hr 26 min · American | 118 kg CO2e Avg emissions | |

| | 9:25 AM → 10:30 AM | $192 | |
| --- | --- | --- | --- |
| | ATL            DAL | | |
| | Nonstop · 2 hr 5 min · Southwest | 132 kg CO2e +6% emissions | |

| | 1:35 PM → 2:40 PM | $192 | |
| --- | --- | --- | --- |
| | ATL            DAL | | |
| | Nonstop · 2 hr 5 min · Southwest | 132 kg CO2e +6% emissions | |

| | 5:50 PM → 7:00 PM | $192 | |
| --- | --- | --- | --- |
| | ATL            DAL | | |
| | Nonstop · 2 hr 10 min · Southwest | 98 kg CO2e -21% emissions | |

| | 9:49 AM → 11:24 AM | $207 | |
| --- | --- | --- | --- |
| | ATL            DFW | | |
| | Nonstop · 2 hr 35 min · American · Operated by Envoy Air as American Eagle | 149 kg CO2e +20% emissions | |

157 more flights

Language · English (United States)    Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more

Google Sign in

Skip to main content Accessibility feedback

One way 1 Economy

Houston Dallas Thu, Jun 27

All filters Stops Airlines Bags Price Times Emissions Con

Track prices Jun 27 Any dates Date grid Price graph

## Best flights

Ranked based on price and convenience Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info. Sort by:

12:58 PM — 2:14 PM
IAH DFW
Nonstop · 1 hr 16 min · Frontier
$29
43 kg CO2e
-42% emissions

10:01 PM — 11:17 PM
IAH DFW
Nonstop · 1 hr 16 min · Frontier
$29
43 kg CO2e
-42% emissions

5:00 AM — 6:17 AM
IAH DFW
Nonstop · 1 hr 17 min · American
$56
60 kg CO2e
-19% emissions

8:25 PM — 9:47 PM
IAH DFW
Nonstop · 1 hr 22 min · United
$56
61 kg CO2e
-18% emissions

1:50 PM — 2:50 PM
IAH DAL
Nonstop · 1 hr · Southwest
$66
65 kg CO2e
-12% emissions

6/10/24, 11:25 AM                                                    Houston to Dallas | Google Flights

| | The cheapest time to book is usually earlier, about 1–4 months before takeoff | | Prices are currently **typical** | View price history |

## Other flights

| | 9:30 PM → 10:48 PM  IAH      DFW  Nonstop · 1 hr 18 min · United · Operated by Mesa Airlines DBA United Express | $56  83 kg CO2e  +12% emissions |
| | 5:35 AM → 6:35 AM  IAH      DAL  Nonstop · 1 hr · Southwest | $56  65 kg CO2e  -12% emissions |
| | 6:00 AM → 7:05 AM  HOU      DAL  Nonstop · 1 hr 5 min · Southwest | $56  54 kg CO2e  -27% emissions |
| | 7:30 AM → 8:45 AM  HOU      DAL  Nonstop · 1 hr 15 min · Southwest | $56  73 kg CO2e  Avg emissions |
| | 10:00 PM → 11:05 PM  HOU      DAL  Nonstop · 1 hr 5 min · Southwest | $56  54 kg CO2e  -27% emissions |
| | 5:30 PM → 6:50 PM  IAH      DFW  Nonstop · 1 hr 20 min · United · Operated by Mesa Airlines DBA United Express | $66  76 kg CO2e  Avg emissions |
| | 6:30 PM → 7:51 PM  IAH      DFW  Nonstop · 1 hr 21 min · United · Operated by Mesa Airlines DBA United Express | $66  76 kg CO2e  Avg emissions |
| | 8:30 AM → 9:45 AM  HOU      DAL  Nonstop · 1 hr 15 min · Southwest | $66  54 kg CO2e  -27% emissions |
| | 8:30 PM → 9:45 PM  HOU      DAL | $66 |

| | | |
|---|---|---|
| | Nonstop · 1 hr 15 min · Southwest | 73 kg CO2e<br>Avg emissions |
| | 4:30 PM → 5:48 PM<br>IAH           DFW<br>Nonstop · 1 hr 18 min · United | 🚫 $84<br><br>73 kg CO2e<br>Avg emissions |
| | 5:00 AM → 6:20 AM<br>HOU           DFW<br>Nonstop · 1 hr 20 min · American · Operated by PSA Airlines as American Eagle | $91<br><br>91 kg CO2e<br>+23% emissions |
| | 6:00 AM → 7:26 AM<br>HOU           DFW<br>Nonstop · 1 hr 26 min · American · Operated by Envoy Air as American Eagle | $91<br><br>90 kg CO2e<br>+22% emissions |
| | 10:46 AM → 12:15 PM<br>IAH             DFW<br>Nonstop · 1 hr 29 min · American | $91<br><br>60 kg CO2e<br>-19% emissions |
| | 7:39 PM → 8:57 PM<br>IAH           DFW<br>Nonstop · 1 hr 18 min · American | $91<br><br>70 kg CO2e<br>Avg emissions |
| | 8:25 PM → 9:50 PM<br>HOU           DFW<br>Nonstop · 1 hr 25 min · American · Operated by Envoy Air as American Eagle | $91<br><br>103 kg CO2e<br>+39% emissions |
| | 10:00 AM → 11:05 AM<br>HOU             DAL<br>Nonstop · 1 hr 5 min · Southwest | $91<br><br>73 kg CO2e<br>Avg emissions |
| | 11:00 AM → 12:05 PM<br>HOU             DAL<br>Nonstop · 1 hr 5 min · Southwest | $91<br><br>64 kg CO2e<br>-14% emissions |
| | 6:00 AM → 7:17 AM<br>IAH           DFW<br>Nonstop · 1 hr 17 min · American | $116<br><br>60 kg CO2e<br>-19% emissions |
| | 6:27 PM → 7:47 PM<br>HOU           DFW<br>Nonstop · 1 hr 20 min · American · Operated by Envoy Air as American Eagle | $116<br><br>90 kg CO2e<br>+22% emissions |

| | | |
|---|---|---|
| 10:14 AM → 11:34 AM<br>HOU            DFW<br>Nonstop · 1 hr 20 min · American · Operated by PSA Airlines as American Eagle | $119<br>91 kg CO2e<br>+23% emissions | |
| 6:30 PM → 7:35 PM<br>IAH            DAL<br>Nonstop · 1 hr 5 min · Southwest | $119<br>65 kg CO2e<br>-12% emissions | |
| 12:05 PM → 1:28 PM<br>IAH            DFW<br>Nonstop · 1 hr 23 min · United · Operated by Mesa Airlines DBA United Express | $121<br>83 kg CO2e<br>+12% emissions | |
| 2:45 PM → 4:06 PM<br>IAH            DFW<br>Nonstop · 1 hr 21 min · United · Operated by Mesa Airlines DBA United Express | $121<br>83 kg CO2e<br>+12% emissions | |
| 12:12 PM → 1:45 PM<br>IAH            DFW<br>Nonstop · 1 hr 33 min · American | $139<br>70 kg CO2e<br>Avg emissions | |
| 4:25 PM → 5:50 PM<br>HOU            DFW<br>Nonstop · 1 hr 25 min · American · Operated by Envoy Air as American Eagle | $139<br>90 kg CO2e<br>+22% emissions | |
| 6:27 PM → 8:00 PM<br>IAH            DFW<br>Nonstop · 1 hr 33 min · American | $139<br>60 kg CO2e<br>-19% emissions | |
| 12:30 PM → 1:35 PM<br>HOU            DAL<br>Nonstop · 1 hr 5 min · Southwest | $139<br>73 kg CO2e<br>Avg emissions | |
| 4:30 PM → 5:35 PM<br>HOU            DAL<br>Nonstop · 1 hr 5 min · Southwest | $149<br>73 kg CO2e<br>Avg emissions | |
| 2:30 PM → 3:35 PM<br>HOU            DAL<br>Nonstop · 1 hr 5 min · Southwest | $161<br>73 kg CO2e<br>Avg emissions | |
| 8:00 AM → 9:15 AM<br>IAH            DFW | $169 | |

| | | | |
|---|---|---|---|
| | Nonstop · 1 hr 15 min · American | 70 kg CO2e  Avg emissions | |
| ✈ | 8:56 AM → 10:20 AM  IAH           DFW  Nonstop · 1 hr 24 min · American · Operated by Envoy Air as American Eagle | $169  77 kg CO2e  Avg emissions | |
| ✈ | 2:20 PM → 3:36 PM  IAH           DFW  Nonstop · 1 hr 16 min · American | $169  65 kg CO2e  -12% emissions | |
| ♥ | 6:00 PM → 7:15 PM  HOU           DAL  Nonstop · 1 hr 15 min · Southwest | $178  73 kg CO2e  Avg emissions | |
| ♥ | 7:30 PM → 8:45 PM  HOU           DAL  Nonstop · 1 hr 15 min · Southwest | $185  73 kg CO2e  Avg emissions | |
| 🌐 | 9:37 AM → 11:00 AM  IAH           DFW  Nonstop · 1 hr 23 min · United · Operated by Mesa Airlines DBA United Express | 🧳 $188  83 kg CO2e  +12% emissions | |
| ✗ | 5:00 PM → 6:05 PM  HOU           DAL  Nonstop · 1 hr 5 min · JSX · JetBlue | $220  121 kg CO2e  +64% emissions | |
| ✗ | 1:40 PM → 2:45 PM  HOU           DAL  Nonstop · 1 hr 5 min · JSX · JetBlue | $224  121 kg CO2e  +64% emissions | |
| ✗ | 7:00 AM → 8:05 AM  HOU           DAL  Nonstop · 1 hr 5 min · JSX · JetBlue | $270  121 kg CO2e  +64% emissions | |
| ✗ | 6:40 PM → 7:45 PM  HOU           DAL  Nonstop · 1 hr 5 min · JSX · JetBlue | $270  121 kg CO2e  +64% emissions | |
| ✈ | 2:13 PM → 3:38 PM  HOU           DFW  Nonstop · 1 hr 25 min · American · Operated by Envoy Air as American Eagle | $273  103 kg CO2e  +39% emissions | |

7:30 AM → 8:49 AM $306
IAH DFW
Nonstop · 1 hr 19 min · United · Operated by Mesa Airlines DBA United Express
76 kg CO2e
Avg emissions

9:00 AM → 10:05 AM $310
HOU DAL
Nonstop · 1 hr 5 min · JSX · JetBlue
121 kg CO2e
+64% emissions

4:26 PM → 5:51 PM $419
IAH DFW
Nonstop · 1 hr 25 min · American · Operated by Envoy Air as American Eagle
77 kg CO2e
Avg emissions

180 more flights

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more

