# Exhibit AG

Google

Sign in

Skip to main content Accessibility feedback

One way 1 Economy

Atlanta Marshall Thu, Jun 27

All filters Stops Airlines Bags Price Times Emissions Con

Track prices Jun 27 Date grid Price graph

## Best flights

Ranked based on price and convenience Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sort by:

| | | |
|---|---|---|
| 8:56 PM — 10:18 PM<br>ATL DFW<br>Nonstop · 2 hr 22 min · Spirit | | $55 |
| 9:20 AM — 10:41 AM<br>ATL DFW<br>Nonstop · 2 hr 21 min · Frontier | | $55 |
| 1:22 PM — 4:27 PM<br>ATL DFW<br>1 stop in MSY · 4 hr 5 min · Spirit | | $88 |
| 8:30 PM — 9:50 PM<br>ATL DFW<br>Nonstop · 2 hr 20 min · American | | $157 |
| 1:15 PM — 2:00 PM<br>ATL SHV<br>Nonstop · 1 hr 45 min · Delta · Operated by Endeavor Air DBA Delta Connection | | $324 |

## Other flights

| | | |
|---|---|---|
| 6:00 AM → 7:24 AM<br>ATL              DFW<br>Nonstop · 2 hr 24 min · American | | $157 |
| 7:25 AM → 8:35 AM<br>ATL              DFW<br>Nonstop · 2 hr 10 min · Delta | | $157 |
| 7:35 PM → 8:50 PM<br>ATL              DAL<br>Nonstop · 2 hr 15 min · Delta | | $157 |
| 8:16 PM → 9:33 PM<br>ATL              DFW<br>Nonstop · 2 hr 17 min · Delta | | $157 |
| 10:40 PM → 11:56 PM<br>ATL              DAL<br>Nonstop · 2 hr 16 min · Delta | | $157 |
| 10:42 PM → 11:59 PM<br>ATL              DFW<br>Nonstop · 2 hr 17 min · Delta | | $157 |
| 6:20 AM → 7:25 AM<br>ATL              DAL<br>Nonstop · 2 hr 5 min · Southwest | | $157 |
| 9:10 PM → 10:20 PM<br>ATL              DAL<br>Nonstop · 2 hr 10 min · Southwest | | $157 |
| 7:53 AM → 9:16 AM<br>ATL              DFW<br>Nonstop · 2 hr 23 min · American | | $192 |
| 8:20 AM → 9:34 AM<br>ATL              DAL<br>Nonstop · 2 hr 14 min · Delta | | $192 |
| 9:00 AM → 10:14 AM<br>ATL              DFW | | $192 |

| | Flight | Price |
|---|---|---|
| Δ | 10:10 AM → 11:26 AM<br>ATL          DAL<br>Nonstop · 2 hr 16 min · Delta | $192 |
| AA | 11:04 AM → 12:34 PM<br>ATL          DFW<br>Nonstop · 2 hr 30 min · American | $192 |
| Δ | 11:14 AM → 12:29 PM<br>ATL          DFW<br>Nonstop · 2 hr 15 min · Delta | $192 |
| Δ | 12:34 PM → 1:47 PM<br>ATL          DAL<br>Nonstop · 2 hr 13 min · Delta | $192 |
| AA | 12:41 PM → 2:06 PM<br>ATL          DFW<br>Nonstop · 2 hr 25 min · American | $192 |
| Δ | 1:06 PM → 2:19 PM<br>ATL          DFW<br>Nonstop · 2 hr 13 min · Delta | $192 |
| AA | 2:33 PM → 3:55 PM<br>ATL          DFW<br>Nonstop · 2 hr 22 min · American | $192 |
| Δ | 2:34 PM → 3:48 PM<br>ATL          DAL<br>Nonstop · 2 hr 14 min · Delta | $192 |
| Δ | 3:37 PM → 4:52 PM<br>ATL          DFW<br>Nonstop · 2 hr 15 min · Delta | $192 |
| Δ | 4:32 PM → 5:48 PM<br>ATL          DAL<br>Nonstop · 2 hr 16 min · Delta | $192 |

| | 4:42 PM ⟶ 6:07 PM | $192 |
|---|---|---|
| | ATL — DFW | |
| | Nonstop · 2 hr 25 min · American | |

| | 5:40 PM ⟶ 6:54 PM | $192 |
|---|---|---|
| | ATL — DFW | |
| | Nonstop · 2 hr 14 min · Delta | |

| | 6:33 PM ⟶ 7:59 PM | $192 |
|---|---|---|
| | ATL — DFW | |
| | Nonstop · 2 hr 26 min · American | |

| | 9:25 AM ⟶ 10:30 AM | $192 |
|---|---|---|
| | ATL — DAL | |
| | Nonstop · 2 hr 5 min · Southwest | |

| | 1:35 PM ⟶ 2:40 PM | $192 |
|---|---|---|
| | ATL — DAL | |
| | Nonstop · 2 hr 5 min · Southwest | |

| | 5:50 PM ⟶ 7:00 PM | $192 |
|---|---|---|
| | ATL — DAL | |
| | Nonstop · 2 hr 10 min · Southwest | |

| | 8:30 PM ⟶ 11:45 PM | $201 |
|---|---|---|
| | ATL — GGG | |
| | 1 stop in DFW · 4 hr 15 min · American · Operated by SkyWest Airlines as American Eagle | |

| | 9:49 AM ⟶ 11:24 AM | $207 |
|---|---|---|
| | ATL — DFW | |
| | Nonstop · 2 hr 35 min · American · Operated by Envoy Air as American Eagle | |

| | 9:26 AM ⟶ 10:14 AM | $324 |
|---|---|---|
| | ATL — SHV | |
| | Nonstop · 1 hr 48 min · Delta · Operated by Endeavor Air DBA Delta Connection | |

| | 5:25 PM ⟶ 6:15 PM | $324 |
|---|---|---|
| | ATL — SHV | |
| | Nonstop · 1 hr 50 min · Delta · Operated by Endeavor Air DBA Delta Connection | |

| | 9:56 PM ⟶ 10:43 PM | $324 |
|---|---|---|
| | ATL — SHV | |

6/10/24, 11:29 AM                                                 Atlanta to Marshall | Google Flights

Nonstop  ·  1 hr 47 min  ·  Delta · Operated by Endeavor Air DBA Delta Connection

263 more flights

Language · English (United States)     Location · United States     Currency · USD

About     Privacy     Terms     Join user studies     Feedback     Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more

Google Skip to main content Accessibility feedback Sign in

One way 1 Economy

Houston Marshall Thu, Jun 27

All filters Stops Airlines Bags Price Times Emissions Con

Track prices Jun 27 Date grid Price graph

## Best flights

Ranked based on price and convenience Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info. Sort by:

12:58 PM — 2:14 PM $29
IAH DFW
Nonstop · 1 hr 16 min · Frontier

10:01 PM — 11:17 PM $29
IAH DFW
Nonstop · 1 hr 16 min · Frontier

5:00 AM — 6:17 AM $56
IAH DFW
Nonstop · 1 hr 17 min · American

8:25 PM — 9:47 PM $56
IAH DFW
Nonstop · 1 hr 22 min · United

1:50 PM — 2:50 PM $66
IAH DAL
Nonstop · 1 hr · Southwest

## Other flights

| | | | |
|---|---|---|---|
| | 9:30 PM → 10:48 PM  IAH  DFW  Nonstop · 1 hr 18 min · United · Operated by Mesa Airlines DBA United Express | | $56 |
| | 5:35 AM → 6:35 AM  IAH  DAL  Nonstop · 1 hr · Southwest | | $56 |
| | 6:00 AM → 7:05 AM  HOU  DAL  Nonstop · 1 hr 5 min · Southwest | | $56 |
| | 7:30 AM → 8:45 AM  HOU  DAL  Nonstop · 1 hr 15 min · Southwest | | $56 |
| | 10:00 PM → 11:05 PM  HOU  DAL  Nonstop · 1 hr 5 min · Southwest | | $56 |
| | 5:30 PM → 6:50 PM  IAH  DFW  Nonstop · 1 hr 20 min · United · Operated by Mesa Airlines DBA United Express | | $66 |
| | 6:30 PM → 7:51 PM  IAH  DFW  Nonstop · 1 hr 21 min · United · Operated by Mesa Airlines DBA United Express | | $66 |
| | 8:30 AM → 9:45 AM  HOU  DAL  Nonstop · 1 hr 15 min · Southwest | | $66 |
| | 8:30 PM → 9:45 PM  HOU  DAL  Nonstop · 1 hr 15 min · Southwest | | $66 |
| | 4:30 PM → 5:48 PM  IAH  DFW  Nonstop · 1 hr 18 min · United | | $84 |
| | 5:00 AM → 6:20 AM  HOU  DFW | | $91 |

| | | |
|---|---|---|
| Nonstop · 1 hr 20 min · American · Operated by PSA Airlines as American Eagle | | |

| 6:00 AM → 7:26 AM | | $91 |
|---|---|---|
| HOU    DFW | | |
| Nonstop · 1 hr 26 min · American · Operated by Envoy Air as American Eagle | | |

| 10:46 AM → 12:15 PM | | $91 |
|---|---|---|
| IAH    DFW | | |
| Nonstop · 1 hr 29 min · American | | |

| 7:39 PM → 8:57 PM | | $91 |
|---|---|---|
| IAH    DFW | | |
| Nonstop · 1 hr 18 min · American | | |

| 8:25 PM → 9:50 PM | | $91 |
|---|---|---|
| HOU    DFW | | |
| Nonstop · 1 hr 25 min · American · Operated by Envoy Air as American Eagle | | |

| 10:00 AM → 11:05 AM | | $91 |
|---|---|---|
| HOU    DAL | | |
| Nonstop · 1 hr 5 min · Southwest | | |

| 11:00 AM → 12:05 PM | | $91 |
|---|---|---|
| HOU    DAL | | |
| Nonstop · 1 hr 5 min · Southwest | | |

| 6:00 AM → 7:17 AM | | $116 |
|---|---|---|
| IAH    DFW | | |
| Nonstop · 1 hr 17 min · American | | |

| 6:27 PM → 7:47 PM | | $116 |
|---|---|---|
| HOU    DFW | | |
| Nonstop · 1 hr 20 min · American · Operated by Envoy Air as American Eagle | | |

| 10:14 AM → 11:34 AM | | $119 |
|---|---|---|
| HOU    DFW | | |
| Nonstop · 1 hr 20 min · American · Operated by PSA Airlines as American Eagle | | |

| 6:30 PM → 7:35 PM | | $119 |
|---|---|---|
| IAH    DAL | | |
| Nonstop · 1 hr 5 min · Southwest | | |

| | 12:05 PM → 1:28 PM | $121 |
|---|---|---|
| | IAH                DFW | |
| | Nonstop · 1 hr 23 min · United · Operated by Mesa Airlines DBA United Express | |

| | 2:45 PM → 4:06 PM | $121 |
|---|---|---|
| | IAH                DFW | |
| | Nonstop · 1 hr 21 min · United · Operated by Mesa Airlines DBA United Express | |

| | 12:12 PM → 1:45 PM | $139 |
|---|---|---|
| | IAH                DFW | |
| | Nonstop · 1 hr 33 min · American | |

| | 4:25 PM → 5:50 PM | $139 |
|---|---|---|
| | HOU                DFW | |
| | Nonstop · 1 hr 25 min · American · Operated by Envoy Air as American Eagle | |

| | 6:27 PM → 8:00 PM | $139 |
|---|---|---|
| | IAH                DFW | |
| | Nonstop · 1 hr 33 min · American | |

| | 12:30 PM → 1:35 PM | $139 |
|---|---|---|
| | HOU                DAL | |
| | Nonstop · 1 hr 5 min · Southwest | |

| | 4:30 PM → 5:35 PM | $149 |
|---|---|---|
| | HOU                DAL | |
| | Nonstop · 1 hr 5 min · Southwest | |

| | 2:30 PM → 3:35 PM | $161 |
|---|---|---|
| | HOU                DAL | |
| | Nonstop · 1 hr 5 min · Southwest | |

| | 7:39 PM → 11:45 PM | $164 |
|---|---|---|
| | IAH                GGG | |
| | 1 stop in DFW · 4 hr 6 min · American · Operated by SkyWest Airlines as American Eagle | |

| | 8:00 AM → 9:15 AM | $169 |
|---|---|---|
| | IAH                DFW | |
| | Nonstop · 1 hr 15 min · American | |

| | 8:56 AM → 10:20 AM | $169 |
|---|---|---|
| | IAH                DFW | |

| | | | |
|---|---|---|---|
| | Nonstop · 1 hr 24 min · American · Operated by Envoy Air as American Eagle | | |
| ✈ | 2:20 PM → 3:36 PM<br>IAH      DFW<br>Nonstop · 1 hr 16 min · American | $169 | |
| ♥ | 6:00 PM → 7:15 PM<br>HOU      DAL<br>Nonstop · 1 hr 15 min · Southwest | $178 | |
| ♥ | 7:30 PM → 8:45 PM<br>HOU      DAL<br>Nonstop · 1 hr 15 min · Southwest | $185 | |
| 🌐 | 9:37 AM → 11:00 AM<br>IAH      DFW<br>Nonstop · 1 hr 23 min · United · Operated by Mesa Airlines DBA United Express | 🚫 $188 | |
| 🌐 | 10:35 AM → 11:42 AM<br>IAH      SHV<br>Nonstop · 1 hr 7 min · United · Operated by Commuteair DBA United Express | 🚫 $205 | |
| 🌐 | 6:05 PM → 7:12 PM<br>IAH      SHV<br>Nonstop · 1 hr 7 min · United · Operated by Commuteair DBA United Express | 🚫 $205 | |
| 🌐 | 8:23 PM → 9:34 PM<br>IAH      SHV<br>Nonstop · 1 hr 11 min · United · Operated by Commuteair DBA United Express | 🚫 $205 | |
| 🌐 | 9:30 PM → 10:35 PM<br>IAH      SHV<br>Nonstop · 1 hr 5 min · United · Operated by Commuteair DBA United Express | 🚫 $205 | |
| ✕ | 5:00 PM → 6:05 PM<br>HOU      DAL<br>Nonstop · 1 hr 5 min · JSX · JetBlue | $220 | |
| ✕ | 1:40 PM → 2:45 PM<br>HOU      DAL<br>Nonstop · 1 hr 5 min · JSX · JetBlue | $224 | |

7:00 AM → 8:05 AM $270
HOU DAL
Nonstop · 1 hr 5 min · JSX · JetBlue

6:40 PM → 7:45 PM $270
HOU DAL
Nonstop · 1 hr 5 min · JSX · JetBlue

2:13 PM → 3:38 PM $273
HOU DFW
Nonstop · 1 hr 25 min · American · Operated by Envoy Air as American Eagle

7:30 AM → 8:49 AM $306
IAH DFW
Nonstop · 1 hr 19 min · United · Operated by Mesa Airlines DBA United Express

9:00 AM → 10:05 AM $310
HOU DAL
Nonstop · 1 hr 5 min · JSX · JetBlue

4:20 PM → 5:27 PM $349
IAH SHV
Nonstop · 1 hr 7 min · United · Operated by Commuteair DBA United Express

4:26 PM → 5:51 PM $419
IAH DFW
Nonstop · 1 hr 25 min · American · Operated by Envoy Air as American Eagle

246 more flights

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more

