# Exhibit AH

6/11/24, 4:23 PM                                   5103 Hollywood Ave, Shreveport, LA 71109 to 100 East Houston Street, Marshall, TX - Google Maps

5103 Hollywood Ave, Shreveport, LA 71109 to 100 East Houston Street, Marshall, TX    Drive 35.1 miles, 37 min



| via I-20 W | 37 min |
|---|---|
| Fastest route, the usual traffic | 35.1 miles |

| via I-20 W and US-80 W | 39 min |
|---|---|
|  | 34.2 miles |

| 3:45 PM (Wednesday)— 7:35 PM | 3 hr 50 min |
|---|---|

🚌 7  >  🚐 Amtrak Thruway Connecting Service  >  🚆 Texas Eagle  >  🚶

Explore nearby 100 E Houston St



Restaurants    Hotels    Gas stations    Parking Lots    More

https://www.google.com/maps/dir/5103+Hollywood+Ave,+Shreveport,+LA+71109/100+East+Houston+Street,+Marshall,+TX/@32.5097132,-94.88201…    1/1