# Exhibit AI

3/2/24, 9:00 PM    Dallas Fort Worth International Airport to 100 E Houston St, Marshall, TX 75670 - Google Maps

Google Maps    **Dallas Fort Worth International Airport to 100 E Houston St, Marshall, TX 75670**    Drive 172 miles, 2 hr 35 min



Map data ©2024 Google    20 mi

- **via I-20 E** — **2 hr 35 min** — 172 miles
  Fastest route now due to traffic conditions

- **via W State Hwy 243 and I-20 E** — **2 hr 47 min** — 174 miles

- Dallas, TX—Shreveport, LA — 1 hr — from $527

**Explore nearby 100 E Houston St**

Restaurants   Hotels   Gas stations   Parking Lots   More

https://www.google.com/maps/dir/DFW+airport+(DFW),+Aviation+Drive,+Dallas,+TX/100+E+Houston+St,+Marshall,+TX+75670/@32.6612578,-97.02…    1/1

3/2/24, 8:59 PM  Dallas Fort Worth International Airport to 7940 Preston Rd, Plano, TX 75024 - Google Maps

# Google Maps

**Dallas Fort Worth International Airport to 7940 Preston Rd, Plano, TX 75024**

Drive 24.0 miles, 27 min



Map data ©2024 Google   10 mi

| | via Sam Rayburn Tollway | 27 min |
|---|---|---|
| | Fastest route now due to traffic conditions ⚠ This route has tolls. | 24.0 miles |

| | via President George Bush Tpke E | 31 min |
|---|---|---|
| | | 26.4 miles |

| | via President George Bush Tpke N | 33 min |
|---|---|---|
| | | 27.9 miles |

### Explore nearby 7940 Preston Rd

Restaurants   Hotels   Gas stations   Parking Lots   More

https://www.google.com/maps/dir/DFW+airport+(DFW),+Aviation+Drive,+Dallas,+TX/7940+Preston+Rd,+Plano,+TX+75024/@32.9998201,-97.39302…   1/1

Dallas Fort Worth International Airport to 101 E Pecan St, Sherman, TX 75090

Drive 68.5 miles, 1 hr 4 min



Map data ©2024 Google, INEGI    10 mi

🚗 **via Sam Rayburn Tollway and US-75 N**    1 hr 4 min
                                              68.5 miles

Fastest route now, avoids road closure on US-75 N

This route has tolls.

🚗 **via N Preston Rd**    1 hr 14 min
                           67.6 miles

🚆 **5:16 AM (Sunday)—9:25 AM**    4 hr 9 min

🚶 › 🚊 ORANGE › 🚌 Greyhound US1146 › 🚶

Explore nearby 101 E Pecan St

🍴 Restaurants    🛏 Hotels    ⛽ Gas stations    Ⓟ Parking Lots    ⋯ More