IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS LTD., § § § *Plaintiff*, § § v. § § SAP AMERICA, INC. and SAP SE, § § § *Defendants*. § § § § | CIVIL ACTION NO. 2:24-CV-00021-JRG |

### ORDER

Before the Court is Plaintiff Valtrus Innovations Ltd.'s ("Plaintiff") Unopposed Motion for Extension of Time to File Response to and Redaction to Motion to Dismiss (the "Motion"). (Dkt. No. 52.) In the Motion, Plaintiff requests the Court to extend (1) from July 5, 2024 to July 19, 2024 the deadline to file redactions to Defendants SAP America, Inc. and SAP SE's Motion to Dismiss for Lack of Standing Pursuant to Rule 12(b)(1) and Rule 12(b)(6) (Dkt. No. 51, the "MTD"); and (2) from July 11, 2024 to July 25, 2024 its deadline to respond to the MTD. (Dkt. No. 52 at 1.) Plaintiff requests the extension "[i]n light of the Independence Day holiday and international travel schedules of counsel." (*Id.*) The Motion is unopposed. (*Id.* at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadlines to file (1) a public version of the MTD is **extended** up to and including July 19, 2024, and (2) a response to the MTD is **extended** up to and including July 25, 2024.

**So ORDERED and SIGNED this 3rd day of July, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE