# Exhibit E

Number    669289                                   **Duplicate For File**

# Certificate of Incorporation

I hereby certify that

**DOLYA HOLDCO 9 LIMITED**

is this day incorporated under
the Companies Act 2014,
and that the company is
a Private Company Limited by Shares.

Given under my hand at Dublin, this
**Friday, the 3rd day of April, 2020**

for Registrar of Companies