# Exhibit F

Number   669289

# Certificate of Incorporation
# on change of name

I hereby certify that

**DOLYA HOLDCO 9 LIMITED**

having, by a Special Resolution of the Company,
and with the approval of the Registrar of Companies,
changed its name, is now incorporated as a
Private Company Limited by Shares
under the name

**VALTRUS INNOVATIONS LIMITED**

and I have entered such name on the Register accordingly.

Given under my hand at Dublin, this

**Tuesday, the 10th day of November, 2020**

for Registrar of Companies.