# Exhibit H

Number   669284

# Certificate of Incorporation
# on change of name

I hereby certify that

DOLYA HOLDCO 4 LIMITED

having, by a Special Resolution of the Company,
and with the approval of the Registrar of Companies,
changed its name, is now incorporated as a
Private Company Limited by Shares
under the name

KEY PATENT INNOVATIONS LIMITED

and I have entered such name on the Register accordingly.

Given under my hand at Dublin, this

**Wednesday, the 15th day of July, 2020**

for Registrar of Companies.