Case 2:24-cv-00021-JRG   Document 54-10   Filed 07/18/24   Page 1 of 2 PageID #:  3127

# Exhibit I



*Duplicate Certificate*

## Certificate of Incorporation of a Company

*I hereby certify,*

that company number **669289**

**VALTRUS INNOVATIONS LIMITED**
was Incorporated under the Companies Act, 2014

as **LTD - Private Company Limited by Shares**
on **Friday, the 3rd day of April, 2020**

Given under my hand at Dublin, this
**Wednesday, the 19th day of June, 2024**

for Registrar of Companies

**cro** AN OIFIG UM CHLÁRÚ CUIDEACHTAÍ
COMPANIES REGISTRATION OFFICE