# Exhibit J



*Duplicate Certificate*

## Certificate of Incorporation of a Company

*I hereby certify,*

that company number **669284**

**KEY PATENT INNOVATIONS LIMITED**
was Incorporated under the Companies Act, 2014

as **LTD - Private Company Limited by Shares**
on **Friday, the 3rd day of April, 2020**

Given under my hand at Dublin, this
**Wednesday, the 19th day of June, 2024**

for Registrar of Companies

cro  AN OIFIG UM CHLÁRÚ CUIDEACHTAÍ
COMPANIES REGISTRATION OFFICE