# Exhibit M



# Form B5 - Return of Allotments

| | |
|---|---|
| Section 70/1021 Companies Act 2014 Sections 144 to 122 Stamp Duties Consolidation Act 1999 | **Submission Reference Number** SR235283 |

| Company Details | |
|---|---|
| Company Number | 669284 |
| Company Name | **KEY PATENT INNOVATIONS LIMITED** |
| Address | THE GLASSHOUSES GH2, 92 GEORGE'S STREET LOWER, DUN LAOGHAIRE, DUBLIN, A96 VR66, Ireland |

| Date of Allotments | |
|---|---|
| Made On | 15/01/2021 |

| Allottees | |
|---|---|
| Full Name | New PP Licensing LLC |
| Address | c/o The Corporation Trust Company, 1209 N. Orange Trust, Wilmington DE 19801, United States |
| Share Class | €1.00 Ordinary |
| Number of Shares | 1 |

| Cash Considerations | | | | | |
|---|---|---|---|---|---|
| Number of Shares | Share Class | Nominal Value Per Share | Currency | Amount paid or due and payable on each share | Total Amount |
| 1 | €1.00 Ordinary | 1.00 | Euro(EUR) | USD $ 20,000,000 | USD $ 20,000,000 |
| **Denomination** | US Dollar(USD) | | | | |
| **Conversion Rate** | | | | | |
| **Total Value For Consideration** | USD $ 20,000,000 | | | | |

| Verification Details | |
|---|---|
| Signature Method | Signature Page Upload |
| Signature Type | Director (Company) |
| Person Name | ANGELA QUINLAN |

| Presenter Details | |
|---|---|
| Presenter Name | Efiling User Acount(Arthur Cox) |
| Presenter Address | |
| Presenter Email | cro@arthurcox.com |
| Presenter Telephone Number | 019201000_____ |
| Presenter Reference Number | CE081/008 |

# Signature Page

**Submission Reference Number:** SR235283

Form B5 - Return of AllotmentsSR235283

### Related Entity Details

Name (or Proposed Name): KEY PATENT INNOVATIONS LIMITED
Number (if applicable): 669284

Signature of the person(s) who is (are) certifying that the information provided is correct

*[Signature]*  Date: 19 May 2021

ANGELA QUINLAN
Director (Company)

**Legal References:**
Section 70/1021
Companies Act 2014
Sections 114 to 122
Stamp Duties
Consolidation Act
1999