# Exhibit N



# Form B5 - Return of Allotments

| | |
|---|---|
| Section 70/1021 Companies Act 2014 Sections 144 to 122 Stamp Duties Consolidation Act 1999 | **Submission Reference Number** SR388634 |

## Company Details

| | |
|---|---|
| **Company Number** | 669284 |
| **Company Name** | **KEY PATENT INNOVATIONS LIMITED** |
| **Address** | THE GLASSHOUSES GH2, 92 GEORGE'S STREET LOWER, DUN LAOGHAIRE, DUBLIN, A96 VR66, Ireland |

## Date of Allotments

| | |
|---|---|
| **Made On** | 17/06/2021 |

## Allottees

| | |
|---|---|
| **Full Name** | New PP Licensing LLC |
| **Address** | c/o The Corporation Trust Company, 1209 N. Orange Trust, WilmingtonDE 19801, United States |
| **Share Class** | €1.00 Ordinary |
| **Number of Shares** | 1 |

## Cash Considerations

| Number of Shares | Share Class | Nominal Value Per Share | Currency | Amount paid or due and payable on each share | Total Amount |
|---|---|---|---|---|---|
| 1 | €1.00 Ordinary | 1.00 | Euro(EUR) | USD $ 19,500,000 | USD $ 19,500,000 |

| | |
|---|---|
| **Denomination** | US Dollar(USD) |
| **Conversion Rate** | |
| **Total Value For Consideration** | USD $ 19,500,000 |

## Verification Details

| | |
|---|---|
| **Signature Method** | Signature Page Upload |
| **Signature Type** | Director (Company) |
| **Person Name** | ANGELA QUINLAN |

## Presenter Details

| | |
|---|---|
| **Presenter Name** | Efiling User Acount(Arthur Cox) |
| **Presenter Address** | |
| **Presenter Email** | cro@arthurcox.com |
| **Presenter Telephone Number** | 019201000_____ |
| **Presenter Reference Number** | CE131/003/RMC |

# Signature Page

**Submission Reference Number:** SR388634

**Form B5 - Return of Allotments**

### Related Entity Details

Name (or Proposed Name): KEY PATENT INNOVATIONS LIMITED
Number (if applicable): 669284

Signature of the person(s) who is (are) certifying that the information provided is correct

_____   28/7/2021
ANGELA QUINLAN                Date
Director (Company)

**Legal References:**
Section 70/1021
Companies Act 2014
Sections 114 to 122
Stamp Duties
Consolidation Act
1999