Exhibit P
Redacted in Entirety