Exhibit Q



# Form B1C - Annual Return General

| Companies Act 2014<br>Annual Return to the registrar of companies<br>Section:343(4) | |
| --- | --- |

| Submission Reference Number |
| --- |
| SR2080470 |

| Company Details | |
| --- | --- |
| **Date return made up** | **30 Sep 2023** |
| **Financial Year From** | 01 Jan 2022 |
| **Financial Year to** | 31 Dec 2022 |
| **The Company** | Wishes to RETAIN the anniversary of its existing ARD for next year |
| **Company Number** | 669289 |
| **Company Name** | VALTRUS INNOVATIONS LIMITED |
| **Registered Office** | The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin, A96 VR66, Ireland |
| **Company Email Address** | cro@arthurcox.com |
| **Company Size** | Micro |
| **Audit Exemption** | No Exemption |
| **Section 137 Bond** | No |
| **B67 check** | No |

| Auditors Details (only applicable if filing an auditors report) | |
| --- | --- |
| **Auditor Type** | Company |
| **ARN** | AI223671 |
| **Auditor Name** | PricewaterhouseCoopers |

| Director Details | |
| --- | --- |
| **Director: 1** | |
| Director Type | Director |
| First Name | Glen |
| Last Name | Gibbons |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 14 Jun 1980 |
| Nationality | Ireland |
| EEA Resident | Yes |
| Occupation | Lawyer |

| Address | 3 Duncairn Terrace, Bray, Wicklow, Ireland |
|---|---|
| **Director: 2** | |
| Director Type | Director |
| First Name | Máiréad |
| Last Name | Lyons |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 18 Sep 1973 |
| Nationality | Ireland |
| EEA Resident | Yes |
| Occupation | Company Director |
| Address | Teach Shechem, Rickardstown, Newbridge, Co. Kildare, W12 PN25, Ireland |
| **Director: 3** | |
| Director Type | Director |
| First Name | Angela |
| Last Name | Quinlan |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 22 Mar 1981 |
| Nationality | Ireland |
| EEA Resident | Yes |
| Occupation | Company Director |
| Address | Ballydonagh Lodge, Ballydonagh Lane, Delgany, Greystones, Co. Wicklow , A63 Y795, Ireland |
| **Director: 4** | |
| Director Type | Director |
| First Name | Paul Joseph |
| Last Name | Riley IV |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 02 Jul 1969 |
| Nationality | United States |
| EEA Resident | No |
| Occupation | Company Director |
| Address | 6 Mill Road, Malvern PA 19355, United States |
| **Director: 5** | |
| Director Type | Director |
| First Name | Paul A. |
| Last Name | Seaman |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 28 Jun 1962 |
| Nationality | United States |
| EEA Resident | No |

| Occupation | Company Director |
|---|---|
| Address | 46 Southgate Drive, Annandale NJ  08801, United States |

**Other Directorship Details**

**Other Director : 1**

| Director Name | Glen Gibbons |
|---|---|
| Irish Company Number | 669284 |
| Irish Company Name | Key Patent Innovations Limited |
| Registered In | Ireland |

**Other Director : 2**

| Director Name | Glen Gibbons |
|---|---|
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |
| Registered In | Ireland |

**Other Director : 3**

| Director Name | Glen Gibbons |
|---|---|
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

**Other Director : 4**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 643482 |
| Irish Company Name | AELF FLIGHTSERVICE LIMITED |
| Registered In | Ireland |

**Other Director : 5**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 643404 |
| Irish Company Name | AIRCRAFT ENGINE LEASE FINANCE HOLDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 6**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 614587 |
| Irish Company Name | AIRCRAFT ENGINE LEASE FINANCE LIMITED |
| Registered In | Ireland |

**Other Director : 7**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 638962 |
| Irish Company Name | AMUNDI PHYSICAL METALS PUBLIC LIMITED COMPANY |
| Registered In | Ireland |

**Other Director : 8**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 619167 |

| | |
|---|---|
| Irish Company Name | ARAGVI FINANCE INTERNATIONAL DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |
| **Other Director : 9** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 743901 |
| Irish Company Name | ARISE FINANCE DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |
| **Other Director : 10** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 624676 |
| Irish Company Name | AVICDALE LIMITED |
| Registered In | Ireland |
| **Other Director : 11** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 624676 |
| Irish Company Name | AVICDALE LIMITED |
| Registered In | Ireland |
| **Other Director : 12** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 624676 |
| Irish Company Name | AVICDALE LIMITED |
| Registered In | Ireland |
| **Other Director : 13** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 624676 |
| Irish Company Name | AVICDALE LIMITED |
| Registered In | Ireland |
| **Other Director : 14** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 662285 |
| Irish Company Name | BAROYZA INVESTMENTS IRELAND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |
| **Other Director : 15** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 715263 |
| Irish Company Name | Benedict Real Estate BidCo Limited |
| Registered In | Ireland |
| **Other Director : 16** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 715263 |
| Irish Company Name | BENEDICT REAL ESTATE BIDCO LIMITED |
| Registered In | Ireland |

**Other Director : 17**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 715264 |
| Irish Company Name | BENEDICT REAL ESTATE HOLDCO LIMITED |
| Registered In | Ireland |

**Other Director : 18**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 715264 |
| Irish Company Name | Benedict Real Estate HoldCo Limited |
| Registered In | Ireland |

**Other Director : 19**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 533976 |
| Irish Company Name | BIOSIMILAR COLLABORATIONS IRELAND LIMITED |
| Registered In | Ireland |

**Other Director : 20**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 644889 |
| Irish Company Name | BLACKOAK ALPHA GROWTH (IRELAND) DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 21**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 686297 |
| Irish Company Name | CAFICO ALTERNATIVE ASSET MANAGEMENT LIMITED |
| Registered In | Ireland |

**Other Director : 22**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Company Name | CAFICO CAPITAL MARKETS (UK) LIMITED |
| Registered In | United Kingdom |

**Other Director : 23**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Company Name | CAFICO CORPORATE SERVICES (LUXEMBOURG) S.À R.L. |
| Registered In | Luxembourg |

**Other Director : 24**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Company Name | CAFICO CORPORATE SERVICES (UK) LIMITED |
| Registered In | United Kingdom |

**Other Director : 25**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 516972 |
| Irish Company Name | CAFICO CORPORATE SERVICES LIMITED |
| Registered In | Ireland |

| **Other Director : 26** | |
|---|---|
| Director Name | Máiréad Lyons |
| Company Name | CAFICO DIRECTORS (No.1) LIMITED |
| Registered In | United Kingdom |

| **Other Director : 27** | |
|---|---|
| Director Name | Máiréad Lyons |
| Company Name | CAFICO DIRECTORS (No.2) LIMITED |
| Registered In | United Kingdom |

| **Other Director : 28** | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 686297 |
| Irish Company Name | CAFICO INVESTMENTS LIMITED |
| Registered In | Ireland |

| **Other Director : 29** | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 516971 |
| Irish Company Name | CAFICO SECRETARIES LIMITED |
| Registered In | Ireland |

| **Other Director : 30** | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 516970 |
| Irish Company Name | CAFICO TRUST COMPANY LIMITED |
| Registered In | Ireland |

| **Other Director : 31** | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 516970 |
| Irish Company Name | CAFICO TRUST COMPANY LIMITED |
| Registered In | Ireland |

| **Other Director : 32** | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655473 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 2 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

| **Other Director : 33** | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 693361 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 3 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

| **Other Director : 34** | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 693372 |

| | |
|---|---|
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 4 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 35**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 721308 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 5 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 36**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 748313 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 6 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 37**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 581698 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 38**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 733916 |
| Irish Company Name | CASTLEHAVEN SPV 5 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 39**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 526341 |
| Irish Company Name | CIRSIUM LIMITED |
| Registered In | Ireland |

**Other Director : 40**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 573346 |
| Irish Company Name | Cision Investments Limited (Dissolved) |
| Registered In | Ireland |

**Other Director : 41**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 617165 |
| Irish Company Name | Cision Investments No.2 Unlimited Company (Dissolved) |
| Registered In | Ireland |

**Other Director : 42**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 646563 |

| Irish Company Name | CLAYPOLE LIMITED |
|---|---|
| Registered In | Ireland |

**Other Director : 43**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 562448 |
| Irish Company Name | COBE CAPITAL EUROPEAN HOLDINGS LIMITED |
| Registered In | Ireland |

**Other Director : 44**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 562448 |
| Irish Company Name | COBE CAPITAL EUROPEAN HOLDINGS LIMITED |
| Registered In | Ireland |

**Other Director : 45**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 596156 |
| Irish Company Name | CORK AESTHETIC AND IMPLANT CENTRE LIMITED |
| Registered In | Ireland |

**Other Director : 46**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 611657 |
| Irish Company Name | CVP ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 47**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 611657 |
| Irish Company Name | CVP ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 48**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 631159 |
| Irish Company Name | CVP ECO ORI-1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 49**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 573864 |
| Irish Company Name | EG CAPITAL ADVISORS DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 50**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 498785 |
| Irish Company Name | ELANCE LIMITED |
| Registered In | Ireland |

**Other Director : 51**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 537430 |
| Irish Company Name | ENTER AIR INTERNATIONAL LIMITED |
| Registered In | Ireland |

**Other Director : 52**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 612111 |
| Irish Company Name | EUROPCAR DRIVE DESIGNATED ACTIVITY COMPANY (DISSOLVED) |
| Registered In | Ireland |

**Other Director : 53**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 647508 |
| Irish Company Name | EUROPCAR MOBILITY DRIVE DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 54**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 642500 |
| Irish Company Name | EUROPEAN FINANCIAL INSTITUTIONS NOTE SECURITIZATION 2020-1 DAC (Dissolved) |
| Registered In | Ireland |

**Other Director : 55**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 632303 |
| Irish Company Name | FF LIFE SETTLEMENTS DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 56**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 632303 |
| Irish Company Name | FF Life Settlements Designated Activity Company |
| Registered In | Ireland |

**Other Director : 57**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 731796 |
| Irish Company Name | FF LIFE SETTLEMENTS II DESIGNATED ACTIVITY COMPANY (STRIKE OFF LISTED) |
| Registered In | Ireland |

**Other Director : 58**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 526342 |
| Irish Company Name | FICARIA LIMITED |
| Registered In | Ireland |

**Other Director : 59**

| Director Name | Máiréad Lyons |
|---|---|

| | |
|---|---|
| Irish Company Number | 563290 |
| Irish Company Name | GAELECTRIC INTERCONNECTOR TRADING ROI LIMITED |
| Registered In | Ireland |

**Other Director : 60**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 592176 |
| Irish Company Name | GAELECTRIC INVESTMENTS B 2 LIMITED |
| Registered In | Ireland |

**Other Director : 61**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 592175 |
| Irish Company Name | Gaelectric NIB 2 Limited |
| Registered In | Ireland |

**Other Director : 62**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 592177 |
| Irish Company Name | Gaelectric Northern Ireland 2 Limited |
| Registered In | Ireland |

**Other Director : 63**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 560737 |
| Irish Company Name | Gaelectric Renewable Energy Developments Limited |
| Registered In | Ireland |

**Other Director : 64**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 560736 |
| Irish Company Name | Gaelectric Renewable Energy Limited |
| Registered In | Ireland |

**Other Director : 65**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 557207 |
| Irish Company Name | Gaelectric Trading and Market Services Limited |
| Registered In | Ireland |

**Other Director : 66**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 466061 |
| Irish Company Name | Gaelectric USA Limited |
| Registered In | Ireland |

**Other Director : 67**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 711328 |
| Irish Company Name | GLX ONE IRELAND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 68**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 647552 |
| Irish Company Name | GREENLEAVES CAPITAL DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 69**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 617071 |
| Irish Company Name | Henry Cotton?s Brand Management Company Limited |
| Registered In | Ireland |

**Other Director : 70**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 617071 |
| Irish Company Name | HENRY COTTON'S BRAND MANAGEMENT COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 71**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 675589 |
| Irish Company Name | IMH CAPITAL DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 72**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655215 |
| Irish Company Name | IRISH IMMIGRATION FINANCING FUND I DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 73**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655456 |
| Irish Company Name | ISLINGTON CAPITAL DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 74**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 614294 |
| Irish Company Name | Jade Mountain Partners Issuer Designated Activity Company (In Liquidation) |
| Registered In | Ireland |

**Other Director : 75**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 614295 |
| Irish Company Name | Jade Mountain Partners Originator Designated Activity Company (In Liquidation) |
| Registered In | Ireland |

**Other Director : 76**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 669284 |
| Irish Company Name | Key Patent Innovations Limited |
| Registered In | Ireland |

**Other Director : 77**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 637088 |
| Irish Company Name | LILIENTHAL FINANCE LIMITED |
| Registered In | Ireland |

**Other Director : 78**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | C500417 |
| Irish Company Name | Lodur Capital ICAV |
| Registered In | Ireland |

**Other Director : 79**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 611881 |
| Irish Company Name | LSA FINANCE DESIGNATED ACTIVITY COMPANY (DISSOLVED) |
| Registered In | Ireland |

**Other Director : 80**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 677297 |
| Irish Company Name | LT AUTOHALLINTO DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 81**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 691992 |
| Irish Company Name | LT AUTOHALLINTO II DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 82**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 700068 |
| Irish Company Name | LT AUTOHALLINTO III DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 83**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 717058 |
| Irish Company Name | LT AUTOHALLINTO IV DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 84**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Name | LT AUTOHALLINTO V DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 85**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611609 |
| Irish Company Name | LUCRATIVE GREEN LEAF LIMITED |
| Registered In | Ireland |

**Other Director : 86**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611657 |
| Irish Company Name | MACKAY SHIELDS ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 87**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611657 |
| Irish Company Name | MACKAY SHIELDS ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 88**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611657 |
| Irish Company Name | MACKAY SHIELDS ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 89**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611657 |
| Irish Company Name | MACKAY SHIELDS ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 90**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 631159 |
| Irish Company Name | MACKAY SHIELDS ECO ORI-1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 91**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 632897 |
| Irish Company Name | MACKAY SHIELDS EURO CLO-1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 92**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 632897 |
| Irish Company Name | MACKAY SHIELDS EURO CLO-1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 93**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 662084 |

| | |
|---|---|
| Irish Company Name | MACKAY SHIELDS EURO CLO-2 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 94**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 744525 |
| Irish Company Name | MACLEAD IRELAND FUNDING UNLIMITED COMPANY |
| Registered In | Ireland |

**Other Director : 95**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |
| Registered In | Ireland |

**Other Director : 96**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 617072 |
| Irish Company Name | MARINA YACHTING BRAND MANAGEMENT COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 97**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 617072 |
| Irish Company Name | Marina Yachting Brand Management Company Limited |
| Registered In | Ireland |

**Other Director : 98**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 617073 |
| Irish Company Name | MCS Brand Management Company Limited |
| Registered In | Ireland |

**Other Director : 99**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 617073 |
| Irish Company Name | MCS BRAND MANAGEMENT COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 100**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 618472 |
| Irish Company Name | MMK STEEL FINANCE DESIGNATED ACTIVITY COMPANY [DISSOLVED] |
| Registered In | Ireland |

**Other Director : 101**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 662279 |
| Irish Company Name | MSP FINANCE IRELAND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 102**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 605282 |
| Irish Company Name | MURAL ONCOLOGY LIMITED |
| Registered In | Ireland |

**Other Director : 103**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 605282 |
| Irish Company Name | Mural Oncology Public Limited Company |
| Registered In | Ireland |

**Other Director : 104**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 689236 |
| Irish Company Name | OAKLEND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 105**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 622069 |
| Irish Company Name | OWL'S HEAD II 2018 FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 106**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 615680 |
| Irish Company Name | OWL'S HEAD I 2018 FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 107**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 687848 |
| Irish Company Name | PCP LENDCO 1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 108**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 729656 |
| Irish Company Name | PCP LENDCO 2 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 109**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

**Other Director : 110**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655516 |

| | |
|---|---|
| Irish Company Name | PIRAEUS SNF DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 111**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655516 |
| Irish Company Name | PIRAEUS SNF DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 112**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 690491 |
| Irish Company Name | PM CONNECT EUROPE LIMITED |
| Registered In | Ireland |

**Other Director : 113**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 677290 |
| Irish Company Name | PORTMAN HEALTHCARE (IRELAND) LIMITED |
| Registered In | Ireland |

**Other Director : 114**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 663440 |
| Irish Company Name | PORTMAN HEALTHCARE HOLDINGS IRELAND LIMITED |
| Registered In | Ireland |

**Other Director : 115**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 677290 |
| Irish Company Name | PORTMAN HEALTHCARE IRELAND LIMITED |
| Registered In | Ireland |

**Other Director : 116**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 566226 |
| Irish Company Name | PORTMARNOCK FALCON DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 117**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 712431 |
| Irish Company Name | ROEBUCK FL IRELAND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 118**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 652462 |
| Irish Company Name | SALTED STONE EMEA LIMITED |
| Registered In | Ireland |

**Other Director : 119**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 606203 |
| Irish Company Name | Seagate Clone |
| Registered In | Ireland |

**Other Director : 120**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 606203 |
| Irish Company Name | SEAGATE TECHNOLOGY HOLDINGS PLC |
| Registered In | Ireland |

**Other Director : 121**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 606203 |
| Irish Company Name | Seagate Technology Holdings Public Limited Company |
| Registered In | Ireland |

**Other Director : 122**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 629122 |
| Irish Company Name | SEVEN EAGLES LIFE SETTLEMENTS DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 123**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 575559 |
| Irish Company Name | SINOSINGA AIRCRAFT LEASING COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 124**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 594630 |
| Irish Company Name | SINOSINGA IRELAND 1 COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 125**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655200 |
| Irish Company Name | SINOSINGA IRELAND 2 COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 126**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 638814 |
| Irish Company Name | SIO EUROPE LIMITED |
| Registered In | Ireland |

**Other Director : 127**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 718469 |
| Irish Company Name | SOLAR FINANCE GREECE DESIGNATED ACTIVITY COMPANY |

| | |
|---|---|
| Registered In | Ireland |

**Other Director : 128**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 644288 |
| Irish Company Name | SPECTATE LIMITED |
| Registered In | Ireland |

**Other Director : 129**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 578943 |
| Irish Company Name | SQN ASSET FINANCE (IRELAND) DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 130**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 699061 |
| Irish Company Name | SUEK SECURITIES DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 131**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 482626 |
| Irish Company Name | TCS FINANCE DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 132**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 662084 |
| Irish Company Name | TRINITAS EURO CLO II DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 133**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 662084 |
| Irish Company Name | TRINITAS EURO CLO II DESIGNATED COMPANY |
| Registered In | Ireland |

**Other Director : 134**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 605468 |
| Irish Company Name | TRUEAERO ASSET MANAGEMENT IRELAND LIMITED |
| Registered In | Ireland |

**Other Director : 135**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 676278 |
| Irish Company Name | VCCS MASTER DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 136**

| | |
|---|---|
| Director Name | Máiréad Lyons |

| | |
|---|---|
| Irish Company Number | 637858 |
| Irish Company Name | ZENITH SHIPPING VENTURES I (IRELAND) DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 137**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 628547 |
| Irish Company Name | ZINCVALE LIMITED |
| Registered In | Ireland |

**Other Director : 138**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 669458 |
| Irish Company Name | ZORIN AVENUE LEND CO 1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 139**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 669458 |
| Irish Company Name | ZORIN AVENUE LEND CO 1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 140**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 669458 |
| Irish Company Name | ZORIN AVENUE LEND CO 1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 141**

| | |
|---|---|
| Director Name | Angela Quinlan |
| Irish Company Number | 669284 |
| Irish Company Name | Key Patent Innovations Limited |
| Registered In | Ireland |

**Other Director : 142**

| | |
|---|---|
| Director Name | Angela Quinlan |
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |
| Registered In | Ireland |

**Other Director : 143**

| | |
|---|---|
| Director Name | Angela Quinlan |
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

**Other Director : 144**

| | |
|---|---|
| Director Name | Paul Joseph Riley IV |
| Irish Company Number | 669284 |
| Irish Company Name | Key Patent Innovations Limited |

| | |
|---|---|
| Registered In | Ireland |

**Other Director : 145**

| | |
|---|---|
| Director Name | Paul Joseph Riley IV |
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |
| Registered In | Ireland |

**Other Director : 146**

| | |
|---|---|
| Director Name | Paul Joseph Riley IV |
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

**Other Director : 147**

| | |
|---|---|
| Director Name | Paul A. Seaman |
| Irish Company Number | 669284 |
| Irish Company Name | Key Patent Innovations Limited |
| Registered In | Ireland |

**Other Director : 148**

| | |
|---|---|
| Director Name | Paul A. Seaman |
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |
| Registered In | Ireland |

**Other Director : 149**

| | |
|---|---|
| Director Name | Paul A. Seaman |
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

**Other Director : 150**

| | |
|---|---|
| Director Name | Paul A. Seaman |
| Company Name | Saint Vincent College |
| Registered In | United States |

**Secretary Details**

**Secretary: 1**

| | |
|---|---|
| Type | Irish Registered Company |
| Company Number | 80052 |
| Company Name | Bradwell Limited |
| Address | 10 Earlsfort Terrace, Dublin  2, Dublin, D02 T380, Ireland |
| Email | cro@arthurcox.com |

**Past/ Present Members Details**

| | |
|---|---|
| Option | Add Past/Present Members |

**Past/Present Member: 1**

| | |
|---|---|
| First Name(if applicable) | |
| Last Name/Company Name | Key Patent Innovations Limited |

| Address | The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin, A96 VR66, Ireland |
|---|---|
| Past/Present | Present |

| **Shares Held Per Member Details** | |
|---|---|
| **1** | |
| Member | Key Patent Innovations Limited |
| Share Class | Ordinary |
| Number of Shares Held | 1 |

| **Issued Share Capital** | |
|---|---|
| **1** | |
| Currency | Euro(EUR) |
| **Total** | 1.0000000 |

| **Submission Attachments** | |
|---|---|
| **Type** | **Description** |
| FINANCIAL STATEMENT | FinancialStatements.pdf |

| **Verification Details** | |
|---|---|
| **Signature Method** | Signature Page Upload |
| **Signature Type** | Director (Company) |
| **Person Name** | ANGELA QUINLAN |
| **Signature Method** | Signature Page Upload |
| **Signature Type** | Secretary |
| **Company Name** | BRADWELL LIMITED |

| **Presenter Details** | |
|---|---|
| **Presenter Name** | Efiling User Acount(Arthur Cox) |
| **Presenter Address** | 10 Earlsfort Terrace, Dublin 2, DUBLIN, Ireland, D02 T380 |
| **Presenter Email** | cro@arthurcox.com |
| **Presenter Telephone Number** | 019201000_____ |
| **Presenter Reference Number** | 321494 |



# Signature Page

**Submission Reference Number:**   SR2080470

**Form B1C - Annual Return General**

### Related Entity Details

Name  (or Proposed Name):   VALTRUS INNOVATIONS LIMITED
Number (if applicable):   669289

**Signature of the person(s) who is (are) certifying that the information provided is correct**

ANGELA QUINLAN

Director (Company)

30/9/2023

Date

BERYL SHARPE

Secretary

(on behalf of : BRADWELL LIMITED)

15/11/2023

Date

**Legal References:**   Financial Year from: 01-01-2022 to: 31-12-2022

**Collective Citations**

Companies Act 2014

Section: 343(4)

**Valtrus Innovations Limited**
**(the "Company")**
**Company number 669289**

The Registrar of Companies
Companies Registration Office
Gloucester Place Lower
Dublin 1

Date:  30 September 2023

### SECTION 357 COMPANIES ACT 2014

A Chara,

Please be advised that, under section 357 of the Companies Act 2014 (as amended) (the "**Act**"), the Company has availed of the exemption from the provisions of sections 347 and 348 of the Act in respect of its financial year ended on 31 December 2022.

This notice is, for the purposes of section 357(1)(f) of the Act, annexed to the annual return of the Company in respect of its financial year ended on 31 December 2022, as are also a copy of the guarantee referred to in section 357(1)(b) of the Act (as amended) and the notification referred to in section 357(1)(c) of the Act.

We hereby declare, for the purposes of section 357(1)(f) of the Act, that section 357(1)(a) has been complied with in relation to the exemption referred to above.

Yours faithfully,

**Angela Quinlan, Director**
**For and on behalf of**
**Valtrus Innovations Limited**

*Error! Unknown document property name.Error! Unknown document property name.*
Directors: G. Gibbons, M. Lyons, A. Quinlan, P. J. Riley IV (US), P. A. Seaman (US)
Registered office: The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin, A96 VR66,
Ireland Private Company Limited by Shares

Created with the DynamicPDF Essentials Edition. [u2:v11.27]

## GUARANTEE

**Key Patent Innovations Limited** having its registered office at The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin, A96 VR66, Ireland, being a company formed and registered under the laws of the Republic of Ireland, being an EEA State within the meaning of section 2 of the Companies Act 2014 (the "**Act**"), and the holding undertaking of **Valtrus Innovations Limited** (the "**Subsidiary**") within the meaning of section 7 of the Act,

**HEREBY IRREVOCABLY GUARANTEES** for the purposes of the exemption referred to in section 357(1) of the Act and not otherwise, all commitments entered into by the Subsidiary, including amounts shown as liabilities in the statutory financial statements of the Subsidiary in respect of the financial year ended on 31 December 2022 (the "**Relevant Financial Year**").

**PROVIDED** that this Guarantee shall not extend to any liability or commitment of the Subsidiary which shall arise or may have arisen otherwise than in respect of the Relevant Financial Year or which shall not constitute a commitment within the meaning of section 357(1)(b) of the Act.

This Guarantee shall be governed by and construed in all respects in accordance with the laws of the Republic of Ireland.

Date: 30 September 2023

**GIVEN** under the common seal of
**KEY PATENT INNOVATIONS LIMITED**
and **DELIVERED** as a **DEED**

Signed:

Director

In the presence of:

Witness Signature

DIRECTOR OF OPERATIONS &
FINANCIAL ANALYST
Occupation of Witness

BRÍD MCNAMEE
Name of Witness

GLENHOLME
CONVENT AVENUE
BRAY, CO. WICKLOW  A98 X851,
Address of Witness

**Valtrus Innovations Limited**
**(the "Company")**
**Company Number: 669289**

We, the undersigned, being the sole shareholder of the Company on the annual return date of the Company after the financial year ended 31 December 2022 hereby consent, pursuant to section 357(1)(a) of the Companies Act 2014 (the "**Act**") to the Company availing of the exemption provided by section 357 of the Act from the provisions of sections 347 and 348 of the Act.

**For and on behalf of**
**Key Patent Innovations Limited**

Date: 30/9/2023

**Valtrus Innovations Limited**
(the "Company")
(Company Number 669289)

## Section 357 Companies Act 2014 (the "Act")

Company Secretary
**Key Patent Innovations Limited**
The Glasshouses GH2
92 Georges Street Lower
Dun Laoghaire
Dublin
A96 VR66
Ireland

Date:    30 September 2023

Dear Shareholder,

We write under section 357(1)(c) of the Companies Act 2014 to notify you that there is in force in respect of the whole of the financial year ended on 31 December 2022 an irrevocable guarantee by Key Patent Innovations Limited for the purposes of section 357(1)(b) of the Companies Act 2014, of all commitments entered into by the Company, including amounts shown as liabilities in the statutory financial statements of the Company in respect of that financial year.

Yours faithfully,

**Angela Quinlan, Director**
**For and on behalf of**
**Valtrus Innovations Limited**

Created with the DynamicPDF Essentials Edition. [u2:v11.27]