Exhibit R



# Form B1C - Annual Return General

| Companies Act 2014 | Submission Reference Number |
| Annual Return to the registrar of companies | |
| Section:343(4) | SR2080354 |

| Company Details | |
| --- | --- |
| **Date return made up** | **30 Sep 2023** |
| **Financial Year From** | 01 Jan 2022 |
| **Financial Year to** | 31 Dec 2022 |
| **The Company** | Wishes to RETAIN the anniversary of its existing ARD for next year |
| **Company Number** | 669284 |
| **Company Name** | KEY PATENT INNOVATIONS LIMITED |
| **Registered Office** | The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin, A96 VR66, Ireland |
| **Company Email Address** | cro@arthurcox.com |
| **Company Size** | Large |
| **Audit Exemption** | No Exemption |
| **Section 137 Bond** | No |
| **B67 check** | No |

| Auditors Details (only applicable if filing an auditors report) | |
| --- | --- |
| **Auditor Type** | Company |
| **ARN** | AI223671 |
| **Auditor Name** | PricewaterhouseCoopers |

| Director Details | |
| --- | --- |
| **Director: 1** | |
| Director Type | Director |
| First Name | Glen |
| Last Name | Gibbons |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 14 Jun 1980 |
| Nationality | Ireland |
| EEA Resident | Yes |
| Occupation | Lawyer |

| | |
|---|---|
| Address | 3 Duncairn Terrace, Bray, Wicklow, Ireland |
| **Director: 2** | |
| Director Type | Director |
| First Name | Máiréad |
| Last Name | Lyons |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 18 Sep 1973 |
| Nationality | Ireland |
| EEA Resident | Yes |
| Occupation | Company Director |
| Address | Teach Shechem, Rickardstown, Newbridge, Co. Kildare, W12 PN25, Ireland |
| **Director: 3** | |
| Director Type | Director |
| First Name | Angela |
| Last Name | Quinlan |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 22 Mar 1981 |
| Nationality | Ireland |
| EEA Resident | Yes |
| Occupation | Company Director |
| Address | Ballydonagh Lodge, Ballydonagh Lane, Delgany, Greystones, Co. Wicklow , A63 Y795, Ireland |
| **Director: 4** | |
| Director Type | Director |
| First Name | Paul Joseph |
| Last Name | Riley IV |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 02 Jul 1969 |
| Nationality | United States |
| EEA Resident | No |
| Occupation | Company Director |
| Address | 6 Mill Road, Malvern PA 19355, United States |
| **Director: 5** | |
| Director Type | Director |
| First Name | Paul A. |
| Last Name | Seaman |
| Previous First Name | |
| Previous Last Name | |
| Date of Birth | 28 Jun 1962 |
| Nationality | United States |
| EEA Resident | No |

| Occupation | Company Director |
|---|---|
| Address | 46 Southgate Drive, Annandale NJ  08801, United States |

## Other Directorship Details

### Other Director : 1

| Director Name | Glen Gibbons |
|---|---|
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |
| Registered In | Ireland |

### Other Director : 2

| Director Name | Glen Gibbons |
|---|---|
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

### Other Director : 3

| Director Name | Glen Gibbons |
|---|---|
| Irish Company Number | 669289 |
| Irish Company Name | Valtrus Innovations Limited |
| Registered In | Ireland |

### Other Director : 4

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 643482 |
| Irish Company Name | AELF FLIGHTSERVICE LIMITED |
| Registered In | Ireland |

### Other Director : 5

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 643404 |
| Irish Company Name | AIRCRAFT ENGINE LEASE FINANCE HOLDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

### Other Director : 6

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 614587 |
| Irish Company Name | AIRCRAFT ENGINE LEASE FINANCE LIMITED |
| Registered In | Ireland |

### Other Director : 7

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 638962 |
| Irish Company Name | AMUNDI PHYSICAL METALS PUBLIC LIMITED COMPANY |
| Registered In | Ireland |

### Other Director : 8

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 619167 |

| Irish Company Name | ARAGVI FINANCE INTERNATIONAL DESIGNATED ACTIVITY COMPANY |
|---|---|
| Registered In | Ireland |
| **Other Director : 9** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 743901 |
| Irish Company Name | ARISE FINANCE DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |
| **Other Director : 10** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 624676 |
| Irish Company Name | AVICDALE LIMITED |
| Registered In | Ireland |
| **Other Director : 11** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 624676 |
| Irish Company Name | AVICDALE LIMITED |
| Registered In | Ireland |
| **Other Director : 12** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 624676 |
| Irish Company Name | AVICDALE LIMITED |
| Registered In | Ireland |
| **Other Director : 13** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 624676 |
| Irish Company Name | AVICDALE LIMITED |
| Registered In | Ireland |
| **Other Director : 14** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 662285 |
| Irish Company Name | BAROYZA INVESTMENTS IRELAND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |
| **Other Director : 15** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 715263 |
| Irish Company Name | Benedict Real Estate BidCo Limited |
| Registered In | Ireland |
| **Other Director : 16** | |
| Director Name | Máiréad Lyons |
| Irish Company Number | 715263 |
| Irish Company Name | BENEDICT REAL ESTATE BIDCO LIMITED |
| Registered In | Ireland |

**Other Director : 17**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 715264 |
| Irish Company Name | BENEDICT REAL ESTATE HOLDCO LIMITED |
| Registered In | Ireland |

**Other Director : 18**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 715264 |
| Irish Company Name | Benedict Real Estate HoldCo Limited |
| Registered In | Ireland |

**Other Director : 19**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 533976 |
| Irish Company Name | BIOSIMILAR COLLABORATIONS IRELAND LIMITED |
| Registered In | Ireland |

**Other Director : 20**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 644889 |
| Irish Company Name | BLACKOAK ALPHA GROWTH (IRELAND) DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 21**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 686297 |
| Irish Company Name | CAFICO ALTERNATIVE ASSET MANAGEMENT LIMITED |
| Registered In | Ireland |

**Other Director : 22**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Company Name | CAFICO CAPITAL MARKETS (UK) LIMITED |
| Registered In | United Kingdom |

**Other Director : 23**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Company Name | CAFICO CORPORATE SERVICES (LUXEMBOURG) S.À R.L. |
| Registered In | Luxembourg |

**Other Director : 24**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Company Name | CAFICO CORPORATE SERVICES (UK) LIMITED |
| Registered In | United Kingdom |

**Other Director : 25**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 516972 |
| Irish Company Name | CAFICO CORPORATE SERVICES LIMITED |
| Registered In | Ireland |

**Other Director : 26**

| Director Name | Máiréad Lyons |
|---|---|
| Company Name | CAFICO DIRECTORS (No.1) LIMITED |
| Registered In | United Kingdom |

**Other Director : 27**

| Director Name | Máiréad Lyons |
|---|---|
| Company Name | CAFICO DIRECTORS (No.2) LIMITED |
| Registered In | United Kingdom |

**Other Director : 28**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 686297 |
| Irish Company Name | CAFICO INVESTMENTS LIMITED |
| Registered In | Ireland |

**Other Director : 29**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 516971 |
| Irish Company Name | CAFICO SECRETARIES LIMITED |
| Registered In | Ireland |

**Other Director : 30**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 516970 |
| Irish Company Name | CAFICO TRUST COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 31**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 516970 |
| Irish Company Name | CAFICO TRUST COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 32**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 655473 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 2 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 33**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 693361 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 3 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 34**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 693372 |

| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 4 DESIGNATED ACTIVITY COMPANY |
|---|---|
| Registered In | Ireland |

**Other Director : 35**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 721308 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 5 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 36**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 748313 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE 6 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 37**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 581698 |
| Irish Company Name | CASTLEHAVEN PROPERTY FINANCE DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 38**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 733916 |
| Irish Company Name | CASTLEHAVEN SPV 5 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 39**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 526341 |
| Irish Company Name | CIRSIUM LIMITED |
| Registered In | Ireland |

**Other Director : 40**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 573346 |
| Irish Company Name | Cision Investments Limited (Dissolved) |
| Registered In | Ireland |

**Other Director : 41**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 617165 |
| Irish Company Name | Cision Investments No.2 Unlimited Company (Dissolved) |
| Registered In | Ireland |

**Other Director : 42**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 646563 |

| Irish Company Name | CLAYPOLE LIMITED |
|---|---|
| Registered In | Ireland |

**Other Director : 43**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 562448 |
| Irish Company Name | COBE CAPITAL EUROPEAN HOLDINGS LIMITED |
| Registered In | Ireland |

**Other Director : 44**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 562448 |
| Irish Company Name | COBE CAPITAL EUROPEAN HOLDINGS LIMITED |
| Registered In | Ireland |

**Other Director : 45**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 596156 |
| Irish Company Name | CORK AESTHETIC AND IMPLANT CENTRE LIMITED |
| Registered In | Ireland |

**Other Director : 46**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 611657 |
| Irish Company Name | CVP ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 47**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 611657 |
| Irish Company Name | CVP ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 48**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 631159 |
| Irish Company Name | CVP ECO ORI-1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 49**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 573864 |
| Irish Company Name | EG CAPITAL ADVISORS DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 50**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 498785 |
| Irish Company Name | ELANCE LIMITED |
| Registered In | Ireland |

**Other Director : 51**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 537430 |
| Irish Company Name | ENTER AIR INTERNATIONAL LIMITED |
| Registered In | Ireland |

**Other Director : 52**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 612111 |
| Irish Company Name | EUROPCAR DRIVE DESIGNATED ACTIVITY COMPANY (DISSOLVED) |
| Registered In | Ireland |

**Other Director : 53**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 647508 |
| Irish Company Name | EUROPCAR MOBILITY DRIVE DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 54**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 642500 |
| Irish Company Name | EUROPEAN FINANCIAL INSTITUTIONS NOTE SECURITIZATION 2020-1 DAC (Dissolved) |
| Registered In | Ireland |

**Other Director : 55**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 632303 |
| Irish Company Name | FF LIFE SETTLEMENTS DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 56**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 632303 |
| Irish Company Name | FF Life Settlements Designated Activity Company |
| Registered In | Ireland |

**Other Director : 57**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 731796 |
| Irish Company Name | FF LIFE SETTLEMENTS II DESIGNATED ACTIVITY COMPANY (STRIKE OFF LISTED) |
| Registered In | Ireland |

**Other Director : 58**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 526342 |
| Irish Company Name | FICARIA LIMITED |
| Registered In | Ireland |

**Other Director : 59**

| Director Name | Máiréad Lyons |
|---|---|

| | |
|---|---|
| Irish Company Number | 563290 |
| Irish Company Name | GAELECTRIC INTERCONNECTOR TRADING ROI LIMITED |
| Registered In | Ireland |

**Other Director : 60**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 592176 |
| Irish Company Name | GAELECTRIC INVESTMENTS B 2 LIMITED |
| Registered In | Ireland |

**Other Director : 61**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 592175 |
| Irish Company Name | Gaelectric NIB 2 Limited |
| Registered In | Ireland |

**Other Director : 62**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 592177 |
| Irish Company Name | Gaelectric Northern Ireland 2 Limited |
| Registered In | Ireland |

**Other Director : 63**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 560737 |
| Irish Company Name | Gaelectric Renewable Energy Developments Limited |
| Registered In | Ireland |

**Other Director : 64**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 560736 |
| Irish Company Name | Gaelectric Renewable Energy Limited |
| Registered In | Ireland |

**Other Director : 65**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 557207 |
| Irish Company Name | Gaelectric Trading and Market Services Limited |
| Registered In | Ireland |

**Other Director : 66**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 466061 |
| Irish Company Name | Gaelectric USA Limited |
| Registered In | Ireland |

**Other Director : 67**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 711328 |
| Irish Company Name | GLX ONE IRELAND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 68**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 647552 |
| Irish Company Name | GREENLEAVES CAPITAL DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 69**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 617071 |
| Irish Company Name | Henry Cotton?s Brand Management Company Limited |
| Registered In | Ireland |

**Other Director : 70**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 617071 |
| Irish Company Name | HENRY COTTON'S BRAND MANAGEMENT COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 71**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 675589 |
| Irish Company Name | IMH CAPITAL DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 72**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655215 |
| Irish Company Name | IRISH IMMIGRATION FINANCING FUND I DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 73**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655456 |
| Irish Company Name | ISLINGTON CAPITAL DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 74**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 614294 |
| Irish Company Name | Jade Mountain Partners Issuer Designated Activity Company (In Liquidation) |
| Registered In | Ireland |

**Other Director : 75**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 614295 |
| Irish Company Name | Jade Mountain Partners Originator Designated Activity Company (In Liquidation) |
| Registered In | Ireland |

**Other Director : 76**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 637088 |
| Irish Company Name | LILIENTHAL FINANCE LIMITED |
| Registered In | Ireland |

**Other Director : 77**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | C500417 |
| Irish Company Name | Lodur Capital ICAV |
| Registered In | Ireland |

**Other Director : 78**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611881 |
| Irish Company Name | LSA FINANCE DESIGNATED ACTIVITY COMPANY (DISSOLVED) |
| Registered In | Ireland |

**Other Director : 79**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 677297 |
| Irish Company Name | LT AUTOHALLINTO DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 80**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 691992 |
| Irish Company Name | LT AUTOHALLINTO II DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 81**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 700068 |
| Irish Company Name | LT AUTOHALLINTO III DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 82**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 717058 |
| Irish Company Name | LT AUTOHALLINTO IV DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 83**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Name | LT AUTOHALLINTO V DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 84**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611609 |
| Irish Company Name | LUCRATIVE GREEN LEAF LIMITED |
| Registered In | Ireland |

**Other Director : 85**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611657 |
| Irish Company Name | MACKAY SHIELDS ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 86**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611657 |
| Irish Company Name | MACKAY SHIELDS ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 87**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611657 |
| Irish Company Name | MACKAY SHIELDS ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 88**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 611657 |
| Irish Company Name | MACKAY SHIELDS ECO FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 89**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 631159 |
| Irish Company Name | MACKAY SHIELDS ECO ORI-1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 90**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 632897 |
| Irish Company Name | MACKAY SHIELDS EURO CLO-1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 91**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 632897 |
| Irish Company Name | MACKAY SHIELDS EURO CLO-1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 92**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 662084 |
| Irish Company Name | MACKAY SHIELDS EURO CLO-2 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 93**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 744525 |

| Irish Company Name | MACLEAD IRELAND FUNDING UNLIMITED COMPANY |
|---|---|
| Registered In | Ireland |

**Other Director : 94**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |
| Registered In | Ireland |

**Other Director : 95**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 617072 |
| Irish Company Name | MARINA YACHTING BRAND MANAGEMENT COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 96**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 617072 |
| Irish Company Name | Marina Yachting Brand Management Company Limited |
| Registered In | Ireland |

**Other Director : 97**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 617073 |
| Irish Company Name | MCS Brand Management Company Limited |
| Registered In | Ireland |

**Other Director : 98**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 617073 |
| Irish Company Name | MCS BRAND MANAGEMENT COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 99**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 618472 |
| Irish Company Name | MMK STEEL FINANCE DESIGNATED ACTIVITY COMPANY [DISSOLVED] |
| Registered In | Ireland |

**Other Director : 100**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 662279 |
| Irish Company Name | MSP FINANCE IRELAND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 101**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 605282 |
| Irish Company Name | MURAL ONCOLOGY LIMITED |
| Registered In | Ireland |

**Other Director : 102**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 605282 |
| Irish Company Name | Mural Oncology Public Limited Company |
| Registered In | Ireland |

**Other Director : 103**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 689236 |
| Irish Company Name | OAKLEND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 104**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 622069 |
| Irish Company Name | OWL'S HEAD II 2018 FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 105**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 615680 |
| Irish Company Name | OWL'S HEAD I 2018 FUNDING DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 106**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 687848 |
| Irish Company Name | PCP LENDCO 1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 107**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 729656 |
| Irish Company Name | PCP LENDCO 2 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 108**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

**Other Director : 109**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655516 |
| Irish Company Name | PIRAEUS SNF DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 110**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 655516 |

| | |
|---|---|
| Irish Company Name | PIRAEUS SNF DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 111**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 690491 |
| Irish Company Name | PM CONNECT EUROPE LIMITED |
| Registered In | Ireland |

**Other Director : 112**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 677290 |
| Irish Company Name | PORTMAN HEALTHCARE (IRELAND) LIMITED |
| Registered In | Ireland |

**Other Director : 113**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 663440 |
| Irish Company Name | PORTMAN HEALTHCARE HOLDINGS IRELAND LIMITED |
| Registered In | Ireland |

**Other Director : 114**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 677290 |
| Irish Company Name | PORTMAN HEALTHCARE IRELAND LIMITED |
| Registered In | Ireland |

**Other Director : 115**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 566226 |
| Irish Company Name | PORTMARNOCK FALCON DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 116**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 712431 |
| Irish Company Name | ROEBUCK FL IRELAND DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 117**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 652462 |
| Irish Company Name | SALTED STONE EMEA LIMITED |
| Registered In | Ireland |

**Other Director : 118**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 606203 |
| Irish Company Name | Seagate Clone |
| Registered In | Ireland |

**Other Director : 119**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 606203 |
| Irish Company Name | SEAGATE TECHNOLOGY HOLDINGS PLC |
| Registered In | Ireland |

**Other Director : 120**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 606203 |
| Irish Company Name | Seagate Technology Holdings Public Limited Company |
| Registered In | Ireland |

**Other Director : 121**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 629122 |
| Irish Company Name | SEVEN EAGLES LIFE SETTLEMENTS DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 122**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 575559 |
| Irish Company Name | SINOSINGA AIRCRAFT LEASING COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 123**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 594630 |
| Irish Company Name | SINOSINGA IRELAND 1 COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 124**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 655200 |
| Irish Company Name | SINOSINGA IRELAND 2 COMPANY LIMITED |
| Registered In | Ireland |

**Other Director : 125**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 638814 |
| Irish Company Name | SIO EUROPE LIMITED |
| Registered In | Ireland |

**Other Director : 126**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 718469 |
| Irish Company Name | SOLAR FINANCE GREECE DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 127**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 644288 |
| Irish Company Name | SPECTATE LIMITED |

| | |
|---|---|
| Registered In | Ireland |

**Other Director : 128**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 578943 |
| Irish Company Name | SQN ASSET FINANCE (IRELAND) DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 129**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 699061 |
| Irish Company Name | SUEK SECURITIES DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 130**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 482626 |
| Irish Company Name | TCS FINANCE DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 131**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 662084 |
| Irish Company Name | TRINITAS EURO CLO II DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 132**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 662084 |
| Irish Company Name | TRINITAS EURO CLO II DESIGNATED COMPANY |
| Registered In | Ireland |

**Other Director : 133**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 605468 |
| Irish Company Name | TRUEAERO ASSET MANAGEMENT IRELAND LIMITED |
| Registered In | Ireland |

**Other Director : 134**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 669289 |
| Irish Company Name | Valtrus Innovations Limited |
| Registered In | Ireland |

**Other Director : 135**

| | |
|---|---|
| Director Name | Máiréad Lyons |
| Irish Company Number | 676278 |
| Irish Company Name | VCCS MASTER DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 136**

| | |
|---|---|
| Director Name | Máiréad Lyons |

| Irish Company Number | 637858 |
|---|---|
| Irish Company Name | ZENITH SHIPPING VENTURES I (IRELAND) DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 137**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 628547 |
| Irish Company Name | ZINCVALE LIMITED |
| Registered In | Ireland |

**Other Director : 138**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 669458 |
| Irish Company Name | ZORIN AVENUE LEND CO 1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 139**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 669458 |
| Irish Company Name | ZORIN AVENUE LEND CO 1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 140**

| Director Name | Máiréad Lyons |
|---|---|
| Irish Company Number | 669458 |
| Irish Company Name | ZORIN AVENUE LEND CO 1 DESIGNATED ACTIVITY COMPANY |
| Registered In | Ireland |

**Other Director : 141**

| Director Name | Angela Quinlan |
|---|---|
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |
| Registered In | Ireland |

**Other Director : 142**

| Director Name | Angela Quinlan |
|---|---|
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

**Other Director : 143**

| Director Name | Angela Quinlan |
|---|---|
| Irish Company Number | 669289 |
| Irish Company Name | Valtrus Innovations Limited |
| Registered In | Ireland |

**Other Director : 144**

| Director Name | Paul Joseph Riley IV |
|---|---|
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |

| | |
|---|---|
| Registered In | Ireland |

**Other Director : 145**

| | |
|---|---|
| Director Name | Paul Joseph Riley IV |
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

**Other Director : 146**

| | |
|---|---|
| Director Name | Paul Joseph Riley IV |
| Irish Company Number | 669289 |
| Irish Company Name | Valtrus Innovations Limited |
| Registered In | Ireland |

**Other Director : 147**

| | |
|---|---|
| Director Name | Paul A. Seaman |
| Irish Company Number | 725614 |
| Irish Company Name | Malikie Innovations Limited |
| Registered In | Ireland |

**Other Director : 148**

| | |
|---|---|
| Director Name | Paul A. Seaman |
| Irish Company Number | 669285 |
| Irish Company Name | Pictiva Displays International Limited |
| Registered In | Ireland |

**Other Director : 149**

| | |
|---|---|
| Director Name | Paul A. Seaman |
| Company Name | Saint Vincent College |
| Registered In | United States |

**Other Director : 150**

| | |
|---|---|
| Director Name | Paul A. Seaman |
| Irish Company Number | 669289 |
| Irish Company Name | Valtrus Innovations Limited |
| Registered In | Ireland |

**Secretary Details**

**Secretary: 1**

| | |
|---|---|
| Type | Irish Registered Company |
| Company Number | 80052 |
| Company Name | Bradwell Limited |
| Address | 10 Earlsfort Terrace, Dublin  2, Dublin, D02 T380, Ireland |
| Email | cro@arthurcox.com |

**Past/ Present Members Details**

| | |
|---|---|
| Option | Add Past/Present Members |

**Past/Present Member: 1**

| | |
|---|---|
| First Name(if applicable) | |
| Last Name/Company Name | New PP Licensing LLC |

| Address | c/o The Corporation Trust Company, 1209 N. Orange Trust, Wilmington DE 19801, United States |
|---|---|
| Past/Present | Present |

| **Shares Held Per Member Details** | |
|---|---|
| **1** | |
| Member | New PP Licensing LLC |
| Share Class | Ordinary |
| Number of Shares Held | 4 |

| **Issued Share Capital** | |
|---|---|
| **1** | |
| Currency | Euro(EUR) |
| **Total** | 4.0000000 |

| **Submission Attachments** | |
|---|---|
| **Type** | **Description** |
| Consolidated Financial Statements | ConsolidatedFinancialStatements.pdf |

| **Verification Details** | |
|---|---|
| **Signature Method** | Signature Page Upload |
| **Signature Type** | Director (Company) |
| **Person Name** | ANGELA QUINLAN |
| **Signature Method** | Signature Page Upload |
| **Signature Type** | Secretary |
| **Company Name** | BRADWELL LIMITED |

| **Presenter Details** | |
|---|---|
| **Presenter Name** | Efiling User Acount(Arthur Cox) |
| **Presenter Address** | 10 Earlsfort Terrace, Dublin 2, DUBLIN, Ireland, D02 T380 |
| **Presenter Email** | cro@arthurcox.com |
| **Presenter Telephone Number** | 019201000_____ |
| **Presenter Reference Number** | 321485 |



# Signature Page

**Submission Reference Number:**          SR2080354

**Form B1C - Annual Return General**

### Related Entity Details

Name  (or Proposed Name):          KEY PATENT INNOVATIONS LIMITED
Number (if applicable):          669284

### Signature of the person(s) who is (are) certifying that the information provided is correct

ANGELA QUINLAN
Director (Company)

30/9/2023
Date

BERYL SHARPE
Secretary
(on behalf of : BRADWELL LIMITED)

15/11/2023
Date

### Legal References:

**Collective Citations**

Companies Act 2014

Section: 343(4)

Financial Year from: 01-01-2022 to: 31-12-2022