# Exhibit S
# Redacted in Entirety