# Exhibit U
# Redacted in Entirety