# Exhibit V
# Redacted in Entirety