Exhibit W
Redacted in Entirety