# Exhibit X
# Redacted in Entirety