# Exhibit Y
# Redacted in Entirety