Exhibit Z
Redacted in Entirety