# Exhibit AA
# Redacted in Entirety