# Exhibit AB
# Redacted in Entirety