# Exhibit AC
# Redacted in Entirety