Exhibit AD
Redacted in Entirety