IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **VALTRUS INNOVATIONS LTD.,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**SAP AMERICA, INC. AND SAP SE,**<br><br>  Defendants. | Civil Action No. 2:24-cv-21<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING SAP AMERICA, INC. AND SAP SE'S MOTION TO DISMISS FOR LACK OF STANDING

Before the Court is Defendants SAP America, Inc. and SAP SE's (collectively, "SAP") Motion to Dismiss for Lack of Standing (the "Motion"). Having considered the Motion, the related briefing, and the relevant authorities, the Court concludes that the Motion should be and hereby is **GRANTED**. It is hereby **ORDERED** that the above-captioned case is **DISMISSED**.