IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS, LTD. *and* KEY PATENT INNOVATIONS, LTD., <br><br>*Plaintiffs*, <br><br>v. <br><br>SAP AMERICA, INC. *and* SAP, SE, <br><br>*Defendants.* | CASE NO. 2:24-CV-00021-JRG-RSP <br> (Lead Case) |
| VALTRUS INNOVATIONS, LTD. *and* KEY PATENT INNOVATIONS, LTD., <br><br>*Plaintiffs*, <br><br>v. <br><br>SAP AMERICA, INC. *and* SAP, SE, <br><br>*Defendants.* | CASE NO. 2:24-CV-00533-JRG-RSP <br> (Member Case) |

## ORDER

SAP America, Inc., and SAP, SE (collectively, "Defendants") previously filed a Motion to Dismiss Under the Duplicative Litigation Doctrine Pursuant to Rule 12(b)(6) ("Motion"). (Dkt. No. 5 (filed in the Member Case No. 2:24-00533 ("Member Case"))). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 300), recommending grant of Defendants' Motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 5 (filed in Member Case)) is **GRANTED**. Accordingly, all pending requests for relief in the Member Case, No. 2:24-00533, not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the Member Case, No. 2:24-00533.

**So ORDERED and SIGNED this 24th day of September, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE