# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS, LTD. AND KEY PATENT INNOVATIONS, LTD., § § § | |
| Plaintiffs, § | CASE NO. 2:24-CV-00021 |
| v. § § | |
| SAP AMERICA, INC. and SAP, SE § Defendants. § § | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the terms of a settlement agreement, Plaintiffs Valtrus Innovations, LTD. And Key Patent Innovations, LTD., and Defendants SAP America, INC. and SAP, SE (the "Parties") have agreed to settle, adjust and compromise all claims in the above-captioned action. Accordingly, the Parties move that all claims in this case be dismissed with prejudice.

The Parties further move the Court to order that the Parties shall bear their own respective costs and expenses related to this litigation, including but not limited to attorneys' fees. The Parties are filing a proposed Order with this motion.

Dated: December 9, 2025

Respectfully submitted,

*/s/ Claire Abernathy Henry*
Matthew G. Berkowitz – LEAD ATTORNEY
Navid C. Bayar
Savannah H. Carnes
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
nbayar@reichmanjorgensen.com
scarnes@reichmanjorgensen.com

Philip J. Eklem
peklem@reichmanjorgensen.com
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street NW, Suite 800
Washington DC, 20006
Tel: (202) 894-7310

Khue V. Hoang
Patrick Colsher
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
Claire Abernathy Henry
Texas State Bar No. 24053063
MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com
claire@millerfairhenry.com

*Attorneys for Plaintiffs*

/s/ Michael A. Bittner
Thomas M. Melsheimer
State Bar No. 13922550
tmelsheimer@winston.com
M. Brett Johnson
State Bar No. 00790975
mbjohnson@winston.com
Michael A. Bittner
State Bar No. 24064905
mbittner@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl Street, 9th Floor
Dallas, Texas 75201
Telephone:  (214) 453-6500

*Attorneys for SAP America, Inc. and SAP SE*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on December 9, 2025 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants have met and conferred pursuant to Local Rule CV-7(h). The Parties are in agreement and are filing this motion jointly.

*/s/ Claire Abernathy Henry*
Claire Abernathy Henry
