# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| VALTRUS INNOVATIONS, LTD. *and* KEY PATENT INNOVATIONS, LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> SAP AMERICA, INC. *and* SAP, SE, <br><br> *Defendants*. | § § § § § § § § § § CASE NO. 2:24-CV-00021-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Valtrus Innovations, Ltd. and Key Patent Innovations, Ltd. ("Plaintiffs") and SAP America, Inc., and SAP, SE ("Defendants"). (Dkt. No. 330.) In the Motion, the parties state that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 11th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE